IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NORTHROP GRUMMAN SHIP SYSTEMS, INC.
formerly known as INGALLS SHIPBUILDING, INC.

VERSUS                                                    CIVIL ACTION NO. 1:02cv785GR

THE MINISTRY OF DEFENSE OF THE REPUBLIC
OF VENEZUELA AND THE BANK OF NEW YORK,                    DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Northrop Grumman Ship Systems, Inc. (formerly known as Ingalls Shipbuilding, Inc.) is a wholly owned subsidiary of Litton Industries, Inc., which in turn is a wholly subsidiary of Northrop Grumman Corporation.

Dated: October 24, 2002

Respectfully Submitted,

_____
RICHARD P. SALLOUM
FRANKE, RAINEY & SALLOUM, PLLC
2605 Fourteenth Street
Post Office Drawer 460
Gulfport, MS 39502
Telephone: (228) 868-7070
Facsimile: (228) 868-7090

JOSEPH F. COYNE, JR.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
Attorneys for Plaintiff
NORTHROP GRUMMAN SHIP SYSTEMS, INC.

OF COUNSEL:

ROBERT J. ARIATTI, JR.
Senior Counsel
Northrop Grumman Ship Systems, Inc.
Post Office Box 149
Pascagoula, MS  39568-0149

051