IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


NORTHRUP GRUMMAN SHIP SYSTEMS,
INC., formerly known as INGALLS
SHIPBUILDING, INC.                                                                    PLAINTIFF

VERSUS                                            CIVIL ACTION NO. 1:02cv785WJG-JMR

THE MINISTRY OF DEFENSE OF THE
REPUBLIC OF VENEZUELA, and
BANK OF NEW YORK                                                               DEFENDANTS


O R D E R


        THIS CAUSE comes before the Court on motions of the Defendant, The Ministry of Defense of

the Republic of Venezuela [Republic], to amend/correct the order on the motion to compel [229], which

includes a motion to stay the case; and a second motion to amend or correct the motion to compel [231].

Also before the Court is a cross motion to amend/correct the order on the motion to compel [232] filed

by  the Plaintiff, Northrup Grumman Ship Systems, Inc. [Northrup Grumman], seeking to compel

arbitration in this district.

        The Court acknowledges that the Republic disagrees with the outcome of the order dated

December 4, 2010, and seeks to change that outcome through an appeal to the Fifth Circuit Court of

Appeals [Fifth Circuit].  (Ct. R., Doc. 227, 229, 231.)  The Republic filed an appeal of the decision on

December 30, 2010.  (Ct. R., Doc. 230.)  The Court, however, finds no reason to change its earlier order,

and further finds that the December 4, 2010, order should stand as entered in the record.  *See*

*Citifinancial Corp. v. Harrison*, 453 F.3d 245, 250-52 (5th Cir. 2006).  The Court further finds that the

motions to amend and/or correct that order should be denied.  The parties shall notify the Court within

fifteen (15) days of the entry date of this order of the mutually agreeable location for the arbitration of

this matter, and arbitration should take place within forty-five (45) days of the entry date of this order.  It

is therefore,

ORDERED that the Republic's motions to amend/correct the December 4, 2010, order entered in this cause [229, 231] be, and are hereby, denied.  It is further,

ORDERED that Northrup Grumman's motion to  amend/correct the December 4, 2010, order entered in this cause [232] be, and is hereby, denied.  It is further,

ORDERED that the parties should notify the Court within fifteen (15) days of the entry date of this order of the agreed location for the arbitration of this matter, and arbitration should take place within forty-five (450 days of the entry date of this order.  It is further,

ORDERED that the parties bear their respective costs associated with these motions.

SO ORDERED, this the 10th day of March, 2011.


_Walter J. Gex III_
UNITED STATES SENIOR DISTRICT JUDGE