## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| NORTHROP GRUMAN SHIP SYSTEMS, INC., f/k/a/ INGALLS SHIPBUILDING, INC., and<br><br>Plaintiff,<br><br>RICHARD F. SCRUGGS, d/b/a SCRUGGS LAW FIRM , P.A.; and PODHURST ORSECK, P.A.<br><br>Intervenor Plaintiffs,<br>v.<br>THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, and BANK OF NEW YORK<br><br>Defendants. | Case No. 1:02-cv-785-HSO-RHW |

## STATUS REPORT OF THE BANK OF NEW YORK MELLON

Even though The Bank of New York Mellon, successor to The Bank of New York, takes no position regarding the merits of the instant proceeding, out of an abundance of caution, The Bank of New York Mellon reports as follows:

In compliance with the Court's Order of October 25, 2002, filed November 8, 2002, The Bank of New York Mellon informs the Court that it continues to abide by said Order such that it has not transferred and will not transfer any funds from the Republic of Venezuela Trust Account No. 304314 for any purpose other than to pay Huntington Ingalls Incorporated, successor to Northrop Grumman Ship Services, Inc., in accordance with the Trust Agreement.

1

Respectfully submitted, this the __5th__ day of March, 2018.

                      **THE BANK OF NEW YORK MELLON, Defendant**

BY:   /s/ Richard B. Tubertini
        Richard B. Tubertini, MS Bar No. 8290
        Hailey, McNamara, Hall, Larmann & Papale, LLP
        302 Courthouse Road, Suite A
        Gulfport, MS  39507
        Telephone:     (228) 896-1144
        Facsimile:      (228) 896-1177
        rick.tubertini@hmhlp.com

        Eric A. Schaffer (*Pro Hac Vice*)
        Reed Smith LLP
        225 Fifth Avenue
        Pittsburgh, PA 15222-2716
        Telephone:     (412) 288-3131
        Facsimile:      (412) 288-3063
        eschaffer@reedsmith.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this date electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such to all counsel of record.

This the __5th__ day of March, 2018.

        /s/ Richard B. Tubertini
        RICHARD B. TUBERTINI
        MS Bar No. 8290