# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

NORTHROP GRUMMAN SHIP SYSTEMS, INC.,
f/k/a INGALLS SHIPBUILDING, INC.     PLAINTIFF

SIDNEY A. BACKSTROM, et al.     INTERVENOR PLAINTIFFS

v.     CIVIL NO. 1:02cv785-HSO-JCG

THE MINISTRY OF DEFENSE OF
THE REPUBLIC OF VENEZUELA, and
BANK OF NEW YORK     DEFENDANTS

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION [369] TO VACATE PRELIMINARY INJUNCTION

Upon consideration of Plaintiff's Unopposed Motion to Vacate the Preliminary Injunction [369], and good cause appearing, the Unopposed Motion is granted.

It is Ordered that the Preliminary Injunction ordered by this Court on November 8, 2002, is vacated.

It is further found that because the Preliminary Injunction was properly issued and vacated, the bond of Plaintiff in support of the temporary restraining order and of the Preliminary Injunction in the amount of $15,000 is released.

**SO ORDERED AND ADJUDGED** this the 6th day of April, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE