UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NORTHROP GRUMMAN SHIP SYSTEMS, INC.,        PLAINTIFF
F/K/A INGALLS SHIPBUILDING, INC.

and

RICHARD F. SCRUGGS, ET AL.,
                INTERVENOR-PLAINTIFFS

v.             CIVIL ACTION NO. 1:02CV785HSO-RHW

THE MINISTRY OF DEFENSE OF THE         DEFENDANT
BOLIVARIAN REPUBLIC OF VENEZUELA.

**STATUS REPORT OF THE MINISTRY OF DEFENSE
OF THE BOLIVARIAN REPUBLIC OF VENEZUELA**

    Defendant, Ministry of Defense of the Bolivarian Republic of Venezuela (the "Ministry"), respectfully files its Status Report pursuant to this Court's Order and states as follows:

    1.  The Ministry has entered a limited appearance in the recognition and enforcement action, Case No. 1:18-cv-00469 in the U.S. District Court for the District of Columbia (the "Recognition Action").

    2.  In the order to show cause on February 15, 2019, Plaintiff responded to this order in the Recognition Action on February 28, 2019.

    3.  The Ministry responded to Plaintiff's response to the show cause order in the Recognition Action on March 14, 2019.

Dated: April 1, 2019

                   Respectfully Submitted,

                   */s/ Quinn Smith*

                   **GST LLP**
                   Quinn Smith
                   *Admitted Pro Hac Vice*
                   Fla. Bar No. 59523
                   e-mail: quinn.smith@gstllp.com
                   1111 Brickell Avenue

Suite 2715
Miami, Florida 33131
(T) (305) 856-7723
(F) (786) 220-8265
*Attorney for the Ministry*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, which shall serve copies of this filing on every party to this action. I further certify that I am unaware of any non-CM/ECF parties.

By: */s/ Quinn Smith*