IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **NORTHROP GRUMMAN SHIP SYSTEMS, INC.,** formerly known as INGALLS SHIPBUILDING, INC., | **PLAINTIFF** |
| and | |
| SIDNEY A. BACKSTROM, et al. | INTERVENOR-PLAINTIFFS |
| VS. | CIVIL ACTION NO. 1:02CV785-HSO-RHW |
| THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, and BANK OF NEW YORK | DEFENDANTS |

**PLAINTIFF'S TWENTY-SIXTH STATUS REPORT**

Pursuant to this Court's order of February 27, 2019, Huntington Ingalls Incorporated, as successor to Northrop Grumman Ship Systems, Inc., submits this report to further update the status of the arbitration and related litigation.

In the action to confirm or, alternatively, to recognize and enforce the arbitral award, Case No. 1:18-cv-00469 (D.D.C.), the parties filed timely responses to the order to show cause why the case should not be dismissed or transferred to this District. Neither party advocated for transfer. Both parties principally requested in their responses that the Court go ahead and issue a ruling based on their arguments on the petition and the motion to dismiss the petition.

The District Court has yet to issue a further order in the D.C. action.

| | |
|---|---|
| Dated: April 1, 2019 | Respectfully submitted, |

RICHARD P. SALLOUM, MS. Bar No. 6417
rps@frslaw.com
TRACI M. CASTILLE, MS. Bar No. 8348
tmc@frslaw.com
FRANKE & SALLOUM, PLLC
10071 Lorraine Road
Gulfport, MS 39503
Telephone: (228) 868-7070
Facsimile: (228) 868-7090

CARL J. NICHOLS (*pro hac vice* No. 48421)
carl.nichols@wilmerhale.com
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

      /s/ *Kenneth A. O'Brien, Jr.*
JOSEPH F. COYNE, JR. (*pro hac vice* no. 43402)
jcoyne@smrh.com
KENNETH A. O'BRIEN, JR. (*pro hac vice* no. 43404)
kobrien@smrh.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1448
Telephone:  (213) 620-1780
Facsimile:  (213) 620-1398

Attorneys for Plaintiff
HUNTINGTON INGALLS INCORPORATED