IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **NORTHROP GRUMMAN SHIP SYSTEMS, INC.,** formerly known as **INGALLS SHIPBUILDING, INC.,** | **PLAINTIFF** |
| and | |
| **SIDNEY A. BACKSTROM, et al.** | **INTERVENOR-PLAINTIFFS** |
| VS. | **CIVIL ACTION NO. 1:02CV785-HSO-RHW** |
| **THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, and BANK OF NEW YORK** | **DEFENDANTS** |

═══════════════════════════════════════════════════════════════════

**PLAINTIFF'S TWENTY-SEVENTH STATUS REPORT**

═══════════════════════════════════════════════════════════════════

Pursuant to this Court's order of April 2, 2019, Huntington Ingalls Incorporated, as successor to Northrop Grumman Ship Systems, Inc. ("Huntington Ingalls"), submits this report to further update the status of the arbitration and related litigation.

In the action to confirm, or, alternatively, to recognize and enforce the arbitral award, Case No. 1:18-cv-00469 (D.D.C.), the District Court on June 13, 2019, issued its ruling on Huntington Ingalls's petition. A copy of the Court's Memorandum Opinion is attached as Exhibit A. The Court declined to consider the merits of Huntington Ingalls's petition on the grounds that this case remains pending and, in the view of the District Court, *this* Court's retention of jurisdiction extends to the recognition and enforcement of any award in the United States. *See* Mem. Opinion at pp. 5, 12, 13-14, 17. The District Court acknowledged that it had the discretion to take the case while "another similar suit" was pending elsewhere, but it declined to do so. *See*

*Id.* at pp. 19-20. The Court also considered but decided against transferring the case before it to this District. *Id.* at p. 22 & fn. 4. In a separate Order the Court denied Huntington Ingalls's petition, without prejudice, and dismissed the case. A copy of the Order is attached as Exhibit B. In a separate text-only Order the Court denied as moot the motion to dismiss filed by the Ministry of Defense of the Bolivarian Republic of Venezuela.

Huntington Ingalls will shortly file in this case a motion to recognize and enforce the award.

Dated: June 25, 2019  Respectfully submitted,

RICHARD P. SALLOUM, MS. Bar No. 6417
rps@frslaw.com
TRACI M. CASTILLE, MS. Bar No. 8348
tmc@frslaw.com
FRANKE & SALLOUM, PLLC
10071 Lorraine Road
Gulfport, MS 39503
Telephone: (228) 868-7070
Facsimile: (228) 868-7090

      /s/ *Kenneth A. O'Brien, Jr.*
JOSEPH F. COYNE, JR. (*pro hac vice* no. 43402)
jcoyne@smrh.com
KENNETH A. O'BRIEN, JR. (*pro hac vice* no. 43404)
kobrien@smrh.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1448
Telephone:  (213) 620-1780
Facsimile:  (213) 620-1398

Attorneys for Plaintiff
HUNTINGTON INGALLS INCORPORATED