IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NORTHROP GRUMMAN SHIP SYSTEMS, INC.,**
formerly known as **INGALLS SHIPBUILDING, INC.,**                **PLAINTIFF**

and

**SIDNEY A. BACKSTROM, et al.**                                **INTERVENOR-PLAINTIFFS**

VS.                                           CIVIL ACTION NO. 1:02CV785-HSO-RHW

**THE MINISTRY OF DEFENSE OF THE REPUBLIC**
**OF VENEZUELA, and BANK OF NEW YORK**                          **DEFENDANTS**

═══════════════════════════════════════════════════════════════════════════════

**MOTION TO REMOVE COUNSEL**

═══════════════════════════════════════════════════════════════════════════════

COMES NOW the Plaintiff, Huntington Ingalls Incorporated, and moves to have Carl J. Nichols (PHV) removed as counsel of record for Plaintiff on the basis that he has been appointed United States District Court Judge for the District of Columbia and has no further connection with this case.

Dated:  June 25, 2019          Respectfully submitted,

                  */s/ Richard P. Salloum*
                  RICHARD P. SALLOUM, MS. Bar No. 6417
                  rps@frslaw.com
                  TRACI M. CASTILLE, MS. Bar No. 8348
                  tmc@frslaw.com
                  FRANKE & SALLOUM, PLLC
                  10071 Lorraine Road
                  Gulfport, MS 39503
                  Telephone: (228) 868-7070
                  Facsimile: (228) 868-7090

-2-

JOSEPH F. COYNE, JR. (*pro hac vice* no. 43402)
jcoyne@smrh.com
KENNETH A. O'BRIEN, JR. (*pro hac vice* no. 43404)
kobrien@smrh.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1448
Telephone:  (213) 620-1780
Facsimile:  (213) 620-1398

Attorneys for Plaintiff
HUNTINGTON INGALLS INCORPORATED

## **CERTIFICATE**

I hereby certify that on June 25, 2019, I caused to be electronically filed the foregoing Motion to Remove Counsel with the United States District Court for the Southern District of Mississippi through the Court's ECF system which sent notification of such filing to all parties indicated on the electronic filing receipt.

*/s/ Richard P. Salloum*
RICHARD P. SALLOUM

FRANKE & SALLOUM, PLLC
10071 Lorraine Road
Gulfport, MS 39503
Telephone: (228) 868-7070
Facsimile: (228) 868-7090

SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398