## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI – SOUTHERN DIVISION

| | |
|---|---|
| NORTHROP GRUMMAN SHIP SYSTEMS, INC., f/k/a INGALLS SHIPBUILDING, INC., <br><br> Plaintiff, <br><br> SIDNEY A. BACKSTROM, et al. <br><br> Intervenor Plaintiffs <br><br> v. <br><br> THE MINISTRY OF DEFENSE OF THE BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Civil Case No. 1:02-cv-00785-HSO-RHW |

### PLAINTIFF'S MOTION FOR
### RECOGNITION AND EXECUTION OF AN ARBITRATION AWARD

Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Incorporated ("Plaintiff" or "Huntington Ingalls"), by and through the undersigned counsel, respectfully moves for an order recognizing and executing an international arbitration award, rendered by an arbitral tribunal (the "Tribunal") seated in Brazil on February 19, 2018, in Huntington Ingalls' favor, in an *ad hoc* arbitration ("Arbitration") pursuant to articles 4 and 5 of the Inter-American Convention on International Commercial Arbitration (the "Panama Convention") of 1975[1] and the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 9, 207, 302 and 304. In support of this motion, Huntington Ingalls offers the accompanying memorandum of law in support and the attached declaration of Alexander A. Yanos and the exhibits referred to therein.

---

[1] *See* Inter–American Convention on International Commercial Arbitration [opened for signature Jan. 30, 1975, O.A.S.T.S. No. 42, 1438 U.N.T.S. 245], (reprinted after 9 U.S.C. § 301).

Dated:  June 26, 2019

        Respectfully submitted,

/s/ *Richard P. Salloum*
RICHARD P. SALLOUM
MS. Bar No. 6417
rps@frslaw.com
TRACI M. CASTILLE
MS. Bar No. 8348
tmc@frslaw.com
FRANKE & SALLOUM, PLLC
10071 Lorraine Road
Gulfport, MS 39503
Telephone: (228) 868-7070
Facsimile: (228) 868-7090

_____
Alexander Yanos
(*pro hac vice to be applied for*)
Carlos Ramos-Mrosovsky
(*pro hac vice to be applied for)*
Rajat Rana
(*pro hac vice to be applied for*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Tel: 212-210-9400
Fax: 212-210-9444
alex.yanos@alston.com
carlos.ramos-mrosovsky@alston.com
rajat.rana@alston.com