# EXHIBIT 2

REPUBLICA DE VENEZUELA
MINISTERIO DE LA DEFENSA
COMANDANCIA GENERAL DE LA ARMADA
**COMANDO NAVAL DE LOGISTICA**

CONTRATO–CGA– CNALO– OO2–97

# Contrato entre el Ejecutivo Nacional y la Empresa

## INGALLS SHIPBUILDING,INC



ARB-000644

**18 DIC 1997**

Caracas.

Nº RO-001

Contrato suscrito entre el Ministerio de la Defensa y la empresa **INGALLS SHIPBUILDING, INC"**, domiciliada en Pascagoula, Mississippi, Estados Unidos de América para el mantenimiento mayor y los trabajos de reparacion de las Fragatas ARV "MARISCAL SUCRE" (F-21) y ARV ALMIRANTE BRION "(F-22), por un monto de **TRESCIENTOS QUINCE MILLONES DE DOLARES DE LOS ESTADOS UNIDOS DE AMERICA SIN CENTAVOS (US\$. 315.000.000,oo)** que al cambio referencial de **CUATROCIENTOS SETENTA BOLIVARES SIN CENTIMOS (470,oo)** equivalen a **CIENTO CUARENTA Y OCHO MIL CINCUENTA MILLONES DE BOLIVARES SIN CENTIMOS (Bs. 148.050.000.000,oo)**, aprobado por la Contraloria General de las Fuerzas Armadas Nacionales, segun Oficio Nº DCA-C-3340-7315 de fecha 04 de Diciembre de 1997.

El representante de la empresa presentó AD EFFECTUM VIDENDI la siguiente documentacion:

A.- ACTA CONSTITUTIVA-ESTATUTOS DE LA EMPRESA "ESTADO DE DELAWARE", EN LA OFICINA DEL SECRETARIO DE ESTADO, ARCHIVADO EL DIA 11 DE JUNIO DE 1987, BAJO EL Nº DE AUTENTICACION 1271710, DOMICILIADAS SUS OFICINAS PRINCIPALES EN 1.000 ACCESS ROAD, PO BOX 149.

B.- REPRESENTADA EN ESTE ACTO POR EL CIUDADANO CECIL LEE RECTOR DE NACIONALIDAD ESTADOUNIDENSE TITULAR DEL PASAPORTE DE LOS ESTADOS UNIDOS DE AMERICA Nº 082014205.

ARB-000645

El contrato quedó anotado en el libro de Registro de Operaciones bajo el Tomo VIII del IV Trimestre de año 1997.

HOMERO OTERO MEDRANO
CORONEL (GN)
CONSULTOR JURIDICO

-02-

ARB-000646

REPÚBLICA DE VENEZUELA

*MINISTERIO DE LA DEFENSA*
DESPACHO DEL MINISTRO
CONSULTORIA JURÍDICA
____

No. RO-001

CARACAS, 30 de DIC 1997

187ª y 138ª

*EL ANTERIOR DOCUMENTO FUE LEIDO POR MI, Y EN MI PRESENCIA FUE FIRMADO POR SUS OTORGANTES, CIUDADANO VICEALMIRANTE **TITO MANLIO RINCON BRAVO**, MINISTRO DE LA DEFENSA, TITULAR DE LA CEDULA DE IDENTIDAD Nº 3.366.278 Y EL CIUDADANO **CECIL LEE RECTOR**, MAYOR DE EDAD, DE NACIONALIDAD ESTADOUNIDENSE, TITULAR DEL PASAPORTE Nº 082014205, DOMICILIADO EN EL MENCIONADO PAIS, Y AQUI DE TRANSITO, APODERADO DE LA EMPRESA **INGALLS SHIPBUILDING, INC.**, QUIENES PROCEDIENDO CON EL CARACTER EXPRESADO, MANIFESTARON: "SU CONTENIDO ES CIERTO Y NUESTRAS LAS FIRMAS QUE LO AUTORIZAN". EN CONSECUENCIA Y DE CONFORMIDAD CON LO DISPUESTO EN EL ARTICULO 321 DE LA LEY ORGANICA DE LAS FUERZAS ARMADAS NACIONALES, QUEDA CERTIFICADO EL MENCIONADO DOCUMENTO Y REGISTRADO BAJO EL Nº001 TOMO VIII DEL IV TRIMESTRE DEL AÑO 1997 EN EL LIBRO DIARIO QUE AL EFECTO SE LLEVA EN EL REGISTRO DE OPERACIONES.*

"LOS OTORGANTES"

"EL CONSULTOR JURÍDICO"

ARB-000647

ARB-000648

# SECRETO



### HOJA DE CUBIERTA

**LA REVELACION NO AUTORIZADA DE LA INFORMACION CONTENIDA EN EL DOCUMENTO ADJUNTO PUEDE DAR LUGAR A SERIOS PERJUICIOS PARA LA DEFENSA DE LOS INTERESES DE LA NACION O A SUS FUERZAS ARMADAS**

RESPONSABILIDADES DE LAS PERSONAS QUE MANEJAN EL DOCUMENTO ADJUNTO CLASIFICADO **SECRETO**

1. Tomar las medidas de protección adecuadas para evitar revelación no autorizada de información, no dejando nunca el documento solo, excepto cuando está guardado en una caja de seguridad.

2. Entréguese el documento solamente a las personas **QUE TENGAN NECESIDAD DE CONOCER** la información y estén debidamente autorizadas para trabajar con información clasificada (INS-IT-CGA-0012).

3. Exíjase un recibo al ceder el control del documento.

4. En principio no se trasladarán documentos o materiales clasificados **SECRETO** fuera de los locales u oficinas donde se guarde.

**ALMACENAJE:** (Art. 31 del Reglamento para la clasificación, seguridad y manejo de las informaciones, documentos y materiales clasificados de las Fuerzas Armadas).

"Los documentos y materiales clasificados **"SECRETO"**, se mantendrán guardados en cajas fuertes con cerraduras de combinación". El conocimiento que se tenga de la combinación está limitado a dos personas.

**REPRODUCCION:** (Art. 19 del Reglamento para la Clasificación).

"Los documentos que contengan información clasificada no deben reproducirse, salvo que sea necesario, en cuyo caso deberá autorizarlo el Comandante o Jefe de la Dependencia, por intermedio del Oficial de Control de Seguridad, quien elaborará un Acta de Compromiso firmada por dos testigos que tengan la autorización para conocer la materia del documento. Cada una de las copias será identificada y registrada. El número de reproducciones deberá ser determinado en el Acta".

**EXTRAVIO:**

"Si usted encuentra este documento se agradece entregarlo en la Oficina de Publicaciones Navales más cercana".

"Hágalo del conocimiento del Superior Inmediato a la mayor brevedad".

**(Esta Hoja de Cubierta es No Clasificada cuando está separada del documento)**

# SECRETO

ARB-000649

SECRETO

Entre la República de Venezuela, por órgano del Ministerio de la Defensa, representado en este acto por el titular de ese Despacho Vicealmirante TITO MANLIO RINCON BRAVO, Ministro de la Defensa, domiciliado en Caracas, Distrito Federal, titular de la Cédula de Identidad N° 3366278, debidamente autorizado por el ciudadano Presidente de la República, según consta en Decreto Presidencial N° 1915 de fecha 01 de julio de 1997, publicado en la Gaceta Oficial N° 36238 del 01 de julio de 1997 y que en lo adelante, para los efectos del presente contrato, se denominará "EL MINISTERIO", por una parte y por la otra, "INGALLS SHIPBUILDING, INC", domiciliada en Pascagoula, Mississippi, Estados Unidos de América, empresa registrada por ante el Secretario de Estado del "Estado de DELAWARE", en la oficina del Secretario de Estado, archivado el día 11 de junio de 1987, bajo el Número de autenticación 1271710, (Anexo "A") domiciliadas sus oficinas principales en 1.000 Access Road, PO Box 149, representada en este acto por el ciudadano CECIL LEE RECTOR de nacionalidad Estadounidense, titular del Pasaporte de los Estados Unidos de América N° 082014205, domiciliado en el mencionado país, aquí de tránsito, quien obliga a la empresa, conforme consta en instrumento poder que le fue otorgado de acuerdo a las Leyes de esa República, legalizado ante el Consulado General de Venezuela en Nueva Orleans, bajo el N° 332, el día 7 de abril de 1992 (Anexo "B"), quien con el carácter dicho, está debidamente autorizado para representarla y obligarla de acuerdo a las normas legales que la rigen y en lo sucesivo denominada en este instrumento "LA CONTRATISTA", han convenido en celebrar el presente Contrato contenido en las Cláusulas siguientes y sus anexos:

<u>OBJETO DEL CONTRATO</u>

<u>PRIMERA</u>: El objeto del presente Contrato, es el mantenimiento mayor y los trabajos de reparación de las fragatas ARV "MARISCAL SUCRE" (F-21) y ARV "ALMIRANTE BRION" (F-22), por parte de "LA CONTRATISTA" y por cuenta de "EL MINISTERIO", de conformidad con lo establecido en la Cláusula Segunda de este instrumento, denominada en lo adelante "LOS BUQUES"; así como la sustitución de algunos equipos; el suministro e instalación del Sistema de Guerra Electrónica; el mantenimiento mayor de los Helicópteros

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

MANUEL TRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

FRANCISCO ORTEGA JUGO

ARB-000650

SECRETO

AB-212-ASW, Siglas ARV-0302 y ARV 0306; el mantenimiento mayor del Sistema de Lanzamiento Misilístico Otomat MK-2, Sistema Teleguía TG-2 y de dieciséis (16) Misiles Otomat MK-2 con sus contenedores; también "LA CONTRATISTA" se obliga a la prestación de servicios, venta de materiales, partes, repuestos y equipos; al suministro de manuales y planos de los equipos nuevos y de las modificaciones a que hubiere lugar en los sistemas que se indiquen en el presente instrumento contractual, para la correcta operación de "LOS BUQUES", todo conforme a los pliegos de la Oferta, Especificaciones Técnicas y demás documentos contenidos en el Anexo marcado "C", el cual junto con los enunciados en la Cláusula Cuadragésima Tercera contentiva de los anexos de este documento contractual, son parte integrante de este Contrato.

Parágrafo Primero: Los trabajos de plataforma, armas, electrónica y comunicaciones objeto de este Contrato, serán realizados por "LA CONTRATISTA" en la planta o en el Astillero ubicado en Pascagoula - Mississippi, Estados Unidos de América; el mantenimiento mayor de los helicópteros será efectuado en los hangares de IAI Israel Aircraft Industries LTD ubicadas en Israel y entregados en Venezuela al concluir los trabajos, la Fabricación del Sistema de Guerra Electrónica que se efectuará en la fábrica de la empresa ELECTRONIC Systems LTD (ELISRA) en Israel, para su posterior instalación a bordo de "LOS BUQUES", en el Astillero en Pascagoula, Mississippi; el mantenimiento del sistema de lanzamiento misilístico Otomat MK-2, sistema Teleguía TG-2 y dieciséis (16) Misiles Otomat con sus contenedores, será efectuado en Italia en las instalaciones de la Alenia Difesa A Finmeccanica Company, Missiles Systems División y reinstalado a bordo de "LOS BUQUES" en Pascagoula, Mississippi, excepto los Misiles con sus contenedores que serán entregados en Venezuela, y el TG-2 el cual será reinstalado en los Helicópteros en Israel en las instalaciones de IAI Israel Aircraft Industries LTD, excepto los trabajos de garantía que puedan ser efectuados de acuerdo a la Cláusula de Garantía Técnicas contenida en este Contrato, por "LA CONTRATISTA" y los Subcontratistas Designados, los cuales serán efectuados en Venezuela.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.___

2

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.891

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Centro

ARB-000651

Parágrafo Segundo: La maquinaria, equipos, partes, repuestos y materiales nuevos que se instalen a "LOS BUQUES", objeto de este Contrato serán originales del fabricante del sistema o equipo a que se refiere, de primera calidad y comprobada fidelidad, no usados anteriormente, y se compromete a suministrar repuestos (soporte logístico) por veinte (20) años, de acuerdo a lo establecido en la Cláusula Décima Tercera, conforme a las Especificaciones, Planos originales o Monografías de "LOS BUQUES" y de los Sistemas, Diseños, Programas, Cálculos y demás documentos señalados en las Especificaciones Técnicas, que como Anexo "C", forma parte de este Contrato, así como también, la mano de obra a emplear en los trabajos será de primera calidad conforme a las normas MIL-I-45208A del Departamento de Defensa de los Estados Unidos de América y debidamente calificada para intervenir en los equipos y sistemas a reparar, Anexo "D". De igual modo, se conviene que los trabajos y otros eventos se realizarán conforme a los programas mencionados en la Cláusula Décima Segunda del presente Contrato, y serán supervisados por el personal especializado designado a tal efecto, el equipamiento, sistemas, accesorios, planos y documentación técnica, se regirán por lo establecido en este instrumento contractual. "LA CONTRATISTA" exigirá a que la maquinaria, equipos y materiales utilizados por los Subcontratistas Designados, indicados en el Parágrafo Primero de ésta Cláusula, serán originales del fabricante y. de primera calidad, no usados anteriormente, y fabricados de conformidad a las Especificaciones Técnicas y alcance de trabajos incluidos en dichos subcontratos, y acompañado con el debido certificado del control de calidad y fecha de elaboración.

Parágrafo Tercero: "LA CONTRATISTA" utilizará para los trabajos objeto de este contrato los manuales específicos del fabricante del equipo, así como las partes y repuestos originales allí descritos o sustitutos autorizados por "EL MINISTERIO", a través del jefe de la Comisión Inspectora Venezolana ("C.I.V."), o certificado por el fabricante original del referido equipo.

Parágrafo Cuarto: La ejecución de los trabajos a "LOS BUQUES" y a los demás sistemas, objeto de éste Contrato, así como la supervisión , inspección y pruebas a los

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 062014205

3

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.369.278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.891

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000652

SECRETO

mismos, serán efectuadas conforme a las Especificaciones Técnicas que en lo. sucesivo en este documento se denominarán "LAS ESPECIFICACIONES", mediante Protocolos de Prueba y aceptación debidamente autorizados y certificados por "EL MINISTERIO".

Parágrafo Quinto: En caso de que se produzcan discrepancias entre algunas de las Cláusulas de este Contrato y "LAS ESPECIFICACIONES" o las Especificaciones Técnicas de los Subcontratistas designados, prevalecerán las estipulaciones del presente Contrato. Asimismo, si aparecieran discrepancias entre "LAS ESPECIFICACIONES" y los planos originales de "LOS BUQUES" prevalecerán "LAS ESPECIFICACIONES", obligándose "LA CONTRATISTA" al suministro de la nueva documentación, cuando le sea requerido.

### PRECIO Y FORMAS DE PAGO

SEGUNDA: La República de Venezuela a través del Ministerio de Hacienda, pagará a "LA CONTRATISTA" por objeto del presente Contrato la cantidad de TRESCIENTOS QUINCE MILLONES DE DOLARES de los Estados Unidos de América (US$. 315.000.000,00), con la exclusión de cualquier otra moneda, que a la tasa de CUATROCIENTOS SETENTA BOLÍVARES (Bs.470,00) por UN DOLAR de los Estados Unidos de América (US$. 1,00), es equivalente a CIENTO CUARENTA Y OCHO MIL CINCUENTA MILLONES DE BOLÍVARES CON CERO CÉNTIMOS (Bs. 148.050.000.000,00). El precio total de este contrato se mantendrá fijo y no revisable y se pagará de la siguiente manera:

Parágrafo Primero: Con el propósito de realizar los pagos previstos según este Contrato el Ministerio de Hacienda de la República de Venezuela, realizará una emisión de Eurobonos, por un monto de US$. 315.000.000,00 en una colocación privada por ING Barings (US) Securites convertida en dólares de los Estados Unidos de América. El resultado de la emisión será colocado en un fideicomiso establecido por el Ministerio de Hacienda y el Bank of New York, New York, Estados Unidos de América con el fin único y específico de realizar los pagos contemplados en este Contrato.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC
USA 082014205

4

Tito M. Falcón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

JULIO H. CHACÓN HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

RAMIRO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
...

ARB-000653

**Parágrafo Segundo:** El monto antes citado es subdividido en el número de Items del Contrato, donde se describe las Categorías de los Trabajos. Las partes reconocen que se trata de un solo Contrato por el precio total indicado en esta Cláusula y no constituye una serie de Contratos separados, en tal sentido se detallan los siguientes trabajos:

| ITEM | DESCRIPCION | PRECIO |
|---|---|---|
| 001 | PLATAFORMA<br>ANEXO PLATAFORMA | US$. 87.026.406,00 |
| 002 | ARMAS Y ELECTRONICA<br>ANEXO ARMAS ELECTRONICA | US$. 110.373.040,00 |
| 03 | COMUNICACIONES<br>ANEXO COMUNICACIONES | US$. 16.998.210,00 |
| 04 | ADQUISICION DE GUERRA<br>ELECTRONICA | US$.13.031.188,00 |
| 05 | MANTENIMIENTO MAYOR DE LOS<br>HELICÓPTEROS | US$. 7.636.000,00 |
| 06 | SERVICIO DEL MANTENIMIENTO DE DIECISÉIS (16) MISILES OTOMAT, MANTENIMIENTO DEL SISTEMA OTOMAT MK-2 Y TELEGUIÁ TG-2.<br><br>**SUB TOTAL** | US$. 15.543.372,00<br><br>---------------------------------------<br>**US$. 250.608.216,00** |
| 07 | REPUÉSTOS | US$. 21.439.766,00 |
| 08 | EXTRAS Y/O IMPREVISTOS | US$. 42.952.018,00 |
| | TOTAL | **US$. 315.000.000,00** |

**Parágrafo Tercero:** Por el trabajo a ser realizado según este Contrato, "LA CONTRATISTA" tendrá derecho y estará autorizada a recibir del fideicomiso en DOLARES de los Estados Unidos de América los montos indicados a continuación:

| PAGO | MONTO | PERÍODO |
|---|---|---|
| 1 | US$. 57.640.000,00 | A LA FIRMA DEL CONTRATO PAGO DE ANTICIPO |
| 2 | US$. 35.395.000,00 | FINALIZACIÓN DE LA FASE I |
| 3 | US$. 31.688.000,00 | FINALIZACIÓN DE LA FASE II |
| 4 | US$. 29.500.000,00 | FINALIZACIÓN DE LA FASE III |
| 5 | US$. 45.514.000,00 | FINALIZACIÓN DE LA FASE IV |
| 6 | US$. 25.387.000,00 | FINALIZACIÓN DE LA FASE V |
| 7 | US$. 10.047.216,00 | FINALIZACIÓN DE LA FASE VI |
| 8 | US$. 15.437.000,00 | FINALIZACIÓN DE LA FASE VII |
| Monto total de todo el trabajo básico (excluyendo repuestos y extras y/o imprevistos) | US$. 250.608.216 | |

C. .RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014206

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.274

Jmal. Eduardo Lares
Capitán de Fragata
Director de Coord y Control

FRANCISCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
INPRE.ABOGADO No. 2.772

MANUEL IRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

5

ARB-000654

SECRETO

**Parágrafo Cuarto:** El pago inicial representa un adelanto a "LA CONTRATISTA" y será garantizado por una fianza de anticipo a favor de "EL MINISTERIO" en monto igual al Cien por ciento (100%) del monto del anticipo según Cláusula 4, Parágrafo a). Cada pago subsiguiente, como fue indicado anteriormente, estará basado en trabajo finalizado previo control perceptivo y pronunciamiento favorable del mismo de la Contraloría General de las Fuerzas Armadas Nacionales y la ejecución de los eventos indicados en el Anexo "W", Cronograma de Desembolsos, en los períodos de tiempo allí establecidos.

**Parágrafo Quinto:** A la finalización de los trabajos de cada fase, "EL MINISTERIO", a través del Jefe de la Comisión Inspectora Venezolana ("C.I.V.") y "LA CONTRATISTA" a través de su representante autorizado, firmarán el "Acta de Avance", señalados en el Anexo "I", indicando que "LA CONTRATISTA" ha finalizado los trabajos de dicha fase.

**Parágrafo Sexto:** Los pagos a "LA CONTRATISTA" para el trabajo base serán hechos de la cuenta del fideicomiso mencionado anteriormente contra la presentación al Fiduciario de los siguientes documentos:

a) Factura comercial en un (1) original y siete (7) copias emitidas por "LA CONTRATISTA", aprobado por el Jefe del "C.I.V." que evidencia que la factura cubre el valor del trabajo realizado según el Contrato.

b) Acta de Avance o Progreso de Trabajo, firmado por el Jefe de la "C.I.V." estableciendo que el trabajo ha sido realizado satisfactoriamente y según las Especificaciones Técnicas.

c) Acta Control Perceptivo realizado por un representante de la Contraloría General de la Fuerzas Armadas Nacionales, en las instalaciones de "LA CONTRATISTA" y pronunciamiento favorable del referido control el cual será emitido dentro de los treinta (30) días siguientes a la firma del Acta de dicho Control Perceptivo.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014208

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

6

MANUEL RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

SECRETO

**Parágrafo Séptimo:** Los pagos a "LA CONTRATISTA" para la adquisición de repuestos, extras e imprevistos serán realizado de la cuenta de fideicomiso acompañada con la documentación mencionada en las Cláusulas Octava y Décima Tercera de este Contrato.

**Parágrafo Octavo:** Los Controles Perceptivos de los trabajos objeto de este Contrato se efectuarán en las instalaciones de "LA CONTRATISTA" ubicadas en 1000 Access Road, Pascagoula, Mississippi, Estados Unidos de América y en aquellos lugares donde esté prevista su realización, para verificar los trabajos relativos a los Subcontratistas Designados. "LA CONTRATISTA" deberá notificar a "EL MINISTERIO" con treinta (30) días continuos de anticipación las fechas de realización del mismo, a objeto de que "EL MINISTERIO" pueda informar a la Contraloría General de las Fuerzas Armadas Nacionales, y esta designe al personal que efectuará dichos Controles Perceptivos. Cuando "EL MINISTERIO" este en conocimiento del funcionario designado, participará a "LA CONTRATISTA" el grado y nombre del mismo así como del representante designado por "EL MINISTERIO".

**Parágrafo Noveno:** Para la realización del Control Perceptivo, el funcionario de la Contraloría General de las Fuerzas Armadas Nacionales, tendrá como parámetro los lineamientos establecidos en Las Especificaciones Técnicas, y éste procederá a emitir el Acta de Control Perceptivo, reflejando lo acontecido, así como el costo del trabajo realizado por "LA CONTRATISTA " y aceptados por "EL MINISTERIO".

**Parágrafo Décimo:** La aceptación del Acta de Avance será efectuada por el Jefe de la "C.I.V." simultáneamente se efectuará la ejecución del Control Perceptivo por parte del funcionario nombrado por la Contraloría General de las Fuerzas Armadas Nacionales.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082074205

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

7

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.501

JULIO H. CHACÓN HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

ARB-000656

SECRETO

## PLAZOS DE ENTREGA

**TERCERA:** "LA CONTRATISTA" se compromete y obliga con "EL MINISTERIO" a ejecutar y concluir los trabajos objeto de este Contrato, en el lugar designado, según la Cláusula Primera, Parágrafo Primero del presente instrumento contractual, en los plazos que se indican a continuación a) Para los trabajos de "LOS BUQUES" en un plazo no mayor de veinte (20) meses, contados a partir de la firma del Acta de Inicio de los Trabajos, que será suscrita por ambas partes, según modelo del Anexo "E", después que "LA CONTRATISTA" reciba el pago inicial, señalado en el Parágrafo Tercero de la cláusula Segunda. b) Para mantenimiento mayor de los Helicópteros AGUSTA BELL AB-212-ASW, cuyos trabajos serán realizados en las instalaciones de la ISRAEL AIRCRAFT INDUSTRIES LTD, en un plazo no mayor de veinte (20) meses, contados a partir de la fecha de su arribo a Israel, siendo a cargo de la empresa ISRAEL AIRCRAFT INDUSTRIES, el traslado de los mismos a ese país, en un lapso no mayor de sesenta (60) días contínuos, contados a partir de la entrada en vigencia de este contrato. La entrega de los mencionados Helicópteros en Venezuela, será bajo la responsabilidad de la ISRAEL AIRCRAFT INDUSTRIES. c) Para adquisición, instalación e interfaces del sistema de guerra Electrónica, cuya instalación será a cargo de la empresa Electronic Systems LTD (ELISRA) en un plazo no mayor de veinte (20) meses, contados también a partir de la entrada en vigencia del presente instrumento contractual, instalados e interfasados a bordo de "LOS BUQUES" en el Astillero en Pascagoula, y ambos sistemas estén listos para las pruebas de mar. d) Y la entrega del Sistema de Lanzamientos OTOMAT MK-2, a "LA CONTRATISTA" los cuales serán instalados e interfasados a bordo de "LOS BUQUES", por Alenia Difesa A Finmeccanica Company, Missiles Systems División, antes OTO MELARA, S.P.A., en la ciudad de Pascagoula, será en un lapso no mayor de diecisiete (17) meses después de recibidos dichos Lanzadores en la instalaciones de Alenia Difesa A Finmeccanica Company, Missiles Systems División, antes OTO MELARA, S.P.A., en la Spezia, Italia, los dieciséis (16) Misiles Otomat MK-2 con sus contenedores de lanzamiento, serán entregados en Venezuela en un lapso no mayor de veintidós (22) meses, contados a partir de la entrada en vigencia del presente Contrato, para el mantenimiento del sistema Teleguía TG-2, será entregado,

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING.
USA

8

Tito M Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.910.991

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

ARB-000657

instalado e interfasado a bordo de los Helicópteros AB-212 en las instalaciones de la ISRAEL AIRCRAFT INDUSTRIES, en Israel, dentro de los diecisiete (17) meses después de recibidos dichos equipos en Italia. "EL MINISTERIO" se compromete a su cargo y por su cuenta a entregar dichos Misiles, contenedores de Lanzamiento Otomat MK-2, y el Teleguía TG-2 en las instalaciones de Alenia Difesa A Finmeccanica Company, Missiles Systems División, antes OTO MELARA S.P.A., en Italia, dentro de los treinta (30) días continuos de la entrada en vigencia de este Contrato.

Parágrafo Primero: Queda entendido que la recepción de los Helicópteros AGUSTA BELL AB-212-ASW, los Sistemas de Guerra Electrónica, los Misiles y el Sistema Teleguía TG-2, será en Puerto Cabello, Estado Carabobo, República de Venezuela y "LOS BUQUES" y los Sistemas de Lanzadores MK-2 en Pascagoula-Mississippi, lo cual se realizará previo el pronunciamiento satisfactorio del Control Perceptivo practicado por la Contraloría General de las Fuerzas Armadas Nacionales y la posterior firma del Acta de Aceptación Final.

Parágrafo Segundo: "EL MINISTERIO" se compromete a poner a disposición de "LA CONTRATISTA" en su Astillero, indicado en la Cláusula Primera, Parágrafo Primero, del presente documento, "LOS BUQUES" objeto de este Contrato, sin municiones, dentro del lapso de un (1) mes, contado a partir de la fecha de la entrada en vigencia de este contrato. Igualmente "EL MINISTERIO" se compromete a la preparación de los Helicópteros en un lapso de quince (15) días hábiles, luego de la entrada en vigencia del presente Contrato y cooperará en la obtención de la permisología, para el traslado de los mismos a Israel por cuenta y riesgo de la empresa ISRAEL AIRCRAFT INDUSTRIES LTD (IAI) en un lapso de sesenta (60) días contínuos, contados a partir de la entrada en vigencia de este contrato.

Parágrafo Tercero: "EL MINISTERIO", dentro de los treinta (30) días hábiles, contados a partir de la fecha en que sea requerido por "LA CONTRATISTA", pondrá a disposición de la misma, los Planos originales de "LOS BUQUES" y sus Manuales de Instrucción Técnica que la Armada tenga disponible para facilitar la ejecución por parte de "LA CONTRATISTA" de los trabajos objeto del presente documento, la no entrega de los

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

9

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.891

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.358.278

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

ARB-000658

documentos antes mencionados no excusa a "LA CONTRATISTA" de la ejecución de los trabajos o retardos en el desarrollo de los mismos.

Parágrafo Cuarto: En el momento que "LA CONTRATISTA" haya cumplido con lo indicado en esta cláusula le entregará también en su versión final los siguientes documentos a un representante autorizado por la "Comisión Inspectora Venezolana" o cualquier otro miembro designado por el Jefe de la "C.I.V." y a ello estará condicionado uno de los criterios de aceptación de "LOS BUQUES" por parte de "EL MINISTERIO":

a) Certificados de "Aceptación de Pruebas de Taller, Muelle y Mar" (Anexo "F") debidamente firmados por el representante de la "Comisión Inspectora Venezolana", que conformen el cumplimiento de todo lo indicado en "LAS ESPECIFICACIONES" (4 ejemplares).

b) Acta de Inventario de los Equipos nuevos instalados durante los trabajos objeto de este Contrato, conteniendo cada uno, sus datos técnicos y los respectivos manuales de operación, repuestos y mantenimiento.

c). Toda la documentación derivada del objeto de este Contrato, como los Manuales Técnicos, Planos, Diseños, Diagramas y Cálculos. La entrega de los Manuales en su versión final se efectuará con la entrega de "LOS BUQUES".

Parágrafo Quinto: Los plazos señalados en esta Cláusula para la entrega de "LOS BUQUES" y la documentación correspondiente podrán ser postergados sin penalidad alguna a "LA CONTRATISTA" y con cargo a los imprevistos estipulados en la Cláusula Octava, entre otras razones, por las siguientes causas:

a) Circunstancias o eventos debidos a casos fortuitos o de fuerza mayor, según lo previsto en la Cláusula Vigésima Novena de este Contrato.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014203

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

10

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

SECRETO

b) Que "LOS BUQUES" no se encuentren a disposición del Astillero, dentro del plazo fijado en el Parágrafo Segundo de esta Cláusula. En tal caso la entrega de "LOS BUQUES" se efectuará con un retardo igual a aquel con el cual llegaron al Astillero.

c) Cuando se efectúen trabajos extras y/o imprevistos conforme a lo establecido en la Cláusula Octava, siempre cuando se acuerde un tiempo adicional para la ejecución de los mismos.

d) Cuando se efectúen repeticiones de pruebas por causas no debidas a la responsabilidad de "LA CONTRATISTA", sus subcontratistas o los Subcontratistas Designados. Si ello ocurriera, se elaborara un acta explicativa de las circunstancias, la cual deberá ser aceptada por escrito y firmada por ambas partes.

e) Si "EL MINISTERIO" y/o los Subcontratistas Designados, no ponen a disposición el equipo referido en ésta cláusula y su Parágrafo Segundo, dentro de los plazos allí estipulados, "LA CONTRATISTA" podrá extender la programación de entregas por un lapso de días igual de la demora en la entrega de éstos, en las instalaciones de "LA CONTRATISTA" o Subcontratistas Designados, sin penalidad alguna para "LA CONTRATISTA", dejando a salvo la responsabilidad del Subcontratista Designado si lo hubiere. Queda igualmente entendido que si bien "LA CONTRATISTA" no es responsable por los retardos en que incurran los Subcontratistas Designados, si lo será frente a "EL MINISTERIO" cuando al recibir información por escrito de la "C.I.V." de los Subcontratistas Designados sobre el retardo, omita ejercer las acciones legales que nazcan de tales subcontratos, a fin de obtener las indemnizaciones a que hubiere lugar con motivo de dichos retardos.

f) Los servicios de control de calidad aprobado por el Gobierno de los Estados Unidos de América, o cualquier otro que "EL MINISTERIO" estime conveniente, para la inspección y verificación de los trabajos y de los materiales, equipos, repuestos y partes de "LOS BUQUES".

C. L. RECTOR
DIRECTOR DE CONTRATO
INGALLS SHIPBUILDING, INC.
USA 082014202

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

11

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.991

JULIO H. CHACON HERNANDEZ
Viceamirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

N...LA ORTEGA JUGO

ARB-000660

**Parágrafo Sexto**: La extensión de los plazos ocasionada por las causas señaladas en el Parágrafo anterior, deberá ser hecha por "EL MINISTERIO" del conocimiento de la Contraloría General de las Fuerzas Armadas Nacionales, dentro de los treinta (30) días hábiles, contados a partir de su ocurrencia.

**Parágrafo Séptimo**: Cuando "EL MINISTERIO" acepte y reciba los trabajos totalmente terminados de cada uno de "LOS BUQUES", tendrá a partir de ese momento un plazo de treinta (30) días hábiles, contados a partir de la firma del Acta de Aceptación Final, para retirarlos del Astillero, corriendo a cargo de "LA CONTRATISTA" los gastos de muelles y servicios relativos a agua, luz, energía eléctrica y aseo de muelle. Cumplido este lapso "EL MINISTERIO" se compromete a cubrir los gastos por tales conceptos.

**Parágrafo Octavo**: "LA CONTRATISTA" enviará, sin costo ni responsabilidad alguna para "EL MINISTERIO", un máximo de cinco (5) técnicos por cada buque, para acompañar al personal de "EL MINISTERIO" en el traslado de "LOS BUQUES" desde Venezuela a los Estados Unidos de América, sede del Astillero de "LA CONTRATISTA", siendo entendido que "EL MINISTERIO" le proporcionará las facilidades para el desempeño de sus funciones y para su evaluación.

<u>FIANZAS</u>

**CUARTA**: "LA CONTRATISTA" presentará a satisfacción de "EL MINISTERIO" a través de la Comandancia General de la Armada, Comando Naval de Logística para la aprobación de la Contraloría General de las Fuerzas Armadas Nacionales, las fianzas solidarias debidamente notariadas que se indican a continuación:

a) Una fianza otorgada por una Compañía de Seguros o Instituto Bancario con domicilio en la República de Venezuela, conforme al modelo de Fianza de Anticipo contenido en el Anexo "H" de este instrumento, por la cantidad de CINCUENTA Y SIETE MILLONES SEISCIENTOS CUARENTA MIL DOLARES de los Estados Unidos de América

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 032014205

*Tito M. Rincón Bravo*
Vicealmirante
Vice Ministro de la Defensa
C.I. 3.366.278

12

MANUEL TRUJILLO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

ARB-000661

SECRETO

(US$. 57.640.000.,oo), que a la tasa de CUATROCIENTOS SETENTA BOLÍVARES (Bs. 470,00) por UN DÓLAR (US$. 1,00) de los Estados Unidos de América es equivalente a VEINTISIETE MIL NOVENTA MILLONES OCHOCIENTOS MIL BOLIVARES (Bs. 27.090.800.000,00), que representa el Cien por Ciento (100%) del monto del primer pago, señalado en el Parágrafo Tercero de la cláusula Segunda de este contrato para garantizar la devolución de la parte no ejecutada del pago inicial, en caso de su rescisión, correspondiente aproximadamente al Dieciocho coma Veintinueve por Ciento (18,29%) del monto total de este Contrato. Esta fianza deberá ser presentada dentro de los treinta (30) días continuos a la entrada en vigencia del Contrato y entrará en vigencia luego de su aprobación por parte de la Contraloría General de las Fuerzas Armadas Nacionales, con la recepción del anticipo por parte de "LA CONTRATISTA"; y será liberada proporcionalmente mediante la reducción del monto correspondiente a la entrega de la porción de trabajo ejecutado equivalente al monto del anticipo, contra presentación de las respectivas Actas de Avance de los trabajos, incluida como Anexo "I", firmada por el Jefe de la "Comisión Inspectora Venezolana" y representantes de "LA CONTRATISTA", previo Control Perceptivo y pronunciamiento favorable al mismo, practicado por la Contraloría General de las Fuerzas Armadas Nacionales.

b) Una fianza otorgada por una Compañía de Seguro o Instituto Bancario con domicilio en la República de Venezuela, conforme al modelo de Fianza de Fiel Cumplimiento contenido en el Anexo "J" de este instrumento, por la cantidad de SESENTA Y TRES MILLONES DE DÓLARES de los Estados Unidos de América (US$. 63.000.000,oo), que a la tasa de CUATROCIENTOS SETENTA BOLÍVARES (Bs. 470,00) por UN DÓLAR (US$. 1,00) de los Estados Unidos de América es equivalente a VEINTINUEVE MIL SEISCIENTOS DIEZ MILLONES DE BOLIVARES (Bs. 29.610.000.000,00), equivalente al veinte por ciento (20%) del monto total del Contrato, para garantizar el Fiel Cumplimiento de todas y cada una de las obligaciones que se deriven del presente Contrato, que deberá ser entregada por "LA CONTRATISTA" a "EL MINISTERIO", dentro de los treinta (30) días siguientes a la entrada en vigencia de este Contrato y entrará en vigencia en el momento de su aprobación por parte de la Contraloría

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

13

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278
17-12-97

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Gral. de Logística
C.I. V-3.010.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000662

General de las Fuerzas Armadas Nacionales. Esta fianza será liberada en la fecha de expedición del "Acta de Aceptación Final" del último Buque, previo Control Perceptivo efectuado por la Contraloría General de las Fuerzas Armadas Nacionales, con su respectivo pronunciamiento favorable.

c) Una fianza por cada Buque otorgada por una Compañía de Seguro o Instituto Bancario con domicilio en la República de Venezuela, conforme al modelo de Fianza de Buen Funcionamiento según Anexo "K" de este instrumento, por la cantidad de QUINCE MILLONES SETECIENTOS CINCUENTA MIL DOLARES de los Estados Unidos de América (US$. 15.750.000,00), que a la tasa de CUATROCIENTOS SETENTA BOLÍVARES (Bs. 470,00) por UN DOLAR (US$. 1,00) de los Estados Unidos de América es equivalente a SIETE MIL CUATROCIENTOS DOS MILLONES QUINIENTOS MIL BOLIVARES (Bs. 7.402.500.000,00), cada una, para garantizar y responder por el buen funcionamiento de los equipos, materiales, repuestos y partes de los trabajos objeto de este Contrato. Estas fianzas representarán cada una el Cinco por Ciento (5 %) del monto total del Contrato, indicado en la Cláusula Segunda, de este instrumento contractual que deberá ser entregada por "LA CONTRATISTA" a "EL MINISTERIO", cinco (5) días antes de la firma del Acta de Aceptación Final de cada Buque y será liberada a los doce (12) meses después de firmarse el "Acta de Aceptación Final", previa la revisión de fin de garantía y firma del "Acta de Fin de Garantía" de cada buque, prevista en la Cláusula Vigésima Sexta, de este documento. En caso de que existan trabajos o partes pendientes, finalizado el período de garantía antes indicado y firmada el "Acta de Fin de Garantía" por los trabajos efectuados, "LA CONTRATISTA" extenderá la fianza que corresponda hasta el fin de garantía de esa parte o trabajo afectado y por un monto equivalente al costo de los trabajos o parte afectada objeto de este Contrato, liberándose el monto correspondiente a la porción de trabajo realizada. Una vez presentado los comprobantes de aceptación de los trabajos efectuados, dicha fianza será liberada proporcionalmente.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante General de Logística
C.I. V-3.810.891

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ORTEGA JUGO

Julio Eduardo Lares
Capitán de Navío
Director de Coord y Control

14

ARB-000663

## COMISION INSPECTORA VENEZOLANA

QUINTA: "EL MINISTERIO" para todos los fines relacionados con el objeto de este Contrato, estará representado ante "LA CONTRATISTA" por una "Comisión Inspectora Venezolana", en lo sucesivo denominada "C.I.V." compuesta por un Jefe e integrada por tantos miembros como sean necesarios para cumplir efectivamente sus tareas, los cuales no deben exceder de un número de veinticinco (25). En cuanto a la tripulación de "LOS BUQUES", estará conformada por cuarenta y cuatro (44) tripulantes y los representantes contemplados en las Especificaciones de los Subcontratistas Designados, el cual no debe exceder de siete (7) personas para la realización de los trabajos en Israel o en el país que corresponda. "EL MINISTERIO" tendrá derecho de designar sus representantes oficiales en las instalaciones de los Subcontratistas Designados señalados en la Cláusula Séptima y Trigésima Séptima. La "C.I.V." será designada por "EL MINISTERIO" y actuará de acuerdo con las instrucciones que le sean impartidas por órgano de la Comandancia General de la Armada, Comando Naval de Logística, de acuerdo a su Manual Orgánico.

Parágrafo Primero: "EL MINISTERIO" a través de la Comandancia General de la Armada, Comando Naval de Logística, notificará por escrito a "LA CONTRATISTA" el nombre y la jerarquía del Jefe de la "C.I.V.", del segundo de éste y de los demás integrantes de la misma, indicando el grupo familiar que los acompañará en el curso de los quince (15) días hábiles siguientes a la entrada en vigencia del presente Contrato. El Jefe de la "C.I.V." para el cumplimiento de todas sus funciones se considerará investido de los poderes necesarios al efecto. En igual forma, "EL MINISTERIO" notificará a "LA CONTRATISTA" de cualquier sustitución de miembros de la "C.I.V.", dentro del lapso de quince (15) días hábiles, contados a partir del nombramiento del reemplazante.

Parágrafo Segundo: Los servicios y el apoyo que requiera la "C.I.V.", se regularán de conformidad con las condiciones previstas en "LAS ESPECIFICACIONES" y en este Contrato.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

15

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.816.591

JULIO M. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Jesus/Eduardo Lares
Capitán de Navío
Director de Coord y Control

SECRETO

ACCESO A LAS INSTALACIONES DE "LA CONTRATISTA"

SEXTA: "LA CONTRATISTA" deberá, a requerimiento de "EL MINISTERIO", Y previo mutuo acuerdo permitir el acceso al Astillero, talleres y/o a "LOS BUQUES", con la condición de no interferir en los trabajos, a aquellos proveedores-subcontratistas u otro personal de inspección de "EL MINISTERIO" que requieran de tal acceso. Los anteriormente mencionados proveedores, subcontratistas u otro personal de inspección, deberán cumplir con los requerimientos, reglas y regulaciones de Seguridad de los Estados Unidos de América y de "LA CONTRATISTA", tal como esta descrito en el Anexo "L".

INSPECCION, SUPERVISION Y FUNCIONES DE LA "C.I.V"

SEPTIMA: Los trabajos a "LOS BUQUES" y sus sistemas y los realizados de acuerdo a los subcontratos otorgados de conformidad con la cláusula Trigésima Sexta, así como los demás aspectos contemplados en este Contrato se harán bajo la supervisión e inspección de la "C.I.V.".

Parágrafo Primero: "EL MINISTERIO" además de designar a los miembros de la "C.I.V." para que desempeñen las funciones a que se refiere este Contrato, tendrá el derecho y podrá nombrar representantes del Gobierno de la República de Venezuela ante "LA CONTRATISTA", con el propósito de observar en cualquier momento mientras dure la vigencia de este Contrato, el progreso y desarrollo de los trabajos objeto del presente instrumento, así como observar las pruebas que se efectúen en relación a ellos. "LA CONTRATISTA" facilitará la discriminación de los costos de la mano de obra, equipos y servicios, en caso de ser requeridos por la "C.I.V.".

Parágrafo Segundo: La "C.I.V." tendrá derecho, y así lo reconoce "LA CONTRATISTA" de examinar e inspeccionar todos los trabajos objeto del presente Contrato, durante el proceso de la ejecución. Asimismo, podrá examinar e inspeccionar los materiales, maquinarias, equipos, repuestos, partes y mano de obra calificada y

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

16

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.891

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

FRANCISCO ORTEGA JUGO
Capitán de Navío
Jefe de la Dirección Jurídica
C.I. V-5.013.932  Abogado No. 2.572

ARB-000665

especializada a emplear en los trabajos mencionados, para verificar que éstos cumplan con los requisitos y "LAS ESPECIFICACIONES" citadas en la Cláusula Primera de este Contrato. En consecuencia, "LA CONTRATISTA" facilitará y permitirá a los miembros de la "C.I.V." el libre acceso al Astillero, talleres y lugares en donde se efectúen los trabajos objeto de este Contrato, sujeto a las condiciones establecidas en la Cláusula Sexta. "LA CONTRATISTA" obtendrá de sus subcontratistas y subproveedores las mismas facilidades de acceso a sus talleres para los miembros de la "C.I.V." de acuerdo a las normas y previsiones de seguridad de los referidos subcontratistas. "LA CONTRATISTA" y sus subcontratistas se obligan a facilitar y cooperar con la "C.I.V." en lo relacionado con su trabajo descrito en esta Cláusula.

Parágrafo Tercero: Queda expresamente entendido y así lo convienen las partes que cualquier decisión que deba tomar la "C.I.V.", relacionada con la interpretación del presente Contrato o que de alguna forma la misma modifique los términos de cualquiera de "LAS ESPECIFICACIONES' y las Cláusulas contractuales, deberán ser tramitadas por escrito por la "C.I.V." ante "EL MINISTERIO" a través del Comando Naval de Logística de la Comandancia General de la Armada, de conformidad con lo previsto en la Cláusula Cuadragésima Novena del presente Contrato. Sin perjuicio de lo antes expuesto, el Jefe de la "C.I.V." será la persona autorizada para firmar el "Acta de Aceptación Final" mencionada en la Cláusula Vigésima Tercera de este Contrato, salvo que "EL MINISTERIO" designe un representante especial. Los nombramientos de los representantes especiales, serán proporcionados a "LA CONTRATISTA" por escrito y con un plazo de quince (15) días continuos para permitir el logro de esta actividad.

Parágrafo Cuarto: La inspección y verificación de los trabajos y de los materiales, equipos, repuestos y partes de "LOS BUQUES" y mano de obra requeridos para la ejecución de los mismos, se efectuará con participación de la "C.I.V." y de "LA CONTRATISTA" o de sus delegados, al finalizar cada trabajo parcial (al haber cambiado, reparado o instalado un nuevo equipo o parte de buque), al momento de las pruebas de funcionamiento de muelle y mar, de acuerdo a "LAS ESPECIFICACIONES". "EL

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

... ORTEGA JUGO
... NAVIO
... JURIDICO
... ABOGADO No. 2.772

MINISTERIO" podrá utilizar el servicio de Control de Calidad aprobado por el Gobierno de los Estados Unidos de América, o cualquier otro que estime necesario. Este servicio no influirá en los tiempos de cumplimiento de los trabajos y los costos de este Contrato. "LA CONTRATISTA" y "EL MINISTERIO" intercambiarán continuamente información sobre el progreso de estas actividades para los trabajos mencionados en la Cláusula Primera del presente Contrato.

Parágrafo Quinto: "LA CONTRATISTA" y sus Subcontratistas Designados, facilitaran a la "C.I.V." o a los representantes designados de "EL MINISTERIO", para efectos de Inspección, los instrumentos, planos y cualquier otro accesorio, equipos necesarios, previstos en "LAS ESPECIFICACIONES" y Protocolos de Prueba, que se requieran para efectuar las labores de Inspección, tanto en los talleres de "LA CONTRATISTA", como en los talleres de los subcontratistas.

Parágrafo Sexto: "LA CONTRATISTA" en caso de detectar alguna irregularidad por parte de los Subcontratistas Designados por "EL MINISTERIO", de acuerdo a la Cláusula Trigésima Sexta, en la ejecución de los trabajos objeto de este Contrato que pueda causar perjuicios a "EL MINISTERIO", deberá notificarlo a la "C.I.V." en un plazo no mayor de quince (15) días hábiles y tomar las acciones pertinentes para su inmediata corrección.

Parágrafo Séptimo: "LA CONTRATISTA" se obliga a tramitar toda la permisología requerida por el Gobierno de los Estados Unidos de América, y exigirá a los Subcontratistas Designados provisiones similares, para facilitar la entrada y viajes dentro de ese país o los países de dichos subcontratistas, para el mejor cumplimiento de las funciones asignadas a la "C.I.V." dentro o fuera del Astillero. "EL MINISTERIO" deberá proveer en un término prudencial toda la información pertinente de la "C.I.V." y la tripulación de "LOS BUQUES", para facilitar el cumplimiento de lo establecido en esta Cláusula por parte de "LA CONTRATISTA".

Parágrafo Octavo: "EL MINISTERIO" tendrá derecho de nombrar representantes oficiales, para realizar las funciones señaladas en los Parágrafos Primero, Segundo y

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

18

*Tito M. Rincón Bravo*
Vicealmirante
Ministerio de la Defensa
C.I. 3.060.278

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante General de Logística
C.I. V-3.610.591

JULIO R. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.813.384

Juan Fabbio Lares
Capitán de Navío
Director de Coord y Control

Cuarto de esta Cláusula, en las instalaciones de los Subcontratistas Designados señalados en la Cláusula Trigésima Sexta de este Contrato. "LA CONTRATISTA" incluirá previsiones substancialmente similares a las descritas aquí en los subcontratos a suscribir con dichos Subcontratistas Designados

EXTRAS Y/O IMPREVISTOS

OCTAVA: "EL MINISTERIO" a través de la "Comandancia General de la Armada, Comando Naval de Logística y de la "C.I.V." podrá requerir por escrito que se lleven a cabo modificaciones, adiciones y trabajos de mantenimiento, no previstos en "LAS ESPECIFICACIONES" y necesarios para el buen funcionamiento de "LOS BUQUES" y "LA CONTRATISTA" procederá a analizar dicha propuesta y se obliga a informar por escrito a la "C.I.V." dentro de los veintiún (21) días siguientes, contados a partir de la fecha de tal requerimiento, indicando su costo estimado e incidencia en lo que respecta a los plazos de entrega a los efectos de realizar la notificación correspondiente a la Contraloría General de las Fuerzas Armadas Nacionales. El precio de todas las modificaciones que se acordará por escrito con anticipación a la iniciación de los trabajos cargado a los imprevistos y el total no podrá exceder el monto aludido por tal concepto en la Cláusula Segunda, si fuera necesario, se ajustará el retardo en el plazo de entrega ocasionado por los trabajos extras.

Parágrafo Primero: Queda expresamente convenido que para efectuarse los trabajos a que se refiere esta Cláusula, se requerirá la autorización de "EL MINISTERIO" a través del Comando Naval de Logística, Comandancia General de la Armada, la cual emitirá su aprobación por escrito y determinará si realmente los trabajos deben cargarse a los imprevistos. En todo caso, para proceder a los descargos financieros, deberá contarse con la autorización de la Contraloría General de las Fuerzas Armadas Nacionales.

Parágrafo Segundo: "LA CONTRATISTA" podrá recomendar por escrito a "EL MINISTERIO", realizar algún cambio necesario en la instalación de equipos no previstos en "LAS ESPECIFICACIONES", explicando la necesidad de efectuar tales cambios y para ello

C. L. RECTOR
DIRECTOR DE CO——
INGALLS SHIPBUILDING
USA ————

19

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.566.278

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.610.691

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.364

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

presentará un estudio técnico que lo justifique. Queda expresamente convenido que en ningún caso "LA CONTRATISTA" podrá realizar ningún cambio, ni estudio técnico, sin la expresa autorización y aprobación de "EL MINISTERIO", otorgada por conducto del Comando Naval de Logística de la Comandancia General de la Armada. En el caso de que "EL MINISTERIO" fuere el que proponga el cambio a "LA CONTRATISTA", ésta deberá presentar un presupuesto para su estudio por parte del Jefe de la "C.I.V." antes de proceder a efectuarlo y si por cualquier motivo ajeno a este, no se llevare a cabo, el Comando Naval de Logística, Comandancia General de la Armada, aprobará los costos administrativos de los estudios técnicos que se hayan practicado previa presentación de la factura correspondiente en tal caso.

Parágrafo Tercero: Si es detectada la necesidad de un cambio, bien sea por "EL MINISTERIO" o por "LA CONTRATISTA", una de las partes procederá de inmediato a dar aviso por escrito a la otra, en el entendido de que mientras esté en proceso la incorporación de éste, no se afectará el cumplimiento del Contrato.

Parágrafo Cuarto: "EL MINISTERIO" a través de la Comandancia General de la Armada, entregará a la Contraloría General de las Fuerzas Armadas Nacionales, los documentos que indican los trabajos realizados y los costos correspondientes, el monto extra a pagar por todas las modificaciones o adiciones acordadas en cada caso particular, se cancelará previa presentación de las facturas discriminadas en original y cinco (5) copias, previo Control Perceptivo practicado por la Contraloría General de las Fuerzas Armadas Nacionales.

## MORA Y PENALIDADES

NOVENA: En caso de retardo en la ejecución de los trabajos objeto del presente Contrato que se deban a causas de la responsabilidad de "LA CONTRATISTA" excluyendo aquellos casos estipulados en la Cláusula Tercera, Parágrafo Quinto y tomando como base el plazo señalado en la misma Cláusula, "LA CONTRATISTA" pagará penalidades a "EL MINISTERIO", calculadas sobre la base del precio total del Contrato indicado en la Cláusula

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 002014205

20

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

MANUEL IRRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.691

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

FRANCISCO CETEGA JUGO

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

ARB-000669

Segunda, de este documento, hasta un máximo del diez por ciento (10%) del precio total del contrato, excluyendo el monto correspondiente a los Subcontratistas Designados por "EL MINISTERIO" así:

| | | |
|---|---|---|
| Más de un (1) día y hasta un (1) | meses | 0,50% |
| Más de un (1) mes y hasta dos (2) | meses | 1,00% |
| Más de dos (2) meses y hasta tres (3) | meses | 1,25% |
| Más de tres (3) meses y hasta cuatro (4) | meses | 2,00% |
| Más de cuatro (4) meses y hasta cinco (5) | meses | 2,25% |
| Más de cinco (5) meses y hasta seis (6) | meses | 3,00% |
| | TOTAL | 10,00% |

**Parágrafo Primero**: Estas penalidades serán acumulativas y están referidas específicamente a la parte o equipo objeto de este Contrato que se encuentre retardado, exceptuando los casos de los Subcontratistas Designados, conforme a los plazos establecidos en su Cláusula Tercera y a los trabajos discriminados en la Cláusula Primera y se computarán por meses y fracciones de meses de retardo total transcurridos en la entrega de "LOS BUQUES" y sus sistemas. A los meses completos se le imputarán los porcentajes indicados. Las fracciones se expresarán en días y a cada una de ellas se le imputará un treintavo (1/30) del valor de ese mes. Similares penalidades, serán aplicables de igual forma a los retardos ocasionados por los Subcontratistas Designados en base al precio del referido subcontrato.

**Parágrafo Segundo**: En caso de retardo estipulado en esta Cláusula, la penalidad establecida es independiente de los gastos naturales que ocasione la permanencia de "LOS BUQUES" en el Astillero, los cuales serán cubiertos por "LA CONTRATISTA". Se consideraran gastos naturales para efectos de este Contrato los ocasionados por "LOS BUQUES" en sí (muelle, aire, electricidad, agua, grúa, aseo, calefacción, remolcadores), permanencia del personal de la "C.I.V." y tripulaciones.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC
USA 002014265

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 1.366.278

21

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Gral. de Logística
C.I. V-3.810.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.084

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

ARB-000670

**Parágrafo Tercero:** En caso de retardo en la ejecución de los trabajos objeto de este Contrato por un período mayor de seis (6) meses, respecto al lapso mencionado en su Cláusula Tercera, excepto por motivos de trabajos extras, imprevistos, casos fortuitos o por fuerza mayor o no recepción del pago por parte de "LA CONTRATISTA", "EL MINISTERIO" tendrá derecho a rescindir este Contrato unilateralmente, de acuerdo a lo previsto en la Cláusula Vigésima Octava del mismo.

**Parágrafo Cuarto:** "EL MINISTERIO" notificará "LA CONTRATISTA" su decisión de rescindir este Contrato si ello fuere decidido a consecuencia de la aplicación del Parágrafo Tercero de esta Cláusula, dentro de los quince (15) días hábiles subsiguientes al vencimiento del período de retardo estipulado en esta Cláusula por medio de carta certificada o cualquier otro medio idóneo de comunicación, previsto en las Cláusulas Vigésima Octava y Trigésima Primera.

**Parágrafo Quinto:** Es entendido que en el caso de tener que aplicarse penalidades, existirá un período de veintiún (21) días continuos, luego de notificada por escrito "LA CONTRATISTA", en el cual ésta podrá presentar el descargo que justifique su demora para su correspondiente evaluación. "EL MINISTERIO" notificará posteriormente a "LA CONTRATISTA" la decisión que se tome al respecto, previa aprobación de la Contraloría General de las Fuerzas Armadas Nacionales, en caso de haber presentado el referido descargo.

**Parágrafo Sexto:** El monto resultante de la aplicación de las penalidades mencionadas en esta Cláusula y todos los gastos correspondientes, será obtenido por "EL MINISTERIO", mediante pago en cheque de gerencia a nombre de la Tesorería Nacional.

**Parágrafo Séptimo:** La (s) penalidad (es) pagada (s) por "LA CONTRATISTA" a "EL MINISTERIO" de acuerdo a esta Cláusulas serán consideradas como indemnización y liquidación de los conceptos penados, y en ningún caso excederán del diez por ciento

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.368.278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

MANUEL ITRIAGO RODRÍGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.910.591

JULIO H. CHACÓN HERNÁNDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

22

ARB-000671

(10%) del monto total del Contrato, excluyendo los montos correspondientes a los Subcontratistas Designados.

Parágrafo Octavo: "LA CONTRATISTA" se obligará a incluir en los Subcontratos referidos en la Cláusula Trigésima Sexta, una Cláusula mediante la cual se contemplen disposiciones relativas al resguardo de las informaciones, documentos, planos y especificaciones clasificadas, en los términos en que ellos se encuentren estipulados en esta contratación.

### CLASIFICACION DE LAS INFORMACIONES Y SEGURIDAD DE DOCUMENTOS, PLANOS Y ESPECIFICACIONES

DECIMA: Toda información obtenida por los miembros de la "C.I.V." y los representantes de "EL MINISTERIO" durante las visitas a instalaciones y talleres de "LA CONTRATISTA", así como a los establecimientos de los subcontratistas o sub-proveedores será considerada como "Datos de Propiedad" de "LA CONTRATISTA" y por lo tanto no podrá ser divulgada por ellos a ningún tercero sin la aprobación previa dada por "LA CONTRATISTA por escrito. Los miembros de la "C.I.V." y los representantes de "EL MINISTERIO", estarán sujetos a las reglas, reglamentos y procedimientos de seguridad usuales de "LA CONTRATISTA" y sus subcontratistas. Si ello afectara las labores normales de la "C.I.V.", descritas en la Cláusula Séptima de este Contrato, "LA CONTRATISTA" y/o sus subcontratistas y subproveedores se comprometen a dar las facilidades necesarias para realizar las labores normales de la "C.I.V.", de acuerdo a lo establecido en la Cláusula Sexta del presente Contrato.

Parágrafo Primero: "EL MINISTERIO" y todos los subcontratistas, así como también los individuos que visiten la instalación de "LA CONTRATISTA", deberán cumplir con todos los requerimientos de seguridad del país que corresponda, y todas las otras reglas, regulaciones, políticas y procedimientos de salvaguarda y seguridad promulgadas por "LA CONTRATISTA", los cuales como Anexo "L" forman parte de este Contrato. La presencia

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

23

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ORTEGA JUGO

de todos los individuos que visiten las instalaciones de "LA CONTRATISTA" está sujeta a la aprobación del Departamento de Defensa (U.S. NAVY) de los Estados Unidos de América.

Parágrafo Segundo: "EL MINISTERIO" y "LA CONTRATISTA" mantendrán como "Secreto" inviolable el cuerpo del Contrato, "LAS ESPECIFICACIONES", Planos y otros documentos suministrados bajo el régimen del mismo, serán "Confidenciales". Cualquier documento, plano y otro tipo de información proporcionada por el Gobierno de la República de Venezuela o " LA CONTRATISTA" para la ejecución del presente contrato, deberá ser clasificado y manejado de la misma manera como lo hará el mencionado Gobierno. Esta clasificación de "SECRETO" o "CONFIDENCIAL" según el caso es la usada de acuerdo a la normativa de seguridad vigente en Venezuela.

Parágrafo Tercero: La revelación, tramitación, uso, almacenamiento, distribución y disposición de toda la información, datos documentación y hardware en el curso de la producción o producida y entregada por cualquier parte bajo los términos de este Contrato estará de acuerdo con los procedimientos de seguridad en el "Manual de Seguridad de Protección Industrial" del Departamento de la Defensa de los Estados Unidos de América, con la clasificación de seguridad establecida por el Funcionario de Seguridad de "EL MINISTERIO", cuyas peticiones y requerimientos razonables serán cumplidos prontamente por "LA CONTRATISTA".

Parágrafo Cuarto: " LA CONTRATISTA" deberá poseer el visto bueno de seguridad de instalaciones secretas otorgadas por los Estados Unidos de América.

Parágrafo Quinto : Toda información clasificada por "El Ministerio debe ser salvaguarda con la indicación clara de todo el material relacionado con la misma, de la marca de clasificación aplicable tal como está establecido en la especificación de clasificación de seguridad del contrato, "Formato de Seguridad" utilizado por "LA CONTRATISTA", denominada a los efectos de este contrato "DD Forma 254" Anexo "M" y/u otra notificación escrita y manteniendo los controles de seguridad siguientes:

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.066.278

24

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Na. io
Director de Coord y Control

ARB-000673

SECRETO

a. Todos los documentos denominados "Datos de Propiedad", serán almacenados en gabinetes de archivo, escritorio u otro espacios similarmente cerrados para evitar el acceso de personas no autorizadas.

b. La destrucción de documentos clasificados, será por desfibración o quema. Los documentos denominados "Datos de Propiedad". serán destruidos a mano y arrojados como la basura regular.

c. La transmisión de estos documentos denominados "Datos de Propiedad" dentro de propiedad de los Estados Unidos de América, será mediante correo expreso o de primera clase. La transmisión está autorizada a través de la compañía por Federal Express u otros correos similares.

d. Ninguna información clasificada de los Estados Unidos de América, será usada en la ejecución de éste contrato. Asimismo cualquier información clasificada de la República de Venezuela y/o materiales clasificados a ser entregados de acuerdo a lo establecido en este contrato, serán manejados a través de los canales del Gobierno, especificado por escrito por los respectivos Gobiernos.

Parágrafo Sexto: Queda convenido que" LAS ESPECIFICACIONES", datos técnicos e informaciones suministradas por escrito a "LA CONTRATISTA", anterior  a la fecha de celebración de este contrato y durante la vigencia del mismo, los cuales están clara y expresamente marcados "Datos de propiedad", no serán reveladas por "LA CONTRATISTA" a terceras partes y/o Subcontrastistas Designados de este contrato que así lo requieran. "LA CONTRATISTA" no será responsable de la revelación de los datos que : 1) Están o se harán disponibles al público por otra fuentes que no sean de "LA CONTRATISTA" o sus subcontratistas antes o durante el período de vigencia de este contrato; 2) Son divulgados por escrito por la República de Venezuela; 3) " LA CONTRATISTA" prueba fehacientemente que conocía de esos datos anteriores a esa revelación o la obtuvo legalmente de tercera o terceras partes; 4) "LA CONTRATISTA" prueba por medio de documentos que el "DATOS

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

25

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

PACHECO ORTEGA JUGO

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.891

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

ARB-000674

DE PROPIEDAD" fue conocido por ella antes de su revelación; 5) Son desarrollados independientemente de este contrato; 6) Se hacen disponibles a "LA CONTRATISTA" por inspección o análisis de productos disponibles en el mercado; ó 7) se efectúe cinco (5) años después de la terminación del contrato.

Parágrafo Séptimo: "EL MINISTERIO" y "LA CONTRATISTA" no serán responsables de la revelación involuntaria o accidental, es decir, no intencional de tal información marcada "Datos de Propiedad", si tal revelación ocurre a pesar de practicar el mismo grado de cuidado que "EL MINISTERIO" y "LA CONTRATISTA" practica normalmente para reservar y resguardar su propia información de propiedad.

Parágrafo Octavo: "EL MINISTERIO" certificará la solvencia de seguridad de su personal ante el funcionario de seguridad de "LA CONTRATISTA", antes de su llegada a las instalaciones de "LA CONTRATISTA". El personal de "EL MINISTERIO" estará sujeto a los requerimientos de seguridad de "LA CONTRATISTA" y del Gobierno de los Estados Unidos de América.

Parágrafo Noveno: Todo el personal de "LA CONTRATISTA" que va a realizar servicios o trabajos bajo este Contrato en Venezuela, estará sujeto a los requerimientos de seguridad venezolanos.

SEGUROS PARA LAS PERSONAS

DECIMA PRIMERA: "LA CONTRATISTA" contratará sin cargo alguno para "EL MINISTERIO", para los integrantes de la "C.I.V." y la Tripulación, durante el cumplimiento de sus tareas y la ejecución de los trabajos objeto de este Contrato y las pruebas de "LOS BUQUES" y de sus sistemas, hasta la aceptación de los mismos, un seguro contra accidentes de acuerdo con las siguientes tarifas:

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014255

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

26

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Mayor de Logística
C.I. V-3.010.391

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Tares
Capitán de Navío
Director de Coord y Control

ARB-000675

a) Seguro de Vida por cada persona (Beneficios por Defunción):

Oficiales y Sub-Oficiales máximo 25 personas US$. 50.000,oo

Dependientes US$. 5.000,oo

(esposa e hijos menores de 18 años).

Marineros máximo 44 personas US$. 10.000,00

b) Hospitalización (Accidente o Enfermedad)

    b.1) Beneficios pagaderos a cien por ciento (100%) de gastos razonables.

    b.2) Sujeto de por vida a un máximo de          US$. 1.000.000,00

    b.3) Beneficios por gastos odontológicos, definidos en la Póliza de Seguro.

    **Parágrafo Primero:** "EL MINISTERIO" cooperará con "LA CONTRATISTA" y proveerá la información requerida de la compañía de seguros, para realizar los objetivos de esta Cláusula, por lo menos con treinta (30) días hábiles, antes del comienzo de las labores de cada uno de los miembros de la "C.I.V." y la tripulación.

    **Parágrafo Segundo:** Detalles específicos de las pólizas seguro antes mencionadas estarán contenidas en el Anexo "N" de este Contrato.

## PROGRAMAS DE TRABAJOS

    **DECIMA SEGUNDA :** "EL MINISTERIO" y "LA CONTRATISTA" deberán conjuntamente realizar una inspección detallada a los buques objetos de este contrato una vez que los mismos arriben a las instalaciones de "LA CONTRATISTA", debiendo ésta entregar al "C.I.V." un informe de dicha inspección. La secuencia de los trabajos objeto de este Contrato se efectuará de acuerdo al Programa General PERT TIPE DEPENDENT SEQUENCE NETWORK PROGRAM, el cual será producto de la citada inspección realizada

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 1.366.278

27

MANUELA ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.891

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

ARB-000676

por parte de la "C.I.V." y "LA CONTRATISTA" Además "LA CONTRATISTA" proveerá en el idioma Castellano también a la "C.I.V." los siguientes programas:

a) El Programa de Varada, el cual proveerá un informe de disponibilidad de Diques y será entregado dentro de treinta (30) días continuos, contados a partir de la fecha de vigencia del Contrato.

b) El Programa Preliminar para el Desarrollo de Planos requeridos que muestran la designación y las fechas en que serán suministrados dentro de noventa (90) días continuos, contados a partir de la entrada en vigencia del Contrato.

c) El Programa detallando los principales equipos, describiendo los tipos, cantidades y fecha en que cada equipo es requerido en el Astillero, para la fabricación e instalación; todo lo cual pueda afectar el programa de producción de este contrato; fecha anticipada de entrega. Tal programas debe ser entregado dentro de los noventa (90) días continuos, contados a partir de la fecha de entrada en vigencia del Contrato.

d) Las normas aplicables para el trabajo a ser ejecutado, tales como soldaduras, pintura, prueba de tubería, aislamiento técnico, tubería, divisiones, etc., dentro de noventa (90) días continuos de la fecha de entrada en vigencia del Contrato.

Parágrafo Primero: Los programas de trabajo deberán ser mantenidos al día mediante programas mensuales que serán presentados a la "C.I.V." con anticipación a su ejecución y contendrán la relación de trabajos a ejecutar para su información, análisis y aprobación.

Parágrafo Segundo: Para mantener actualizado el Programa mencionado, en el literal c) de esta Cláusula, "LA CONTRATISTA" informará a la "C.I.V." la fecha de recepción de los materiales y equipos voluminosos en el Astillero.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.366.978

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

FRANCISCO ORTEGA JUGO
MANUEL IRAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000677

SECRETO

**Parágrafo Tercero:** Mensualmente o cuando sea requerido por cualquiera de las partes serán efectuadas reuniones entre la "C.I.V." y "LA CONTRATISTA" con el fin de examinar el desarrollo de los programas y decidir las medidas a seguir, para cumplir con el programa previsto.

## MATERIALES, EQUIPOS Y REPUESTOS NUEVOS

**DECIMA TERCERA:** "LA CONTRATISTA" proporcionará los repuestos de acuerdo a los requisitos y especificaciones de "EL MINISTERIO", de conformidad con lo establecido en la cláusula Segunda Parágrafo Segundo del presente contrato a ser destinados al stock de repuestos, el cual podrá ser ampliado con cargo a los extras y/o imprevistos, previa autorización de la Contraloría General de las Fuerzas Armadas Nacionales. "LA CONTRATISTA" será autorizada para comenzar las compras de repuestos por lo menos en un Cincuenta por Ciento (50%) de los mismos, doce (12) meses antes de la entrega del primer buque, y el otro Cincuenta por Ciento (50%) cuando la "C.I.V." se lo indique, con autorización del Comando Naval de Logística, Comandancia General de la Armada.

**Parágrafo Primero:** Queda entendido que las partes y repuestos a ser suministrados por "LA CONTRATISTA", deben cumplir con lo estipulado en "LAS ESPECIFICACIONES" y poseer la certificación, control de calidad del respectivo Fabricante del equipo o sistema y fecha de Fabricación del mismo.

**Parágrafo Segundo:** "LA CONTRATISTA" no estará obligada a fabricar o adquirir y entregar a "EL MINISTERIO" repuestos que tengan un valor agregado de facturación que exceda del monto establecido en la Cláusula Segunda de este Contrato, a menos que se proceda por requerimiento de "EL MINISTERIO" en cuyo caso será tratado de acuerdo a lo establecido en la Cláusula Octava. El termino " valor de facturación " significa la suma del monto de los costos reales de "LA CONTRATISTA" por mano de obra, y materiales utilizados en la fabricación o adquisición de tales repuestos, más los costos indirectos, ganancias y gastos generales aplicables.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.366.178

MANUEL FERMIN RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

LIO R. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000678

Parágrafo Tercero: Todos los repuestos, herramientas portátiles, equipo de prueba portátil y artículos portátiles de equipo, incluyendo aquellos que forman parte de la dotación de "LOS BUQUES", deberán estar identificados, almacenados y preservados por "LA CONTRATISTA" en lugares apropiados antes de la entrega de "LOS BUQUES".

Parágrafo Cuarto: Todos los repuestos de a bordo y todos los materiales pertenecientes a "EL MINISTERIO" serán almacenados por "LA CONTRATISTA" de acuerdo con "LAS ESPECIFICACIONES" o las normas establecidas en el Parágrafo anterior.

Parágrafo Quinto: El material de repuestos, partes y los equipos a suministrarse para su almacenamiento, deberá ser embalado a bordo para su conservación por cuenta de "LA CONTRATISTA" y sin costo para "EL MINISTERIO", de acuerdo a las normas apropiadas para cada tipo de material, atendiendo a sus características y tipo. Debe llevar en la parte exterior del embalaje, la identificación completa de cada material, equipo y los repuestos, separados para cada Items, cuya información debe contener la descripción del artículo, cantidad, número de parte del fabricante y equipos a que pertenecen dichos repuestos. Esta información debe coincidir con la usada en las monografías y/o manuales originales del equipo instalado a bordo, incluyendo modelo, número de repuestos y cualquier otra identificación suministrada por el fabricante.

Parágrafo Sexto: "EL MINISTERIO" podrá a solicitud de "LA CONTRATISTA" permitir en calidad de préstamo, la utilización de los repuestos pertenecientes al inventario de "EL MINISTERIO", para la ejecución de los trabajos objeto de este Contrato. "LA CONTRATISTA" deberá informar mensualmente por escrito, sobre todos los repuestos suministrados por "EL MINISTERIO" del mencionado inventario y en caso de que sean inapropiados para su utilización futura, "LA CONTRATISTA" de mutuo acuerdo podrá restaurarlos o reemplazarlos sin costo alguno para "EL MINISTERIO". En caso de que los referidos repuestos o partes puedan ser adecuados para su utilización futura los mismos serán devueltos al inventario general de "LOS BUQUES" antes de su entrega. Queda

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de Defensa
C. I. 3.366.278

30

MANUEL IBARRA RODRIGUEZ
Contralmirante
Comandante Naval de Logística
D.I. V-2.010.991

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Tares
Capitán de Navío
Director de Coord y Control

ARB-000679

entendido que el precio de este Contrato no incluye que "LA CONTRATISTA" responda por la adquisición de los repuestos relacionados con los materiales y equipos existentes, removidos o sustituidos en "LOS BUQUES", los cuales no constituyen el objeto de este Contrato , "LA CONTRATISTA" no será responsable por la adquisición de los repuestos relacionados con los equipos de los Subcontratistas Designados por "EL MINISTERIO", el fabricante y proveedor de los sistemas de guerra electrónica o de la compañía seleccionada para efectuar el mantenimiento de helicópteros y los trabajos a ser realizados por Alenia Difesa A Finmeccanica Company, Missiles Systems División.

Parágrafo Séptimo: "LA CONTRATISTA" se compromete y obliga a venderle a "EL MINISTERIO", directamente todas las maquinarias y los equipos nuevos y/o repuestos, así como cualquier otro aditamento propio de los mismos relacionado con los trabajos objeto de este Contrato y que se requieran durante un período de veinte (20) años, a partir de la fecha de entrega del segundo Buque, a precios de competencia en el mercado justos y razonables y claramente demostrados.

Parágrafo Octavo: En el caso de que los mencionados equipos, maquinarias, partes y lo repuestos de estos, así como cualquier otro aditamento propio de los mismos, sean descontinuados o no están disponibles por los fabricantes, "LA CONTRATISTA" se compromete a vender sustitutos que cumplan con los requerimientos establecidos para la aceptación de "LOS BUQUES", de la misma calidad del objeto reemplazado y cuya calidad no altere desfavorablemente el rendimiento de los equipos, maquinarias del Buqué del cual son parte integral, por un período no menor de veinte (20) años.

Parágrafo Noveno: "EL MINISTERIO", se reserva el derecho de escoger los repuestos de los equipos y sistemas que formarán parte del stock de las unidades, por intermedio de los proveedores directos o el fabricante de los mismos en la cantidad y tipos de repuestos que sean requeridos.   En caso de que "EL MINISTERIO" negociara directamente los repuestos y partes con el fabricante de los mismos, la actuación de "LA CONTRATISTA" se limitará al aspecto administrativo, es decir la cancelación de las facturas

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 002014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3366278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

31

MANUEL ISRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.891

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

FRANCISCO ORTEGA JUGO
CAPITÁN DE NAVÍO
ASESOR JURÍDICO
MPPD GRADO No. 3.772

SECRETO

correspondientes, quedando exenta de cualquier responsabilidad derivada de la mencionada negociación. En el caso anterior solamente "LA CONTRATISTA" podrá imputar los costos administrativos a los repuestos y/o partes adquiridos, claramente demostrados y aprobados por la "C.I.V".

## MATERIALES Y EQUIPOS

DECIMA CUARTA: "LA CONTRATISTA" garantiza que todos los materiales, equipos, suministros, componentes, repuestos y partes suministrados bajo este Contrato, de conformidad con "LAS ESPECIFICACIONES", serán nuevos y no usados ni reacondicionados, de reciente fabricación y poseerán además la certificación de calidad del fabricante. Excepto que tales materiales, equipos, instrumentos, componentes, repuestos y partes sean utilizados de conformidad con lo establecido en la Cláusula Décima Tercera, Parágrafo Sexto de este Contrato.

Parágrafo Primero: Los materiales, equipos, repuestos y partes que son identificados detalladamente; con indicación del fabricante, modelo y/o número de parte en los manuales del fabricante indicado en "LAS ESPECIFICACIONES", serán considerados artículos de fuente autorizada y adquiridos de esa fuente.

Parágrafo Segundo: Los materiales, equipos, suministros, componentes, repuestos y partes que son identificados detalladamente: con indicación del fabricante, modelo y/o número de parte en los Manuales del Fabricante en "LAS ESPECIFICACIONES", pero están seguidos por las palabras "o iguales" o "sustitutos aceptables", son considerados artículos de fuente autorizada y serán adquiridos de dicha fuente, en tal caso "LA CONTRATISTA" tendrá la obligación de adquirir los materiales, equipos, suministros, componentes, repuestos y partes de fuente autorizada, iguales o sustitutos aceptables.

Parágrafo Tercero: Si después de transcurridos tres (3) meses de la firma del presente Contrato, algún artículo de fuente autorizada de los designados por "EL

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 0820142015

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C.I. 3.566.276

32

MANUEL TEJERA RODRIGUEZ
Contralmirante
Comandante General de Logística
C.I. V-3.010.851

*JULIO H. CHACON HERNANDEZ*
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

ARB-000681

MINISTERIO", referido en los anteriores Parágrafos, ha sido descontinuado o no este disponible el fabricante, "LA CONTRATISTA" notificare dentro de los cinco (5) días siguientes a "EL MINISTERIO" suministrándole información relativa a fuentes alternas de suministro y presente la certificación de este hecho por el fabricante del sistema asi como el estudio previo que lo justifique. Si el cambio del proveedor conlleva un aumento de los costos, estos serán autorizados por "EL MINISTERIO". También será imputable a la partida de imprevistos, cualquier aumento en los costos derivados de la sustitución de equipos, cuando los previstos en las especificaciones originales hubiesen sido descontinuados o no estén disponibles en el mercado.

## INSTALACION DE PLACAS Y SENALES

DECIMA QUINTA: Todas las placas de identificación de equipos, señales de precaución o placas de instrucciones para la operación de los motores que deban ser instalados a bordo de "LOS BUQUES" por "LA CONTRATISTA" según el criterio existente actualmente y de acuerdo con "LAS ESPECIFICACIONES", deberán ser grabadas en idioma Castellano. "LA CONTRATISTA" proveerá a la "C.I.V." para su revisión y aprobación, información suficiente y adecuada de las placas y el texto de las mismas, en idioma Castellano. La "C.I.V." deberá comunicar a "LA CONTRATISTA" sus eventuales observaciones, dentro de los treinta (30) días hábiles siguientes a su recepción. El material a que se refiere esta Cláusula deberá estar colocado para el momento de iniciar las pruebas de mar.

## MANUALES, PLANOS, DISEÑOS Y DOCUMENTACION DE "LOS BUQUES"

DECIMA SEXTA: "LA CONTRATISTA" entregara a la "C.I.V." Planos, Documentos y Cálculos de diseño que se refieren al objeto de este Contrato, lo cual fundamenta técnicamente las características de los nuevos equipos y sistemas en cuanto a su capacidad y funcionalidad, de acuerdo a los requerimientos establecidos en "LAS

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 062014205

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C.I. V-3.366.278

33

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.991

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

RICARDO ORTEGA JUGO

Juan Eduardo Lares
Capitán de Na o
Director de Coord y Control

ESPECIFICACIONES" (Anexo "C"), y cualquier modificación que se efectúe a los equipos y/o sistemas objeto de este Contrato.

Parágrafo Único: Los Planos, Documentos y Cálculos mencionados en esta Cláusula, serán entregados a la "C.I.V.", con anticipación de por lo menos quince (15) días continuos antes del inicio de los trabajos a que cada uno de ellos se refiere, para sus funciones estipuladas en la Cláusula Primera de este Contrato. Posteriormente, durante el transcurso de los mismos, serán suministrados a la "C.I.V." un número no menor de dos (2), ni mayor de cuatro (4) copias para ejercer sus funciones, por cada Buque y sus sistemas.

## PLANOS Y DOCUMENTOS

DECIMA SEPTIMA: "LA CONTRATISTA" deberá suministrar a la "C.I.V." los Planos y Documentos establecidos en "LAS ESPECIFICACIONES" (Anexo "C") y los que se mencionan a continuación:

1) PLANOS:

Plano General de las cargas líquidas.

Planos de la ubicación general de los aparatos motores señalados el anclaje de los mismos y de los engranajes reductores.

Plano de Varada.

Diagrama de la situación de registro de tanques.

Planos de los nuevos circuitos eléctricos.

Planos de los nuevos sistemas de tuberías.

Planos de las cavas y de los aires acondicionados.

Planos del aparato motor y su disposición.

Planos de nuevos locales y nuevas instalaciones.

2) ESTUDIO DEL SISTEMA DE PROPULSION.

C. L. RECTOR
DIRECTOR DE CON____
INGALLS SHIP____
USA ____

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

34

MANUEL ARIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

JULIO H. CHACON HERNANDE
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Na io
Director de Coord y Control

ARB-000683

3) BALANCES ELECTRICOS.

4) LOS CALCULOS DE AUTONOMIA

5) Lista de Maquinarias nuevas de "LOS BUQUES" y Aparato Motor, con sus respectivos números de matrícula y características técnicas.

6) Tabla Recopilativa de las presiones y de Pruebas Finales en taller para los distintos sistemas nuevos de a bordo.

7) Características y Descripción de los Materiales usados a bordo, si ello no fuera especificado en otro documento.

8) Manual de Remoción de Equipos nuevos.

9) Manuales técnicos de equipos y/o sistemas nuevos.

Parágrafo Primero: La escritura de los documentos, será en idioma Castellano y de acuerdo a lo estipulado en "LAS ESPECIFICACIONES".

Parágrafo Segundo: "LA CONTRATISTA" se compromete además a suministrar copias de los Planos de Detalles, vinculados a eventuales reparaciones de "LOS BUQUES" y la información complementaria pertinente para la modificación de la documentación existente a los ciento veinte (120) días continuos, contados a partir de la entrada en vigencia de éste Contrato.

Parágrafo Tercero: La "C.I.V." dispone de veinte (20) días hábiles, contados a partir de la fecha de la entrega de estos Planos para su revisión, reservándose el derecho de solicitar alguna revisión y eventual rectificación. Si luego de éste plazo, fueran determinadas discrepancias con "LAS ESPECIFICACIONES" por parte de "LA

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.265.278

35

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.691

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

ARB-000684

CONTRATISTA", dicha entrega será realizada a medida que sean concluidos y listos para su aprobación. Si no se efectúan observaciones por parte de la "C.I.V.", dentro del plazo indicado en este Parágrafo, los planos se considerarán aprobados. Si hubieran observaciones, su arreglo será acordado en los quince (15) días continuos siguientes a la fecha en la cual se hicieron las observaciones.

Parágrafo Cuarto: "LA CONTRATISTA" debe preparar dos (2) copias de la versión preliminar de los Manuales por Buque, a que se refiere la Cláusula anterior y entregarlos a la "C.I.V." gradualmente, dentro de un período de tiempo de diez (10) meses desde el momento de entrar en vigencia el presente instrumento contractual, para los fines de ser revisados y aprobados. Los mismos serán devueltos por la "C.I.V." a "LA CONTRATISTA" durante los próximos sesenta (60) días continuos de haberlos recibido para su corrección e impresión definitiva.

Parágrafo Quinto: El contenido de los Manuales mencionados en ésta Cláusula, deberá ser el equivalentes al exigido por "LAS ESPECIFICACIONES" y en los mismos se deben establecer los números de parte de fabricante originales de los repuestos y equipos nuevos.

## RECHAZO DE MATERIAL MAQUINARIAS Y/O EQUIPOS

DECIMA OCTAVA: "EL MINISTERIO" y "LA CONTRATISTA" considerarán casos de rechazo de Materiales, Documéntación, Maquinarias y los Equipos, cuando los mismos no cumplan con los requisitos establecidas en "LAS ESPECIFICACIONES", o no sean certificados por el fabricante del equipo o sistema según fuera el caso.

Parágrafo Único: Cada vez que la "C.I.V." rechace un equipo, material o maquinaria por no cumplir con los requisitos contemplados en "LAS ESPECIFICACIONES", "LA CONTRATISTA" estará obligada a someter dicho equipo, material o maquinaria a nuevas pruebas en iguales condiciones en que se efectuaron las que dieron lugar al rechazo, sin

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.266.278

36

Juan Eduardo Lares
Capitán de Na io
Director de Coord y Control

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.691

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

FRANCISCO ORTEGA JUGO
CONSULTOR JURIDICO
INPREABOGADO No. 2.772

ARB-000685

costo alguno para "EL MINISTERIO". El eventual retardo que pueda causar la repetición de dicha pruebas no podrá ser indicado como eximente de lo señalado en la Cláusula Vigésima Novena de este Contrato.

## PRUEBAS EN FÁBRICA O EN EL ASTILLERO

DECIMA NOVENA: " LA CONTRATISTA" presentará a la "C.I.V." para su aprobación en fábrica, o en el Astillero solamente las pruebas correspondientes a los materiales nuevos y/o equipos a que se refiere "LAS ESPECIFICACIONES". La "C.I.V." y los representantes, conjuntamente con "LA CONTRATISTA" y/o su subcontratista y/o sus representantes, procederán a ejecutar las "Pruebas de Aceptación en Fábrica" o en el Astillero conforme a "LAS ESPECIFICACIONES" y a los requerimientos de pruebas exigidas a los subcontratistas. Dichas pruebas se desarrollarán en los talleres de "LA CONTRATISTA" o de sus subcontratistas y serán por cuenta y riesgo de "LA CONTRATISTA". La "C.I.V." se reserva el derecho de realizar, de verificar el procedimiento de las pruebas, los requerimientos y reportes de las mismas a cumplir por todos los subcontratistas objeto de este Contrato, para asegurar que ellas estén conformes con "LAS ESPECIFICACIONES". El uso de los Items del inventario tales como tornillos, tuercas, pernos, remaches, varillas de soldar, empacaduras, etc., serán del tipo y calidad de lo descrito en "LAS ESPECIFICACIONES".

Parágrafo Primero: Los procedimientos de prueba al igual que los requerimientos contemplados en "LAS ESPECIFICACIONES" a que se deben ajustar las Pruebas de aceptación en Fábrica, o en el Astillero, serán entregados por "LA CONTRATISTA" a la "C.I.V." por lo menos un (1) mes de anticipación a la realización de las pruebas.

Parágrafo Segundo: En el caso de las "Pruebas en Fábrica o en el Astillero", de los Materiales, Maquinarias y Equipos de cada uno de "LOS BUQUES" y de sus sistemas objeto de este Contrato, "LA CONTRATISTA" informará al Jefe de la "C.I.V." por escrito con

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

37

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.891

JULIO H. CHACÓN HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

SECRETO

diez (10) días hábiles de anticipación, la fecha en que dichos materiales, maquinarias y los equipos, estarán listos para las pruebas respectivas.

Parágrafo Tercero: Todos los gastos que se ocasionen o están relacionados con las pruebas mencionadas en esta Cláusula, serán por cuenta y riesgo de "LA CONTRATISTA" y están incluidos en el costo total del Contrato, excepto los gastos de traslado de la "C.I.V." fuera de las instalaciones del Astillero. En caso de que las "Pruebas en Fábrica" deban realizarse fuera del Astillero, "EL MINISTERIO" sufragará los gastos de traslado de los miembros de la "C.I.V.".

Parágrafo Cuarto: "EL MINISTERIO" tendrá derecho de solicitar a "LA CONTRATISTA", ayuda o asistencia técnica para supervisar las "Pruebas en Fábrica" de los equipos que sean requeridos en "LAS ESPECIFICACIONES" o las pruebas adicionales consideradas necesarias por "LA CONTRATISTA" o sus subcontratistas, sin que ello genere costo alguno por ese asesoramiento.

CERTIFICADOS DE APROBACION EN FABRICA 0 EN EL ASTILLERO

VIGESIMA: La aprobación de los resultados de las "Pruebas en Fábrica" o en el Astillero por parte de la "C.I.V." mencionados en la Cláusula Décima Novena de éste Contrato, obliga a la "C.I.V." a expedir "Certificados de Aprobación en Fábrica o en el Astillero", conforme al modelo que como anexo "O" forma parte de este Contrato.

Parágrafo Primero: La "C.I.V." expedirá el "Certificado de Aprobación en Fábrica o en el Astillero" firmado por el Jefe de la "C.I.V." siempre y cuando se hallen conforme a lo establecido y estipulado en la Cláusula Décima Novena, en un plazo no mayor de veinte (20) días continuos de efectuadas las pruebas.

Parágrafo Segundo: Si la "C.I.V." o sus representantes no concurriesen a presenciar las Pruebas en la fecha notificada por "LA CONTRATISTA" conforme al programa de trabajo

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

38

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 2.366.278

Director de Conv. y Cont.
Juan Fernández Laya
Capitán

MANUEL FRANCO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.610.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000687

indicado en la Cláusula Décima Segunda, "LA CONTRATISTA" procederá a efectuar las mismas en ausencia de la "C.I.V." y entregará los documentos respectivos a la "C.I.V.", la cual los examinará y si los encuentra conforme a "LAS ESPECIFICACIONES" estipuladas, expedirá el "Certificado de Aprobación en Fábrica o en el Astillero" establecido en esta Cláusula, en un lapso no mayor de veinte (20) días continuos después de finalizadas dichas pruebas.

### PRUEBAS EN PUERTO Y MAR

VIGESIMA PRIMERA: Las "Pruebas de Puerto y Mar" se efectuarán de acuerdo a "LAS ESPECIFICACIONES", en presencia de miembros de la "C.I.V." y de "LA CONTRATISTA" o de sus respectivos representantes en los términos que previamente acordarán "LA CONTRATISTA" y la "C.I.V.", en los cuales se establecerán los términos de evaluación, métodos de ejecución de las pruebas y parámetros de aceptación.

Parágrafo Primero: "LA CONTRATISTA" se obligará a suministrar con una anticipación de treinta (30) días hábiles con respecto a la fecha de comienzo de las "Pruebas de Puerto y Mar" los programas y protocolos de cada una de las Pruebas. Los procedimientos a seguirse, deberán corresponder con "LAS ESPECIFICACIONES".

Parágrafo Segundo: "LA CONTRATISTA" informará por escrito al Jefe de la "C.I.V." por lo menos con treinta (30) días hábiles de anticipación, la fecha en que cada uno de "LOS BUQUES" estén listos para iniciar las "Pruebas de Puerto y Mar" y proveerá facilidades para que cada una de estas pruebas se realicen en presencia de la "C.I.V." y de sus representantes.

Parágrafo Tercero: Si los resultados de las "Pruebas de Puerto y Mar" no están conformes con lo establecido en "LAS ESPECIFICACIONES" por causas imputables a las máquinas, equipos, materiales, repuestos, partes y/o mano de obra suministrada o empleada por "LA CONTRATISTA", la misma estará obligada a efectuar las reparaciones de

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

39

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.368.278

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

RISCO ORTEGA JUCO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
INPREABOGADO No. 2.717

ARB-000688

las averías o defectos y repetir las pruebas en iguales condiciones en que se efectuaron las que dieron lugar al rechazo, sin costo alguno para "EL MINISTERIO".

Parágrafo Cuarto: En el caso de que en el desarrollo de una Prueba se detecten defectos o averías por causas imputables a las maquinas, equipos, materiales, repuestos, partes y/o mano de obra suministrados o empleados por "LA CONTRATISTA", que produzcan una interrupción de las mismas o rendimiento irregular de maquinarias o equipos que puedan ser subsanados durante el curso de las pruebas, la prueba podrá ser continuada previo acuerdo con la "C.I.V.". En este caso después de la reparación, la prueba será considerada válida a todos los efectos, si se llegara a completar de acuerdo a "LAS ESPECIFICACIONES".

Parágrafo Quinto: Todos los gastos que ocasionen las pruebas mencionadas en esta Cláusula o están relacionados con dichas pruebas, serán por cuenta y riesgo de "LA CONTRATISTA". En el caso de que la postergación o la repetición de pruebas, sean causados por averías o desperfectos de maquinarias o equipos que no formen parte del suministro o trabajos a que se refiere este Contrato y que no puedan ser subsanados durante el curso de las pruebas, "LA CONTRATISTA" podrá presentar la documentación necesaria para justificar el hecho y para aprobación de la C.I.V., con la finalidad de recuperar el tiempo invertido en reparaciones y pruebas pertinentes a los efectos contractuales. En tal caso, todos los gastos relacionados con la repetición de las pruebas suspendidas, serán por cuenta de "EL MINISTERIO". La reparación de este tipo de averías, será tratado como trabajo extra según la Cláusula Octava del presente instrumento contractual.

Parágrafo Sexto: La operación de "LOS BUQUES" durante las pruebas de mar, será bajo la custodia y supervisión del personal de "LA CONTRATISTA". La "C.I.V." estará presente durante estas pruebas y participará en la ejecución de las mismas, de acuerdo a lo requerido en este Contrato. "LA CONTRATISTA" tendrá operadores, técnicos y representantes técnicos, para el nuevo equipo y maquinaria a bordo, tanto de "LA

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. -3.368.278

Juan Esteban Lares
Capitán de ...... o
Director de C.... y Central

MANUEL PERLAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

# SECRETO

CONTRATISTA" como de sus subcontratistas, para proveer entrenamiento y asesoramiento a los miembros de la "C.I.V." y la tripulación, sin que ello genere costo alguno por dicho asesoramiento.

Parágrafo Séptimo: Todas las pruebas de mar se efectuarán con la tripulación de a bordo. El buque y su tripulación, será responsabilidad de su Comando. Para estas salidas a la mar, todos los gastos correrán por cuenta de " LA CONTRATISTA", los consumos se medirán con contadores oportunamente calibrados.

Parágrafo Octavo: Durante la ejecución de las pruebas de muelle o de mar, los miembros de la "C.I.V." o cualquiera otros expresamente autorizados por "EL MINISTERIO" estarán presentes y harán las observaciones previas que consideren pertinentes siempre ajustados a los principios de plan de seguridad desarrollado para este programa.

Parágrafo Noveno: "LA CONTRATISTA" efectuará, la prueba oficial de velocidad correspondiente a la potencia máxima continua de los motores propulsores, con el fin de determinar su máxima velocidad. Asimismo se efectuarán las pruebas para determinar la velocidad económica, de crucero y las respectivas autonomías a las velocidades antes mencionadas.

Parágrafo Décimo: "EL MINISTERIO" propone que al finalizar los trabajos a los Buques, estos deben lograr una velocidad de 20,5 nudos con potencia diesel y 33,0 nudos con potencia de las turbinas a gas, siendo la velocidad mínima a alcanzar de 20,0 nudos con potencia diesel y 31,0 nudos con potencia de las turbinas a gas. "LA CONTRATISTA" acepta los parámetros mencionados anteriormente. A tal efecto se realizarán pruebas de mar para determinar la velocidad real lograda por "Los Buques" y el cumplimiento de dichos parámetros por "LA CONTRATISTA". En el caso de que dichas velocidades no sean alcanzadas por causas atribuidas única y exclusivamente al material o la mano de obra suministrada por "LA CONTRATISTA" o sus subcontratistas según este contrato, "LA CONTRATISTA" pagará una indemnización a "EL MINISTERIO" de la manera siguiente:

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.238

MANUEL TRIANO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

ELIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000690

SECRETO

Por cada buque:

Diesel: Por cada 0,5 nudos de velocidad por debajo de los 20,5 nudos "LA CONTRATISTA" deberá pagar una indemnización de DOSCIENTOS CINCUENTA MIL DOLARES (US$. 250.000,00), hasta un máximo de DOSCIENTOS CINCUENTA MIL DOLARES (US$. 250.000,00), siendo la velocidad mínima admisible 20,0 nudos.

Turbina a Gas: Por cada 0,5 nudos de velocidad por debajo de los 33,0 nudos, "LA CONTRATISTA" deberá pagar una indemnización de CIENTO VEINTICINCO MIL DOLARES (US$. 125.000,00), hasta un máximo de QUINIENTOS MIL DOLARES (US$. 500.000,00), siendo la velocidad mínima admisible 31,0 nudos.

En el caso de que cualquiera de las velocidades mínimas de 20,0 nudos con potencia diesel y 31,0 nudos con potencia de las turbinas a gas no sea logrado por causas atribuidas única y exclusivamente a defectos en el material o la mano de obra suministrada por "LA CONTRATISTA" o sus subcontratistas, dichos defectos serán inmediatamente corregidos por "LA CONTRATISTA".

En el caso de que cualquiera de las velocidades mínimas de 20,0 nudos con potencia diesel y 31,0 nudos con potencia de las turbinas a gas no sea logrado por causas no atribuibles única y exclusivamente a defectos en el material suministrado y mano de obra realizadas por "LA CONTRATISTA" o sus subcontratistas, "LA CONTRATISTA" realizará como parte del alcance de este contrato un estudio de ingeniería con el fin de suministrar recomendaciones a la Armada con relación a las acciones necesarias para alcanzar las velocidades.

Todas las pruebas realizadas por "LA CONTRATISTA" para determinar la velocidad de los Buques deberán ser iniciadas con un desplazamiento de 2.500 toneladas métricas, ajustadas a las condiciones climáticas reinantes para el momento de efectuar las pruebas y

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 0.368.278

42

MANUEL ARRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

FRANCISCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
INPREABOGADO No. 2.772

Juan Torres Lares
Capitan de...
Director de Costa y Control

ARB-000691

al desplazamiento especificado en la documentación de las pruebas de mar en la aceptación original de los buques.

Durante la ejecución del contrato, "LA CONTRATISTA" indicará por escrito a la "C.I.V.", cualquier condición fuera del alcance del Contrato la cual pueda afectar adversamente la habilidad de los Buques para lograr las velocidades mencionadas anteriormente. En el caso de que estas condiciones no sean corregidas antes de las pruebas de mar, "LA CONTRATISTA" y la "C.I.V." negociarán el impacto a los parámetros y la velocidad mínima establecida en esta Cláusula y revisarán las velocidades correspondientes.

El monto de la indemnización a cancelar por "LA CONTRATISTA" por los conceptos a que se refiere esta Cláusula, no deberá exceder de UN MILLON QUINIENTOS MIL DOLARES (US$. 1.500.000,00) por ambos buques.

CERTIFICADOS DE ACEPTACION DE PRUEBAS DE PUERTO Y MAR

VIGESIMA SEGUNDA: Para cada una de las "Pruebas de Puerto y Mar" se utilizaran los documentos de prueba que serán elaborados de común acuerdo entre la "C.I.V." y "LA CONTRATISTA" de conformidad con "LAS ESPECIFICACIONES". Al terminar con éxito cada una de las "Pruebas de Puerto y Mar", la "C.I.V." expedirá respectivamente, para cada prueba uno de los documentos referidos en la Cláusula Vigésima Primera. Luego deberá expedir un "Certificado de Aceptación de Pruebas de Puerto y Mar" conforme al modelo del Anexo "F".

ACTA DE ACEPTACION FINAL Y ASISTENCIA DESPUES DE SU FIRMA

VIGESIMA TERCERA: Al ser expedido por la "C.I.V." el "Certificado de Aceptación" para las pruebas de Puerto y Mar correspondiente a cada uno de "LOS BUQUES" y una vez entregados por "LA CONTRATISTA" los documentos a que refiere la Cláusula Tercera,

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

43

MANUEL HIDALGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

JULIO H. CHACON HERNAND
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000692

Parágrafo Cuarto y Cláusula Cuarta de este Contrato, "EL MINISTERIO" por órgano de la "C.I.V." o del representante especial que designe y "LA CONTRATISTA", firmarán en un plazo de quince (15) días continuos el "Acta de Aceptación Final" de los trabajos objeto de este Contrato del respectivo Buque, por triplicado, previo Control Perceptivo y pronunciamiento favorable del mismo emitido por la Contraloría General de las Fuerzas Armadas Nacionales y en los términos indicados en el Anexo "P" del presente instrumento. Al momento de la firma del "Acta de Aceptación Final" de los trabajos realizados en cada Buque, "EL MINISTERIO" deberá entregar la documentación correspondiente a la liberación de la fianza de fiel cumplimiento estipulada en la Cláusula Cuarta, aparte b) de este Contrato.

Parágrafo Primero: Una vez firmada el "Acta de Aceptación Final" por los representantes de "EL MINISTERIO" y de "LA CONTRATISTA", este documento tendrá validez definitiva y el objeto de este Contrato en lo que se refiere a cada Buque se considerará cumplido por "LA CONTRATISTA", exceptuando los trabajos a ser realizados de conformidad con las estipulaciones de garantía de este Contrato y cualquier otro trabajo pendiente que pueda ser realizado durante el período de pre-tránsito, o cualquier otro que las partes de mutuo acuerdo hayan convenido en ejecutar durante el periodo de garantía así como lo atinente a la liberación de la Fianza indicada en la Cláusula Cuarta, aparte b).

Parágrafo Segundo: "LA CONTRATISTA" se compromete a prestar "Asistencia Técnica" a "EL MINISTERIO" por un lapso no menor de veinte (20) años, a partir de la firma del "Acta de Fin de Garantía ", en la forma de trabajos y/o los servicios especiales de asesoramiento en relación a los equipos y sistemas nuevos suministrados por "LA CONTRATISTA" que sean requeridos por "EL MINISTERIO", a un costo que será acordado previamente por "EL MINISTERIO" y "LA CONTRATISTA".

Parágrafo Tercero: Durante la ejecución de los trabajos objeto de este contrato "LA CONTRATISTA" proveerá Asistencia Técnica a "EL MINISTERIO", usando las "Especificaciones Técnicas", manuales, dibujos e información obtenida de los fabricantes

C. L. RECTOR
Contratista
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

44

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

MANUEL HIDALGO RODRIGUEZ
Contratista
Comandante Naval de Logistica
C.I. V-3.010.891

ELIO H. CHACON HERNAND
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

del equipo a ser adquirido para "LOS BUQUES". Esta Asistencia Técnica antes mencionada, se encuentra contenida con mas detalles en el Anexo "G" de este instrumento.

### PERIODO DE PRE-TRANSITO

**VIGESIMA CUARTA:** Se entenderá por período de pre-tránsito a los efectos de este Contrato, el lapso comprendido entre la fecha en que el Jefe del "C.I.V." haya suscrito el "Acta de Aceptación Final" y la fecha en que formalmente se haya autorizado el zarpe del buque rumbo a Venezuela.

**Parágrafo Primero:** Después de la firma del "Acta de Aceptación Final", los Buques estarán bajo el completo control operacional de la Armada Venezolana; asumiendo "EL MINISTERIO" el riesgo por pérdida del buque y todos sus componentes, suministros y equipos y por la muerte o daños de todo el personal a bordo de los buques después de la entrega.

**Parágrafo Segundo:** "LA CONTRATISTA" proporcionará servicios de muelle, servicios de tierra, electricidad, seguridad y almacenamiento durante este período de preparación. Cumplido éste término de pre-tránsito, lapso éste que no excederá de treinta (30) días continuos, el buque zarpará rumbo a Venezuela. Los servicios de armamentos y/o carga de municiones no están incluidos en el presente Contrato y no pueden ser manejados en las instalaciones de "LA CONTRATISTA".

**Parágrafo Tercero:** "LA CONTRATISTA" durante este período, podrá ejecutar cualquier trabajo adicional requerido en los buques; igualmente cooperará con la tripulación en la obtención de suministros o reemplazos de los consumibles que puedan ser requeridos para el viaje de retorno a Venezuela. En ese caso tales gastos correrán por cuenta de "EL MINISTERIO".

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

45

MANUEL TITO RIO RODRIGUEZ
Comandante Naval de Logística
C.I. V-3.010.801

ELIO H. CHACON HERNANDE
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000694

## GARANTIAS TECNICAS

VIGESIMA QUINTA: Después de haberse firmado el "Acta de Aceptación Final" de cada Buque, citado en la Cláusula Vigésima Tercera de este Contrato, el período de garantía será de doce (12) meses, para cada buque. "LA CONTRATISTA" garantizará los equipos y materiales nuevos suministrados, además de los trabajos efectuados según el objeto de este Contrato que presenten deficiencias o desperfectos en "LOS BUQUES" y sus sistemas. De igual modo, le corresponderá a "LA CONTRATISTA" y por ello queda comprometida y obligada a reparar toda deficiencia o falla, causado por error en el diseño, empleo de materiales de inferior calidad a lo especificado y mano de obra defectuosa por parte de "LA CONTRATISTA".

Parágrafo Primero: Si dentro de los términos mencionados en esta Cláusula, siguientes a la firma del "Acta de Aceptación Final" de cualquiera de los dos (2) Buques y sus sistemas objeto del presente Contrato, "EL MINISTERIO" notificará por escrito y por intermedio de la Comandancia General de la Armada a "LA CONTRATISTA", de alguna deficiencia, o falla en los bienes antes referidos, dentro de los quince (15) días contados a partir de la fecha que el mismo ha sido detectado, siempre que la causa de la deficiencia, o falla, no sea motivado a mantenimiento inadecuado, operación incorrecta, o desgaste normal, o debido a daños que ocurran por casos fortuitos o por fuerza mayor. "LA CONTRATISTA" procederá a reemplazar o reparar los bienes o las partes defectuosas, sin costo alguno para "EL MINISTERIO", en sus Astilleros o talleres de sus subcontratistas. Se entiende que si una comunicación relativa alguna deficiencia es entregada al delegado de Garantía de "LA CONTRATISTA", se considerará como entregada a ella misma.

Parágrafo Segundo: La corrección de cualquiera deficiencia de garantía requerida para ser realizada de conformidad con esta Cláusula, será efectuada, si es posible, en las instalaciones de "LA CONTRATISTA" en Pascagoula, Mississippi, o después de la salida de "LOS BUQUES", en las instalaciones que indique "EL MINISTERIO", en la República de Venezuela. "LA CONTRATISTA" podrá de acuerdo con "EL MINISTERIO", hacer que ese

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3366278

MANUEL PRIASCO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

JULIO H. CHACON HERNAND.
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

46

## SECRETO

trabajo sea ejecutado en otro astillero u otra instalación de reparación.  Si las partes acuerdan que esos trabajos sean realizados por un Astillero o instalación de reparación de Buques en cualquier lugar que no sean las instalaciones de "LA CONTRATISTA", "LA CONTRATISTA" será responsable del costo de este trabajo a las tarifas de tiempo continuado de astilleros comerciales o de instalaciones de reparación de buques que rigen en tales áreas portuarias, incluyendo el costo de dique seco del buque, entonces "LA CONTRATISTA" puede hacer que el trabajo sea ejecutado si es necesario en tales astilleros o instalaciones de reparación de buques. Al computar el período de garantía de conformidad con esta Cláusula, será excluido cualquier tiempo que "LOS BUQUES" no estén disponibles para el servicio como consecuencia de una deficiencia de garantía.  En consecuencia, la garantía se extenderá para todo el buque y sus componentes por un período de tiempo igual al de indisponibilidad del referido buque por la causa imputada a la deficiencia de garantía, para lo cual "LA CONTRATISTA" es responsable como se establece en este contrato.

Parágrafo Tercero: Si luego de la entrega de "LOS BUQUES" es detectada alguna falla que amerite el traslado de algún equipo, material o repuesto al Astillero de "LA CONTRATISTA", los costos administrativos y por transporte en relación con el o los artículos devueltos a ésta, serán por cuenta de "LA CONTRATISTA", al igual que los costos de transportes por devolución de los artículos reparados, modificados o reemplazados, siempre que "LA CONTRATISTA" sea responsable por la reparación, modificación o reemplazo, bajo los términos de la garantía.  Tales artículos serán enviados y remitidos por carga aérea preferiblemente.  En caso contrario serán por cuenta de "EL MINISTERIO".

Parágrafo Cuarto: El único y exclusivo derecho de "EL MINISTERIO" de cualquier reclamación por deficiencia de garantía será la obligación de "LA CONTRATISTA", de conformidad con esta Cláusula, de reparar y/o reemplazar y/o mandar a reparar y/o reemplazar cualquier deficiencia de Garantía . En ningún caso "LA CONTRATISTA" será responsable de cualquier monto de dinero a consecuencia de demora, cargos de almacenaje, pérdida por uso o daño emergente y lucro cesante.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

47

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

MANUEL URBANO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

FRANCISCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
INPREABOGADO No. 2.772

ELIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Director de Cobro y Control

ARB-000696

SECRETO

Parágrafo Quinto: "EL MINISTERIO" notificará a "LA CONTRATISTA" de cualquier deficiencia de garantía de conformidad con lo establecido en esta Cláusula, mencionando en tal notificación el defecto específico detectado junto con una solicitud de que sea corregido. Si "LOS BUQUES" estuviesen en la mar en el momento de tal detección, esa notificación será entregada dentro de los treinta (30) días después de finalizada la travesía. El incumplimiento de "EL MINISTERIO" de suministrar a tiempo la notificación a "LA CONTRATISTA" de la deficiencia de garantía después de su detección, será considerada una renuncia de los derechos de "EL MINISTERIO" en relación a tal deficiencia de garantía. En ningún caso "LA CONTRATISTA" tendrá obligación bajo este Contrato por una deficiencia de garantía conocida o descubierta por "EL MINISTERIO" en inspección realizada en cualquier momento durante el período de garantía salvo que se suministre notificación escrita de tal deficiencia de garantía a más tardar, quince (15) días continuos después de finalizado el período de garantía.

Parágrafo Sexto: "LA CONTRATISTA" no tendrá responsabilidad alguna en relación con ninguna deficiencia de garantía no reportada por "EL MINISTERIO" por escrito, dentro de los quince (15) días continuos después de finalizado el período de garantía a pesar de haber negligencia por parte de "LA CONTRATISTA" o sus empleados o cualquier proveedor de materiales en relación con ello y "EL MINISTERIO" liberará a "LA CONTRATISTA" sus empleados, subcontratistas y sus empleados de cualquier responsabilidad derivada de dicha deficiencia de garantía; por lo cual cualquier deficiencia reportada después de tal período será por cuenta de "EL MINISTERIO".

Parágrafo Séptimo: En caso de avería grave y urgente debida a equipo, materiales nuevos suministrados y mano de obra empleada por "LA CONTRATISTA" que directamente afecte la seguridad y/o navegabilidad del o de "LOS BUQUES" objeto de este Contrato, "EL MINISTERIO" tendrá el derecho de elegir al Astillero que más le convenga, para su pronta y eficiente reparación de emergencia. Simultáneamente con la acción anterior, "EL MINISTERIO" por intermedio de la Comandancia General de la Armada, Comando Naval de Logística, se compromete a informar por escrito a "LA CONTRATISTA" sobre la decisión

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

4X

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

MANUEL ARRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.813.384

SECRETO

tomada para que ésta proceda en un lapso de quince (15) días consecutivos a efectuar los tramites relativos necesarios, para la reparaciones en el Astillero seleccionado.

Parágrafo Octavo: En caso de que "LA CONTRATISTA" resuelva efectuar solamente reparación de emergencia provisional en el Astillero antes mencionado o instalaciones de reparación referidas en el Parágrafo Séptimo y trasladar el o "LOS BUQUES" averiados a otro Astillero aceptado por "EL MINISTERIO", "LA CONTRATISTA" se compromete a pagar todos los gastos necesarios asociados para el traslado o remolque que exija el viaje desde el Astillero elegido por "EL MINISTERIO" hasta el otro Astillero y muelle.

Parágrafo Noveno: Si los trabajos mencionados fueran efectuados en las instalaciones de un Astillero venezolano, "EL MINISTERIO" se compromete a colaborar con "LA CONTRATISTA" para obtener condiciones de costo y tiempo de entrega como si fueran trabajos para "EL MINISTERIO".

Parágrafo Décimo: Cualquier parte, componente o repuesto requerido por una Reparación de Garantía, será expedido C.I.F., Puerto Cabello, Estado Carabobo, Venezuela, si es transportado por vía marítima y C.I.F. La Guaira (Aeropuerto de Maiquetía), Distrito Federal, Venezuela, si es transportado por vía aérea en ambos casos, a expensas de "LA CONTRATISTA". "EL MINISTERIO" podrá adquirir repuestos originales garantizados, en otros lugares, en cuyo caso "LA CONTRATISTA" reembolsará a "EL MINISTERIO" el mismo precio pagado por ello, incluyendo transporte y seguro.

Parágrafo Décimo Primero: "EL MINISTERIO ejercerá todo lo concerniente a la ejecución de las "Garantías Técnicas" a través de la Comandancia General de la Armada, Comando Naval de Logística.

Parágrafo Décimo Segundo: Si "EL MINISTERIO" modificare los materiales o parte de ellos sin la aprobación de "LA CONTRATISTA", ésta no tendrá ninguna obligación de garantía por todo lo relacionado con dichos materiales o partes así modificadas.   Las

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

49

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

MANUEL ATRI VAYL RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.691

JULIO H. CHACON HERNANDI
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.364

Director de Contrat y Control

obligaciones de garantía de "LA CONTRATISTA" y los recursos en tal sentido de "EL MINISTERIO" serán sólo y exclusivamente aquellos indicados en esta Cláusula.

Parágrafo Décimo Tercero: "LA CONTRATISTA" deberá considerar como Reclamos de Garantía todos los desperfectos que hayan sido reportados, conforme a los términos de ésta Cláusula por "EL MINISTERIO" a través de la Comandancia General de la Armada, Comando Naval de Logística, al delegado de Garantía de "LA CONTRATISTA". La misma los aceptará una vez confirmados por el delegado de garantía. En caso de no efectuarse dicho reporte cesarán las responsabilidades de "LA CONTRATISTA" en relación a ese desperfecto. El correspondiente "Reporte de Fallas", como la aceptación del mismo, deberá ser elaborado por escrito. "LA CONTRATISTA" se compromete a responder dentro de los quince (15) días siguientes cualquier solicitud de Garantía hecha por "EL MINISTERIO" e iniciar las acciones correspondientes. En caso de desacuerdo entre las partes, se procederá de acuerdo a lo establecido en la Cláusula Cuadragésima Segunda de este Contrato.

Parágrafo Décimo Cuarto: Todo Software, incluyendo aquel que forma parte de un paquete de Software proveniente de "LA CONTRATISTA" o que proviene de los subcontratistas seleccionados por "LA CONTRATISTA", diferente de los Subcontratistas Designados referidos en la Cláusula Trigésima Sexta, entregado a "EL MINISTERIO" cumplirá los requerimientos de "LAS ESPECIFICACIONES" por un periodo de garantía de doce (12) meses, cuando dicho Software sea usado con el propósito del uso del Hardware, según su requerimiento, todo el Software restante que no provenga del o por orden de "LA CONTRATISTA" o de los subcontratistas seleccionados por "LA CONTRATISTA", tendrán solamente una garantía emitida por su creador a "LA CONTRATISTA" a beneficio de "EL MINISTERIO". Después de la expiración del período de garantía todo Software tendrá la misma garantía y derecho de propiedad según sea otorgado por su creador a "LA CONTRATISTA", a fin de que sea transferido cuando le sea permitido a "EL MINISTERIO". La garantía de los Subcontratistas Designados con respecto a su Software, será responsabilidad única del respectivo subcontratista bajo sus "Especificaciones Técnicas",

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

50

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

MANUEL REINAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

LIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de N...o
Director de Coord y Control

## SECRETO

las cuales serán transferida por "LA CONTRATISTA" a "EL MINISTERIO" y garantizada por la Fianza de Garantía de dichos Subcontratistas Designados. "LA CONTRATISTA" no garantiza que el Software suministrado por los Subcontratistas Designados, operen en forma ininterrumpida o libre de error. "LA CONTRATISTA" hará lo posible para corregir los errores de haberlos, solamente en el Software que proviene de "LA CONTRATISTA" o que proviene de los subcontratistas seleccionados por "LA CONTRATISTA" durante el período de garantía de doce (12) meses previamente indicado. "LA CONTRATISTA" requerirá de sus subcontratistas para la integración del Sistema de combate, asumir la responsabilidad de proveer la garantía del Software del Sistema de combate, después del período de garantía antes mencionado a "EL MINISTERIO", para los equipos originales estipulados en "LAS ESPECIFICACIONES", referidos a la vida útil de dichos equipos. Entendiéndose que cuando se utilice el término "De por vida" en el Contrato o en "LAS ESPECIFICACIONES", estará referido a la vida útil del equipo. Dicha garantía se anulará en el evento de que el Software o el Hardware sean operado inapropiadamente, usado con un propósito diferente a su objeto o modificación.

Parágrafo Décimo Quinto: La responsabilidad de "LA CONTRATISTA" en cuanto a la obligación de garantía de conformidad con este Contrato, estará limitada al Diez por Ciento (10%) del monto total del mismo, pagado a "LA CONTRATISTA", sin incluir el monto correspondiente a los Sub-Contratistas Designados; la cual se regirá por lo establecido en la Cláusula Trigésima Séptima.

### REVISION Y CORRECCION DE FIN DE GARANTIA

VIGESIMA SEXTA: Al final de los doce (12) meses subsiguientes a la fecha de la firma del "Acta de Aceptación Final" de cualquiera de los Buques y sus Sistemas, "LA CONTRATISTA" a través de sus ingenieros o técnicos de garantía, conjuntamente con la (s) persona (s) que designe "EL MINISTERIO" se compromete a efectuar una "Revisión de Fin de Garantía" a "LOS BUQUES" y sus sistemas, para los equipos mencionados en "LAS ESPECIFICACIONES", siguiendo el criterio que se acordará entre la "C.I.V." y "LA

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 0.388.278

51

Director de Costos y Control

MANUEL TREJO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.818.891

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.819.384

R. FRANCISCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
IMPRE. ABOGADO No. 2.772

ARB-000700

## SECRETO

CONTRATISTA", elaborando previamente los protocolos correspondientes y adoptando criterios establecidos para este fin con las Fragatas Clase "Mariscal Sucre". Dicha revisión se efectuará antes de la firma del "Acta de Fin de Garantía " quedando entendido que cualquier deficiencia, falla y/o desgaste anormal de los equipos y materiales suministrados y mano de obra empleada por "LA CONTRATISTA" deberá ser subsanado a expensas de "LA CONTRATISTA"

Parágrafo Único: Al final de los términos de la "Garantía Técnica" de cada Buque y sus sistemas, subsiguiente a la revisión del fin de Garantía , "EL MINISTERIO" por órgano de la Comandancia General de la Armada y "LA CONTRATISTA", firmarán el "Acta de Fin de Garantía " de "LOS BUQUES", contenida en el Anexo "Q" del presente Contrato y será simultáneamente liberada la Fianza de Buen Funcionamiento mencionada en la Cláusula Cuarta, aparte c) de este Contrato.

### INGENIEROS Y TECNICOS DE GARANTIA

VIGESIMA SEPTIMA: "LA CONTRATISTA" designará Ingenieros y Técnicos de Garantía para atender las fallas o averías en "LOS BUQUES" y sus Sistemas, para aquellos trabajos efectuados según el objeto de este Contrato, durante el período de Garantía , con experiencia suficiente para atender eficientemente las áreas de casco, propulsión, servicios auxiliares, electricidad, armas y electrónica y comunicaciones de "LOS BUQUES" y sus sistemas, quienes permanecerán en Venezuela el tiempo necesario en el entendido que "LA CONTRATISTA" se responsabilizará por los resultados del trabajo o asesoramiento de los Ingenieros o Técnicos de Garantía . "LA CONTRATISTA" incluirá requerimientos detallados en las especificaciones técnicas de cada uno de los Subcontratistas Designados en los respectivos subcontratos.

Parágrafo Primero: "LA CONTRATISTA" tendrá a su cargo los sueldos, salarios, seguro social, prestaciones sociales y gastos de traslado desde los Estados Unidos de América hasta Venezuela, de los Ingenieros y Técnicos de Garantía y durante su

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

52

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 1.366.278

Ivan E.
Capitán de La... Listes
Director de Co... y Control

MANUEL URBÁEZ RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.610.891

JULIO H. CHACON HERNANDEZ
Viceaimirante
Comandante General de la Armada
C.I. V-3.513.384

CISCO ORTEGA JUGO

SECRETO

permanencia en Venezuela. Asimismo los Subcontratistas Designados, también serán responsables por su personal en los aspectos antes mencionados.

Parágrafo Segundo: "EL MINISTERIO" a través de la Comandancia General de la Armada, Comando Naval de Logística, proporcionará alojamiento, esparcimiento y atención a la salud, en sus propias instalaciones de la Base Naval "CA. AGUSTIN ARMARIO", Puerto Cabello, Estado Carabobo; a los Ingenieros y Técnicos de Garantía y su familia, también proporcionará transporte para movilización en Venezuela y para las gestiones relacionadas con la revisión de Garantía Asimismo, asesorara para cumplir con las formalidades legales para su ingreso y salida del país.  No obstante "LA CONTRATISTA" se reserve el derecho a realizar los cambios que considere pertinente asumiendo los gastos que estos generen.

Parágrafo Tercero: "EL MINISTERIO" otorgará un trato equivalente de Oficial Subalterno a los Ingenieros y Sub-Oficial Profesional de Carrera a los Técnicos de "LA CONTRATISTA", en lo relativo a alojamiento, comidas, esparcimiento, condiciones de trabajo y atención a la salud, tanto en las instalaciones navales de tierra, como en las de a bordo de "LOS BUQUES".

Parágrafo Cuarto: "EL MINISTERIO", facilitará a los Ingenieros y Técnicos de Garantía , un local de oficina amoblado y dispuesto para sus gestiones administrativas, archivos y procesamiento de los reportes de fallas, pedidos de material y repuestos.  Así mismo, facilitará comunicaciones telefónicas, acceso al telex, fax y fotocopiadora de la Base Naval "Contralmirante Agustín Armario", Puerto Cabello, Estado Carabobo y servicios de secretaría, (bilingue-español inglés), conforme al tratamiento establecido para la "C.I.V." durante su permanencia en el Astillero.

Parágrafo Quinto: Los Ingenieros y los Técnicos de Garantía cuando sean requeridos a bordo, tendrán libre acceso a todos los equipos instalados en "LOS BUQUES". Dispondrán de alojamiento a bordo de cualquiera de "LOS BUQUES", pero deberán

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

53

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

Juan Francisco Lares
Capitán de ...
Director de Contra y Control ...

MANUEL ERRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.801

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.813.384

R. IGNACIO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
INREEABOGADO No. 2.771

ARB-000702

desembarcarse cuando "EL MINISTERIO" lo juzgue conveniente y no tendrán acceso a lugares clasificados sin previa autorización.

Parágrafo Sexto: A los Ingenieros y a los Técnicos de Garantía no les será requerido navegar o estar presenté en ninguno de "LOS BUQUES" en misiones de guerra o si es declarado el estado de emergencia o se suspenden las Garantías Constitucionales en Venezuela.

Parágrafo Séptimo: Toda la información clasificada obtenida por los Ingenieros y los Técnicos de Garantía durante el desempeño de sus funciones no deberán ser divulgada a terceros.

## RESCISION DEL CONTRATO

VIGESIMA OCTAVA "EL MINISTERIO" tendrá el derecho de rescindir este Contrato si "LA CONTRATISTA" incumpliera cualquiera de sus obligaciones contempladas en este Contrato, así como también, si "LA CONTRATISTA" es sometida a un proceso de quiebra, es liquidada por una orden, decisión o resolución de la Corte que decida un embargo de su propiedad, sin que dicho embargo pudiera ser levantado dentro de un lapso de treinta (30) días, exceptuando cuando se produzca una solicitud de liquidación voluntaria de "LA CONTRATISTA" con el propósito de fusionarse, por ejemplo, con otra persona jurídica. En estos casos "LA CONTRATISTA" se compromete y obliga a hacer lo conducente para que la nueva empresa que surja, si es el caso, asuma las obligaciones que "LA CONTRATISTA" tiene contraídas con "EL MINISTERIO" en este documento, en caso contrario, asegurará otra compañía para que cumpla con el objeto del Contrato.

Parágrafo Primero: "EL MINISTERIO" también tendrá el derecho de rescindir este Contrato, con respecto a todos o cualesquiera de "LOS BUQUES", si los trabajos contemplados en los mismos, se vieran suspendidos por razones de Fuerza Mayor,

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 002014005

54

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

... H. CHACON HURTADO
Vicealmirante
Comandante General de la Armada
C.I. V.3.513.384

ARB-000703

SECRETO

previstos en la Cláusula Vigésima Novena del presente documento contractual, por un periodo consecutivo mayor a seis (6) meses.

Parágrafo Segundo: Para rescindir este Contrato, "EL MINISTERIO" deberá notificar por escrito a "LA CONTRATISTA", si se presenta cualquiera de las circunstancias o causales de rescisión contenidas en este instrumento contractual, quedando entendido que su rescisión no podrá producirse antes de los treinta (30) días continuos siguientes a la notificación mencionada y "LA CONTRATISTA" tendrá dentro de ese lapso la oportunidad para tratar de subsanar las causas que originaron la rescisión.

Parágrafo Tercero: "EL MINISTERIO" bajo ningún concepto tendrá derecho a rescindir este Contrato en lo que se refiere a los trabajos objeto del mismo, una vez que hayan sido aceptados por las partes bajo los términos de este instrumento.

Parágrafo Cuarto: Cualquier derecho de rescindir este Contrato quedará sin efecto, si las causas que motivaron esta acción dejan de existir antes de que la notificación de rescisión del Contrato se haga efectiva, de acuerdo con lo indicado en esta Cláusula, o se determine por alguna razón que "LA CONTRATISTA" no incurrió en incumplimiento bajo las disposiciones de esta Cláusula, o el incumplimiento era excusable. En este caso, los derechos y obligaciones de las partes, serán las mismas como si la notificación no se hubiera efectuado.

Parágrafo Quinto: En el caso de que "EL MINISTERIO" rescinda este Contrato haciendo uso de los derechos que le concede esta Cláusula, "LA CONTRATISTA" deberá pagar a "EL MINISTERIO" una cantidad de dinero igual a la suma de los siguientes puntos:

a) La cantidad total de todas las sumas pagadas por "EL MINISTERIO" a "LA CONTRATISTA" antes de la fecha de rescisión, deduciendo el monto pagado o por pagar de los trabajos que hubieran sido efectuados antes de la referida rescisión y los montos pagados o por pagar a sus subcontratistas; y/o de los trabajos extras y/o imprevistos

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

55

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

MANUEL IÑIGO RODRIGUEZ
Comandante
Comandante Naval de Logística
C.I. V-3.010.391

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

RAMULLO ORTEGA JUGO

ARB-000704

SECRETO

mencionados en la Cláusula Octava de este instrumento, previa evaluación y demostración documentada de los mismos, hecha de mutuo acuerdo por las partes.

b) Los intereses sobre el monto a reembolsar de conformidad con esta Cláusula en su Parágrafo Quinto, literal a), son en razón de la tasa Prime-Rate vigente a la fecha de rescisión, calculados desde la entrega del último pago efectuado a "LA CONTRATISTA", hasta la fecha en que tales sumas sean devueltas a "EL MINISTERIO". Este pago de intereses será considerado como indemnización a "EL MINISTERIO" por daños conforme a esa cancelación.

c) "EL MINISTERIO" requerirá de "LA CONTRATISTA" el transferir el derecho y que le entregue los suministros completos, los suministros parcialmente completos, partes, herramientas, porta-pieza, dispositivos, planos, dibujos, información y derecho de contrato, en lo adelante llamados "Materiales de Fabricación", que hayan sido producidos o adquiridos específicamente para la ejecución del Contrato ya rescindido. "EL MINISTERIO" deducirá del monto a ser pagado por "LA CONTRATISTA" bajo este Parágrafo, el monto acordado para esos Materiales de Fabricación entregados a "EL MINISTERIO".

d) El total de la suma debida a "EL MINISTERIO" como resultado de la rescisión de conformidad con lo establecido en el Parágrafo Quinto de esta cláusula será garantizado por lo previsto en el aparte b) de la Cláusula Cuarta de este Contrato y "EL MINISTERIO" tendrá derecho de ejecutar la fianza por un monto igual al costo de los trabajos objeto del mismo, no ejecutado para el momento de la rescisión, en ningún caso "LA CONTRATISTA" será obligada a pagar un monto superior al de la citada fianza

Parágrafo Sexto: "EL MINISTERIO" podrá rescindir este Contrato, por interés de la República. Si ello ocurriera, "EL MINISTERIO" compensará a "LA CONTRATISTA" con la cantidad que las partes contratantes establezcan de mutuo acuerdo, según los gastos en que ella haya incurrido por los siguientes montos:

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

56

MANUEL TORIANA RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

ARB-000705

a) El precio correspondiente a los materiales que hayan sido suministrados y/o trabajos ejecutados de conformidad con el presente Contrato y de aquel o aquellos materiales y/o trabajos que en fecha de la rescisión se encuentren listos para ser presentados para la aprobación de parte de "EL MINISTERIO" y/o para la ejecución por parte de "LA CONTRATISTA".

b) El precio correspondiente a los equipos o sistemas que hayan sido terminados y aceptados en las pruebas de Fábrica o que a la fecha de la rescisión se encuentren listos para ser presentados para la aprobación y aceptación de "EL MINISTERIO".

c) El precio correspondiente a los trabajos y a los materiales, maquinarias, equipos y servicios que a la fecha de la rescisión se encuentren parcialmente ejecutados.

d) Todos los gastos comprobados y justificados que hubiese efectuado o comprometido "LA CONTRATISTA" y que no estén indicados en los apartes a), b) y c) de esta Cláusula, incluyendo los costos de las obligaciones de "LA CONTRATISTA" con sus Sub-Contratistas Designados.

Parágrafo Séptimo: "LA CONTRATISTA" podrá suspender los trabajos objeto de este Contrato, por el retardo en el pago por un lapso mayor de sesenta (60) días hábiles, por causas imputables a "EL MINISTERIO", esta circunstancia será informada a la Contraloría General de las Fuerzas Armadas Nacionales y tendrá derecho de resolver el contrato en todo o en parte, si se incumpliera con las obligaciones de pago contenidas en la Cláusula Segunda de este contrato, cuando fuesen debidas. El incumplimiento por parte de "LA CONTRATISTA", de ejercer puntualmente cualquiera de dichos derechos adquiridos al terminar el contrato, no operará como una renuncia de los mismos.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

57

MANUEL IBRAGO RODRIGUEZ
Contralmirante
Comandante General de Logística
C.I. V-3.010.591

JULIO N. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Nivel 10
Director de Coord y Control

ARB-000706

## CASOS FORTUITOS O DE FUERZA MAYOR

VIGESIMA NOVENA: "EL MINISTERIO" y "LA CONTRATISTA" considerarán Casos Fortuitos o de Fuerza Mayor, aquellas circunstancias o eventos y sus consecuencias, que se encuentren fuera del control de "LA CONTRATISTA", o sus subcontratistas y de los Subcontratistas Designados, surgidos después de la entrada en vigencia de este Contrato, que pudieran impedir a cualquiera de las partes, cumplir con sus obligaciones, tales como: la guerra o condiciones parecidas a la guerra, huelgas, rebelión, insurrección, motines, guerra C.I.V.il, revolución, bloqueo, sabotaje, vandalismo, prohibición de importaciones o exportaciones, catástrofes naturales, inundaciones, condiciones anormales de tiempo, huelga de los trabajadores portuarios, incendio y epidemias, arbitraje, actos de los Gobiernos de los Estados Unidos de América o de la República de Venezuela, Israel e Italia, surgidos posterior a la entrada en vigencia de este Contrato, todo lo cual deberá ser plenamente justificado por "LA CONTRATISTA".

Parágrafo Único: Para que los Casos Fortuitos o de Fuerza Mayor previstos en esta cláusula actúen como eximentes de responsabilidad de "LA CONTRATISTA", será indispensable que al alegar el Caso Fortuito o de Fuerza Mayor, se lo comunique a "EL MINISTERIO" dentro de los quince (15) días hábiles, contados a partir de la fecha en que se produzca el acaecimiento y lo pruebe en aquellos casos que no sean públicos y notorios dentro de los veinte (20) días hábiles siguientes a la fecha de la notificación, en el entendido que las partes puedan acordar un lapso distinto en caso de que este no sea suficiente. Queda establecido que si no se diera cumplimiento a cualquiera de estos plazos, no se justificará prórroga alguna. En el caso de persistencia de los Casos Fortuitos o de Fuerza Mayor, "LA CONTRATISTA" notificará a la otra, la persistencia de las causas o la terminación del evento cada quince (15) días consecutivos.

## LICENCIAS DE EXPORTACION E IMPORTACION

TRIGESIMA.: "LA CONTRATISTA" se obliga a obtener las licencias de importación respectivas requeridas por el gobierno de los Estados Unidos de América para los

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

58

RANCISCO ORTEGA JUGO

MANUEL ESPADA RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.619.891

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.613.384

ARB-000707

SECRETO

materiales y equipos adquiridos de fuentes extranjeras, excepto lo correspondiente a los Subcontratistas Designados, además "LA CONTRATISTA" será responsable de obtener las licencias de exportación necesarias para el traslado de materiales, equipos, información y servicios para ser entregados a "EL MINISTERIO" y subsecuentemente enviados a Venezuela y si fuera necesario durante la vigencia del Contrato, "EL MINISTERIO" se obliga a obtener las licencias de importación correspondientes, de parte de las autoridades pertinentes.

Parágrafo Primero: "EL MINISTERIO" cooperará con "LA CONTRATISTA" en la manera que pueda ser requerido para obtener las aprobaciones y licencias referidas en esta Cláusula, incluyendo la ejecución del acuerdo de "Asistencia Técnica" con "LA CONTRATISTA", Anexo "R". Así mismo "EL MINISTERIO" obtendrá tales aprobaciones y/o licencias de la República de Venezuela para facilitar la ejecución de este Contrato.

Parágrafo Segundo: Las partes acuerdan que cada una cooperará con la otra en la obtención de aprobaciones y/o certificados para permitir el viaje de personas según lo requerido por este Contrato.

NOTIFICACIONES

TRIGESIMA PRIMERA: Cualquier notificación que deba ser enviada por una de las parte contratantes a la otra, puede ser efectuada por entrega personal; primera clase, correo aéreo registrado o certificado, telegramas, telex o fax, y dichas notificaciones entregadas personalmente serán consideradas efectuadas a la entrega, las enviadas por correo serán consideradas efectuadas en la fecha de recepción del destinatario y las recibidas por tele o fax deberán ser posteriormente confirmadas por el destinatario, cualquier notificación entregada personalmente al Jefe de la "C.I.V.", o su representante, contra recibo, queda entendido que esa notificación será considerada como efectuada a "EL

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

59

Juan Eduardo Lares
Capitán de Nº 10
Director de Coord y Control

MANUEL ITRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.891

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000708

MINISTERIO" o por una de la personas que haya sido debidamente autorizada por "LA CONTRATISTA" y las mismas serán dirigidas en idioma Castellano a la siguiente dirección:

EL MINISTERIO

Ministerio de la Defensa
Comandancia General de la Armada
Av. Vollmer, San Bernardino, Caracas
Comando Naval de Logística
Caracas 1011 - Venezuela
Telex : 21168 CGMCO VC.
Fax:   5096753

LA CONTRATISTA

Ingalls Shipbuilding, Inc.
1000 Acces River Road
P.O. Box 149
Pascagoula, Mississippi MS 39567-0149
Attn:   Sr. J.C. Arledge, III o Sr.  C.L. Rector
TWX: (601) 935-1122
FAX:  (601) 935-4742
Teléfonos: (601) 935-3626 o (601) 935-5464

Parágrafo Primero: Las notificaciones enviadas a otros entes diferentes a los indicados en ésta Cláusula, serán consideradas como írritas.

Parágrafo Segundo: Cualquier alteración de las Direcciones indicadas en este Parágrafo deberá informarse por escrito.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

60

MANUEL IZARRAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Jaime Edecio Lares
Capitán de Na. io
Director de Coord y Control

ARB-000709

TRIGESIMA SEGUNDA: Ninguno de los términos de este Contrato, otorga a "EL MINISTERIO" derecho alguno sobre alguna patente o licencia que sean propiedad de "LA CONTRATISTA" o que estén bajo el control de ésta, así como tampoco, pueden ser divulgadas en perjuicio de "LA CONTRATISTA" las informaciones contenidas en Planos, Manuales y Especificaciones Técnicas.

Parágrafo Primero: "LA CONTRATISTA" indemnizará a "EL MINISTERIO" por la responsabilidad (incluyendo los costos derivados de ella), resultantes de la violación de cualquier patente de invención de los Estados Unidos de América (excepto, aquella patente aprobada por una solicitud cuya publicación este o puede estar retenida por una Orden Secreta, bajo las condiciones contenidas en el volumen 35, Sección 181 del Código de EE.UU. (35 U.S.C. 181) Anexo "S", como resultado de la fabricación o entrega de "LOS BUQUES", o la ejecución de los servicios contemplados en este Contrato, o del uso de disposición de los mencionados a continuación; esta indemnización por "LA CONTRATISTA" no será aplicable, a menos que se notifique a ésta por escrito a más tardar treinta (30) días después de la recepción por "EL MINISTERIO" de la notificación de una acción judicial proveniente de una institución y la autorización dada por "EL MINISTERIO" a suministrar información y asistencia para la defensa o acuerdo de misma a la discreción de "LA CONTRATISTA".

Parágrafo Segundo: Cuando el uso o funcionamiento de "LOS BUQUES" ha sido prohibido por una acción judicial, o en opinión de "LA CONTRATISTA" pudiera ser prohibido por la referida acción. En ambos casos, "LA CONTRATISTA" deberá a su sola elección y a sus expensas, procurar para "EL MINISTERIO" el derecho para tal uso o funcionamiento o modificar los mismos, para que no se considere violatorios. Esta indemnización no incluirá costo por daños relacionados o que se originen de la pérdida del uso de "LOS BUQUES" objeto de este Contrato. Asimismo, tampoco se aplicará si una violación reclamada proviene del cumplimiento de una instrucción escrita de "EL MINISTERIO" o de dichas,

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

61

FRANCISCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
INPRE. ABOGADO No. 2.772

MANUEL TRIACO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.919.891

JULIO H. CHACON HERNAND
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

especificaciones, documentos, dibujos, equipos, plantas, maquinarias, materiales, o similares suministrados a "LA CONTRATISTA" por "EL MINISTERIO"; o si proviene de adiciones o cambios en "LOS BUQUES", por cuyas adiciones o cambios que fueren realizados con posterioridad a la entrega a "EL MINISTERIO". por "LA CONTRATISTA"; o se acuerda por o para "EL MINISTERIO" sin el consentimiento previo de "LA CONTRATISTA", o esté basado en una combinación de "LOS BUQUES" con otros equipos o servicios no suministrados por "LA CONTRATISTA". La responsabilidad total de "LA CONTRATISTA" bajo este contrato por cualquier violación de este tipo, será de aquellos costos y daños adjudicados mediante sentencia definitivamente firme dictada por una Corte o Tribunal competente en cualquier acción judicial por un monto total que no exceda el tres por ciento (3%) del precio total del Contrato. Tales costos y daños serán también reducidos en la medida que "EL MINISTERIO" disponga de otra protección de cualquier costo y daños.

Parágrafo Tercero: "EL MINISTERIO" será responsable de las reclamaciones que sean alegadas, por la violación de cualquier patente de invención de los Estados Unidos de América o cualquier patente de la República de Venezuela, incluyendo aquellas correspondientes a ellas, con respecto al diseño, especificaciones, documentos, dibujos, equipos, procesos, maquinarias, materiales o similares suministrados a "LA CONTRATISTA" por "EL MINISTERIO", o el uso, venta o disposición de los mismos y "EL MINISTERIO" liberará e indemnizará a "LA CONTRATISTA" contra aquellas reclamaciones, costos y gastos, cargos y daños que "LA CONTRATISTA" pueda y está obligada a pagar por las mismas razones.

Parágrafo Cuarto: Ningún pago por causa de cualquier reclamación de violación de patente que sea alegada o realmente causada será realizado por "EL MINISTERIO" o por "LA CONTRATISTA", a menos que sea con el consentimiento "escrito de ambas partes tal como sea el caso, cuyo consentimiento no puede ser retenido sin causa justificada salvo que sea de acuerdo a la sentencia definitivamente firme de una Corte o Tribunal competente.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

62

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

Juan Eduardo Lares
Capitán de Na io
Director de Coord y Control

MANUEL URRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.691

ULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

F ANCISCO ORTEGA JUGO
... EN DE NAVIO
C... OR JURIDICO
INCORPORADO No. 1.373

ARB-000711

## CONTROL DE CALIDAD

**TRIGÉSIMA TERCERA**: "LA CONTRATISTA" implementará un programa de control de calidad utilizando como guía la Instrucción del Departamento de Defensa de los Estados Unidos de América MIL-I-45208A y el Manual de Calidad de "LA CONTRATISTA" fechado Octubre de 1993. Cualquier modificación a este programa será entregado por escrito a "EL MINISTERIO" dentro de los quince (15) días continuos anteriores a su incorporación en el Manual por "LA CONTRATISTA".

## CESIONES

**TRIGÉSIMA CUARTA**: El presente Contrato, ni los derechos que del mismo se deriven, podrán ser cedidos ni traspasados a terceros por "LA CONTRATISTA", sin el consentimiento escrito de "EL MINISTERIO", de conformidad con lo establecido en el Artículo 58 del Reglamento de Adquisiciones de Bienes y Servicios para las Fuerzas Armadas Nacionales.

## SUBCONTRATISTAS Y SUBPROVEEDORES

**TRIGÉSIMA QUINTA**: "LA CONTRATISTA" podrá utilizar los subcontratistas y subproveedores que estime conveniente, quedando entendido que toda la responsabilidad ante "EL MINISTERIO", siempre corresponderá a "LA CONTRATISTA", sin que ésta pueda invocar como causas eximentes de sus obligaciones, los retardos o inconvenientes que puedan presentarse por culpa de los subcontratistas o proveedores. Se exceptúan aquellos casos mencionados en la Cláusula Vigésima Novena, del presente instrumento. Se exceptúan también a los Subcontratistas Designados, señalados en la Cláusula Trigésima Sexta de este Contrato.

**Parágrafo Único**: Queda entendido que, con respecto a los sistemas de armas y Electrónica, plataforma y comunicaciones, señalados en la Cláusula Primera de este

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Control

ORTEGA JUGO
EL NAVIO

MANUEL TIRADO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.891

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000712

Contrato, "EL MINISTERIO" tendrá la facultad para aprobar la adquisición de los nuevos sistemas y subcontratistas-proveedores de las opciones presentadas por "LA CONTRATISTA", fundamentándose para ello en los niveles de ventajas técnicas estratégicas y de Tecnología Actualizada. En caso que la selección del subcontratista-proveedor implique inevitablemente a "LA CONTRATISTA" un costo extra, este incremento se hará con cargo a la partida de imprevistos, a tales efectos la aprobación la hará EL MINISTERIO" por intermedio de la Comandancia General de la Armada, Comando Naval de Logística, sin que esa selección y aprobación del subcontratista-proveedor incida negativamente en los lapsos de ejecución de los trabajos o la entrega de "LOS BUQUES" objeto del mismo. Con respecto al proceso de selección, se establece para la presentación por "LA CONTRATISTA" de las diferentes opciones, un plazo máximo de hasta de treinta (30) días hábiles, después de la firma del "Acta de Iniciación de los Trabajos" y "EL MINISTERIO" tendrá quince (15) días continuos, después de cada opción presentada para dar su aprobación por escrito. En caso de que las opciones aprobadas por "EL MINISTERIO" conlleven una demora en la entrega, podrá considerarse esta situación como causa eximente de responsabilidad para "LA CONTRATISTA", previa aprobación de "EL MINISTERIO".

## SUBCONTRATISTAS DESIGNADOS

TRIGESIMA SEXTA: De acuerdo con lo exigido por "EL MINISTERIO", "LA CONTRATISTA" celebrará los subcontratos, para la realización de los siguientes trabajos:

a) Adquisición del Sistema de Guerra Electrónica con la empresa ELECTRONIC SYSTEMS LTD (Elisra).

b) Mantenimiento Mayor de dos (2) Helicópteros AGUSTA BELL AB-121-ASW con la empresa Israel Aircraft Industries LTD (IAI), Siglas ARV-303 y ARV-306.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING. INC.
USA 082014205

64

_Tito M. Rincón Bravo_
Vicealmirante
Ministro de la Defensa
C. V.3.165.278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Cont

MANUEL FRANCO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.691

FRANCISCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
INPREABOGADO No. 2.772

LEO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000713

c) Mantenimiento Mayor del Sistema de Lanzamiento Misilistico Otomat MK-2, dieciséis (16) misiles Otomat MK-2 y Sistema Teleguía T-G2 con la empresa Alenia Difesa A Finmeccanica Company, Missiles Systems División, antes OTO MELARA, S.P.A.

Parágrafo Primero: Los Subcontratistas Designados anteriormente identificados en los Literales a) y b), fueron seleccionados por "EL MINISTERIO" después de un proceso de licitación competitivo, conforme a la Ley de Licitaciones Venezolana y su Reglamento, donde "EL MINISTERIO" detalló las Especificaciones Técnicas a ser cumplidas. Subsiguientemente, "EL MINISTERIO" acordó con dichos Subcontratistas Designados la revisión de las Especificaciones Técnicas para ajustarlas a los servicios técnicos ofrecidos por ellos, con el fin de desarrollar el alcance de los trabajos y servicios técnicos a ser suministrados bajo los subcontratos. Estos alcances de trabajo están incluidos en el presente contrato como Anexos "T" y "U" y están contenidos en los contratos a celebrarse por "LA CONTRATISTA" y los Subcontratistas antes mencionados. Estos Subcontratistas serán pagados por "LA CONTRATISTA" bajo este contrato.

Parágrafo Segundo: "LA CONTRATISTA" incluirá disposiciones en los contratos a celebrarse con los Subcontratistas Designados en los Literales a), b) y c) de la presente Cláusula, que evidencian las obligaciones de éstos con "EL MINISTERIO" en razón de los trabajos que deben realizarse.

Parágrafo Tercero: El Subcontratista Designado indicado en el aparte c) de esta Cláusula fue seleccionado por "EL MINISTERIO" mediante la vía de la Adjudicación Directa, prevista en la Ley de Licitaciones de Venezuela y su Reglamento, al igual que en el Parágrafo anterior "EL MINISTERIO" negoció al alcance de trabajo y los servicios técnicos a ser suministrados por Alenia Difesa A Finmeccanica Company, Missiles Systems División, antes OTO MELARA, S.P.A. Ese alcance de trabajo se incluye en el presente contrato como Anexo "V" y contenido en el Subcontrato otorgado por "LA CONTRATISTA" Alenia Difesa A Finmeccanica Company, Missiles Systems División y el precio a ser pagado a ese Subcontratista.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.356.278

Jun D. Eduardo Lare.
Capitán de Navio
Director de Coord y Cent

65

MANUEL CURAZCO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.091

LIO H. CHACON HERNAND.
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

FRANCISCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
INPREABOGADO No. 2.772

ARB-000714

SECRETO

Parágrafo Cuarto: "LA CONTRATISTA" administrará los Subcontratos referidos en esta Cláusula, en los siguientes términos y condiciones (los cuales se ajustarán en todos los aspectos a las disposiciones aquí contenidas):

a) Con respecto a la administración de los subcontratos, "LA CONTRATISTA" será responsable de lo siguiente:

1) Incluir el precio de tales subcontratos en este Contrato.

2) Efectuar pagos a tales Subcontratistas de acuerdo con los términos de los respectivos subcontratos.

3) Desarrollar, negociar y administrar los términos y condiciones de los subcontratos, de conformidad con este Contrato.

b) Con respecto a las Especificaciones Técnicas de esos subcontratos, "LA CONTRATISTA" desempeñará las funciones siguientes:

1) Incorporar las Especificaciones Técnicas en los subcontratos, incluyendo los requerimientos de prueba aplicables a ella, de conformidad con los acuerdos entre "EL MINISTERIO" y tales Subcontratistas, como está referido en el Parágrafo Primero y Segundo de esta Cláusula.

2) Adquirir, recibir e inspeccionar los materiales, equipos, suministros y componentes objeto de los mencionados subcontratos.

3) Facultar a los miembros de la "C.I.V." en el país del Subcontratista Designado, para efectuar directamente funciones de supervisión, vigilancia y control, sobre la aplicación de "LAS ESPECIFICACIONES" así como también, efectuar las notificaciones que se generen en la ejecución de los trabajos objeto de esos subcontratos, dichos miembros de la "C.I.V."

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 00201/4205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

Juan E. R. Jua
Capitán de Navío
Director de Co2rd y Central

MANUEL ALFONZO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.610.581

JULIO H. CHACON R.
Vicealmirante
Comandante General de la Armada
C.I. V-3.613.384

FRANCISCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
INPREABOGADO No. 7570

ARB-000715

deberán ser tratados de acuerdo a lo especificado en las ofertas contenidas en las "Especificaciones Técnicas" de los Subcontratistas.

4) Coordinar la instalación de dichos materiales, equipos, suministros y componentes en los planes globales de producción de "LA CONTRATISTA".

5) Cooperar con "EL MINISTERIO" para coordinar y asistir en la conducción de los suministros y componentes, objeto de dichos subcontratos.

6) Coordinar pruebas en el puerto y en la mar de los artículos referidos en el punto anterior, con las pruebas de otros componentes, sistemas o funciones de "LOS BUQUES", los cuales son responsabilidad de "LA CONTRATISTA".

7 ) Permitir el acceso a las instalaciones de "LA CONTRATISTA" y a "LOS BUQUES" y a los representantes técnicos de los subcontratistas, quienes con la asistencia de "LA CONTRATISTA" instalarán los materiales, equipos, suministros y componentes en "LOS BUQUES".

8 ) Implementar el Programa de Entrega de acuerdo a lo acordado entre "EL MINISTERIO" y los Subcontratistas Designados e incluir en su PERT-TIPE DEPENDENT SEQUENCE NETWORKE PROGRAM equipos, provisiones y componentes, de conformidad con lo acordado entre "EL MINISTERIO" y los subcontratistas. Además, coordinar los programas de plazos de entrega en el programa global del Contrato para "LOS BUQUES", conforme a lo establecido en la Cláusula Tercera.

9) Garantizar la obtención del pago por adelantado, fianza de "Anticipo" equivalentes al cien por ciento (100%) del primer pago, fianzas de "Fiel Cumplimiento" y "Buen Funcionamiento", equivalentes al veinte por ciento (20%) y diez por ciento (10%) del monto total del precio del subcontrato respectivamente, de conformidad con lo establecido en la Cláusula Cuarta de este Contrato y aquellas otras Garantías que puedan ser requeridas por

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014203

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.056.278

67

MANUEL TRUJILLO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

ELIO N. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

R. IGNACIO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO

ARB-000716

"EL MINISTERIO" y "LA CONTRATISTA" para asegurar el "Fiel Cumplimiento" de todas las obligaciones contenidas en los subcontratos. Además, administrar los mismos en nombre de "EL MINISTERIO".

Parágrafo Quinto: La responsabilidad de "LA CONTRATISTA" ante "EL MINISTERIO", con respecto a los subcontratos especificados en esta Cláusula, estará limitada de la manera siguiente:

a) Por el fallo de los materiales, equipos, suministros y componentes de los Subcontratistas, de cumplir con "LAS ESPECIFICACIONES" contenidas en esos subcontratos o de actuar de acuerdo con ella. La responsabilidad de "LA CONTRATISTA" estará limitada a los montos de las "Fianzas de Fiel Cumplimiento" y/o Garantía requeridas bajo esos subcontratos. "EL MINISTERIO" dejará a salvo a "LA CONTRATISTA" por los costos en exceso de los entes mencionados, que pueda incurrir en sus esfuerzos para subsanar los fallos de tales Subcontratistas o por cualquier costo adicional bajo este Contrato por demora, debido a fallos de ejecución de los Subcontratistas.

b) Por el incumplimiento de los Subcontratistas en entregar los materiales, equipos, suministros y componentes dentro del tiempo especificado para la entrega en tales subcontratos, la responsabilidad de "LA CONTRATISTA" estará limitada a la aplicación de las penalidades previstas en los Contratos suscritos entre "LA CONTRATISTA" y el Subcontratista Designado que incurra en tal falta y por la "Fianza de Fiel Cumplimiento" constituida para tal fin, de acuerdo al monto de las fianzas de cada subcontratista.

c ) "LA CONTRATISTA" no será responsable de la ejecución de aquellos artículos de equipos (contenidos en el alcance del trabajo de "LA CONTRATISTA") los cuales se interconectan con los materiales, equipos, suministros y componentes de los Subcontratistas, en los siguientes casos:

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA: 002014205

68

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

MANUEL VARELA RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.891

...O H. CHACON HERNANDE.
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Director de Obras y Centros

ARB-000717

SECRETO

1) Si la ejecución depende del manejo u operación correcta de los materiales del subcontratista. Además, que dicho manejo u operación no está en conformidad con "LAS ESPECIFICACIONES" relativas a los Subcontratos.

2) Si tal ejecución es perjudicada debido a la operación defectuosa o incorrecta de los materiales, equipos, suministros y componentes por parte del subcontratista.

3) Si la operación de los materiales, equipos, suministros y componentes del subcontratista causan daños a otros equipos de "LA CONTRATISTA" con los cuales tienen una interfase.

En tales casos, "EL MINISTERIO" amparará y dejará a salvo a "LA CONTRATISTA" de las responsabilidades antes señaladas y se aplicarán las disposiciones de indemnización contenidas en el Parágrafo Quinto, literales a) y b) de ésta Cláusula a dichos eventos.

Parágrafo Sexto: "LA CONTRATISTA" no será responsable ante "EL MINISTERIO" por ninguna cantidad de dinero que le pueda ser impuesta por reclamos, demandas, requerimientos, ejecuciones, acciones judiciales (incluyendo honorarios de abogados y otros gastos de litigios) o de otra manera por terceras personas o entidades, asociados con los Subcontratos o del trabajo ejecutado por los Subcontratistas Designados mencionados en ésta Cláusula de conformidad a este Contrato. "EL MINISTERIO" se compromete a dejar a salvo, defender y pagar a "LA CONTRATISTA" el monto de dinero que puedan ser reclamados, adjudicados o pagados por esta, por los conceptos citados en este Parágrafo. "LA CONTRATISTA" notificará a "EL MINISTERIO", cualquier reclamo que sea interpuesto y esta no podrá resolver o llegar a un acuerdo en virtud de dichos reclamos a nombre de "EL MINISTERIO", sin la previa autorización dada por escrito por parte de este.

Parágrafo Séptimo : De los equipos y servicios suministrados por los Subcontratistas Designados, "LA CONTRATISTA será responsable solamente de su instalación de acuerdo a "LAS ESPECIFICACIONES" del proveedor del mismo y de la ingeniería de sistema

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

TCH:

69

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C. I. 3.369.278

FRANCISCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
IMPRE... N° ...

... RODRIGUEZ
Contralor Jefe
Comandante Naval de Logística
C.I. V-3.810.991

...O H. CHACON HERNAND'D.
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

... Larís
Capitán de Navio
Director de Coord y Control

correspondiente a su instalación y responderá a "EL MINISTERIO" sobre las mismas bases y garantías establecidas para ella.

Parágrafo Octavo : "LA CONTRATISTA" se obligará a incluir en los Subcontratos aquí referidos, una Cláusula mediante la cual dichos subcontratistas utilizará para los trabajos objeto de este contrato los materiales específicos del fabricante del equipo, así como las partes y repuestos originales allí descritos o sustitutos autorizados por "EL MINISTERIO", a través del jefe de la Comisión Inspectora Venezolana ("C.I.V."), o certificado por el fabricante original del referido equipo.

Parágrafo Noveno: "LA CONTRATISTA" se obligará a incluir en los Subcontratos aquí referidos, una Cláusula mediante la cual dichos subcontratistas acepten que el Control Perceptivo y pronunciamiento favorable del mismo de los bienes objeto del contrato será efectuado por la Contraloría General de las Fuerzas Armadas Nacionales, como requisito previo a los efectos de los pagos correspondientes.

Parágrafo Décimo: "LA CONTRATISTA" se obligará a incluir en los Subcontratos aquí referidos, una Cláusula mediante la cual dichos subcontratistas cumplan las disposiciones exigidas por "EL MINISTERIO" en la Cláusula Tercera del presente contrato, atinente a los plazos de entrega.

Parágrafo Décimo Primero: "LA CONTRATISTA", se obligará a incluir en los Subcontratos aquí referidos, una Cláusula mediante la cual dichos subcontratistas tengan la obligación de indemnizar los daños moratorios, y por conceptos de penalidades, en los mínimos términos en que se exige a "LA CONTRATISTA" en la Cláusula Novena, y que una vez se obtengan tales indemnizaciones, éstas deberán ser puestas a disposición de "EL MINISTERIO" a los fines de su reintegro al Tesoro Nacional.

Parágrafo Décimo Segundo: "LA CONTRATISTA" se obligará a incluir en los Subcontratos aquí referidos, una Cláusula mediante la cual a dichos subcontratistas se le

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

70

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.366.273

MANUEL IBRAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.501

JULIO H. CHACON TREJO
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000719

SECRETO

aplíquen las disposiciones pertinentes al resguardo de las informaciones, documentos, planos y especificaciones clasificadas, en los mismos términos establecidos en este contrato.

Parágrafo Décimo Tercero: "LA CONTRATISTA" se obligará a incluir en los Subcontratos aquí referidos, una Cláusula mediante la cual a dichos Subcontratistas se le exija las disposiciones atinentes a las garantías técnicas de los trabajos realizados, en términos similares a los exigidos en este contrato.

Parágrafo Décimo Cuarto: "LA CONTRATISTA" se obligará a incluir en los Subcontratos aquí referidos, una Cláusula mediante la cual se incluya disposiciones pertinentes a la licencias y patentes en los mismos términos en que se le exige a "LA CONTRATISTA" en este contrato.

TRIGESIMA SEPTIMA: "LA CONTRATISTA" no tendrá más obligaciones que las referidas a las provisiones de garantía con respecto a estos subcontratos, después de la firma de la "Aceptación Final del Sistema Teleguía TG-2" en Venezuela, los Misiles en Venezuela, los Helicópteros en Venezuela y el Sistema de Guerra Electrónica en Venezuela. Queda entendido que las pruebas finales y la Aceptación Final de los Helicópteros, Guerra Electrónica y Sistema Teleguía TG-2, serán efectuadas en Venezuela, previo Control Perceptivo y pronunciamiento favorable del mismo por parte de la Contraloría General de las Fuerzas Armadas Nacionales, siendo responsabilidad única de "LA CONTRATISTA" mantener vigente la "fianza de Fiel Cumplimiento", hasta el momento de la recepción y la aceptación definitiva de los equipos antes mencionados y la "Fianza de Garantía Técnica" exigidas a los Sub-Contratistas Designados, hasta el vencimiento del plazo de garantía. "Las Pruebas de Mar y Muelle" y las pruebas finales, serán de acuerdo a las especificaciones contenidas en dichos subcontratos. En tal sentido "LA CONTRATISTA" se compromete a poner a disposición de "EL MINISTERIO", cuando sea obtenido, el monto producto de dicha fianza en caso de su ejecución por incumplimiento del Subcontratista Designado.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 092014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

71

MANUEL CAMACHO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.610.881

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

FRANCISCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
INPREABOGADO No. 7.777

ARB-000720

Parágrafo Único: Los pagos finales de los Subcontratistas Designados, serán autorizados por "EL MINISTERIO". Para la IAI ISRAEL AIRCRAFT INDUSTRIES LTD, con la aceptación por parte de la "C.I.V." de los resultados de los vuelos funcionales efectuados en Israel. Para Elisra con las pruebas de mar descritas en las "Especificaciones Técnicas", realizadas en Pascagoula Mississippi y para Alenia Difesa A Finmeccanica Company, Missiles Systems Division, antes OTO MELARA, S.P.A., con la entrega de los Misiles en Venezuela.

## BENEFICIOS Y COMISIONES

TRIGESIMA OCTAVA: Ninguna persona que esté o haya estado al servicio del Gobierno de la República de Venezuela en los últimos cinco (5) años, podrá ni por sí, ni por medio de interpuestas personas, tener participación de los beneficios que el presente Contrato pudiera producir a "LA CONTRATISTA" o a cualquiera de sus empresas afiliadas o subsidiarias, o a sus proveedores o subcontratistas, ni recibir de ellos ninguna gratificación, dádiva o prestación similar. El incumplimiento de la presente Cláusula por parte de "LA CONTRATISTA", facultará a "EL MINISTERIO" para solicitar la inmediata rescisión del presente Contrato.

## DOMICILIO

TRIGESIMA NOVENA: Para todos los efectos que puedan derivarse de la falta de cumplimiento del presente Contrato, las partes eligen como domicilio especial la ciudad de Caracas, Distrito Federal, República de Venezuela, sin perjuicio para "EL MINISTERIO" de elegir otro domicilio a los mencionados efectos.

## COMPETENCIA JURIDICA

CUADRAGESIMA: El presente Contrato será regido por las Leyes Venezolanas. Las dudas y controversias que puedan suscitarse en su ejecución y que no llegaren a ser

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

72

MANUEL ATIAAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.991

O. H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

Juan F...
Capitán de
Director de Coord y Co...

ARB-000721

resueltas amistosamente por las partes contratantes, serán decididas por los Tribunales competentes de la República de Venezuela, conforme a las leyes de este país, sin que puedan por ningún motivo ser causa de reclamaciones extranjeras, todo de acuerdo con el Artículo 127 de la Constitución de la República de Venezuela.

**CUADRAGESIMA PRIMERA:** Sin embargo, antes de acudir a la vía judicial , las partes contratantes se comprometen, en caso de que surgiera cualquier duda o diferencia sobre algún problema técnico, someter el asunto a la decisión de una Comisión de tres Expertos a seleccionar de mutuo acuerdo entre las partes.

**Parágrafo Primero:** La parte solicitante de tal decisión, formulará concretamente su reclamo y comunicará a la otra parte el nombre y la dirección del Experto Técnico, designado por ella; la otra parte se obliga a su vez a comunicar el nombre y la dirección del Experto Técnico que la representará, dentro del plazo de catorce (14) días continuos a partir de la fecha de haber recibido la comunicación. Los dos (2) Expertos así nombrados, habrán de ponerse de acuerdo acerca de la escogencia del tercer Experto Técnico, dentro de catorce (14) días continuos, contados a partir de la designación del último de ellos. El tercer Experto Técnico seleccionado, presidirá la comisión. Esta Comisión funcionará en la citada ciudad de Pascaguola, Estados Unidos de América, durante la permanencia de "LOS BUQUES" en aquel país y funcionará en la ciudad de Caracas, República de Venezuela, durante el período de Garantía . Las decisiones de estos Expertos Técnico, se tomarán por mayoría simple, serán firmes y obligatorias para las partes contratantes.

**Parágrafo Segundo:** En caso de que los Expertos Técnicos, no lleguen a un acuerdo después de transcurridos tres (3) meses, las partes contratantes de mutuo acuerdo, someterán el asunto a los Tribunales competentes de la República de Venezuela.

**CUADRAGESIMA SEGUNDA:** En caso de una disputa o incumplimiento, o cuestión de interpretación relacionado a este Contrato, "LA CONTRATISTA" y "EL MINISTERIO", se reunirán y negociarán de buena fe, para dirimir el asunto amigablemente. Si las partes no

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING. INC
USA 082014203

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

Juan F.        Lee
Capitán
Director de Co───  Central

MANUEL GREGORIO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.991

JULIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000722

pueden dirimir el asunto dentro de treinta (30) días continuos después de plantearse la disputa, entonces, a solicitud de cualquiera de las partes, el asunto será sometido a arbitraje de acuerdo con esta Cláusula. En caso de no resolverse con el arbitraje antes mencionado, ambas partes tendrán derecho de acudir por ante los Tribunales competentes de la República de Venezuela.

Parágrafo Primero: Cualquier disputa, demanda, controversia y/o diferencia que surjan de este Contrato o relacionada con su interpretación, incumplimiento, terminación o invalidación del mismo, será sometido de acuerdo con las reglas estipuladas aquí y subsidiariamente de acuerdo a las reglas del Código de Procedimiento C.I.V.il de Venezuela. Las actuaciones de arbitraje, serán realizadas en Caracas, Venezuela, en el idioma Castellano-Inglés. El jurado de arbitraje, consistirá de tres (3) árbitros independientes, quienes deberán ser miembros de la Cámara de Comercio Internacional, fluidos en los idiomas Castellano-Inglés, entendiéndose que cada parte nombrará un árbitro y el tercer árbitro quien presidirá el jurado de arbitraje, será elegido por los dos (2) árbitros nombrados por las partes para este fin. En caso de que dentro de treinta (30) días continuos después de su nombramiento, los dos (2) árbitros no hayan logrado un acuerdo en relación a la elección del tercer árbitro, éste último será nombrado por la Cámara de Comercio Internacional o cualquier sucesor de estos. Los árbitros actuarán como árbitros de derecho y deberán pronunciar su decisión dentro de un término de tres (3) meses máximo.

Parágrafo Segundo: Cualquier arbitraje en virtud de este contrato, será realizado en Caracas, Venezuela. Las partes acuerdan que en caso de arbitraje, se seguirán las reglas contenidas en el Código de Procedimiento C.I.V.il de Venezuela.

Parágrafo Tercero: En el caso de que cualquiera de las partes entable acción judicial, en relación a cualquier alegato de incumplimiento o cuestión de interpretación relacionado con este contrato, la parte que resulte vencida indemnizará y dejará salvo a la otra parte de cualquier sentencia, costos o gastos asociados con esa acción judicial.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 002114205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

74

Iran Edua?? Lares
Capitán ?? ?? ??
Director de Coord y Control

MANUEL ??AGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.910.891

??LIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

?A ??CO ORTEGA JUGO
??AN DE NAVIO
?NSULTOR JURIDICO
INPR ABOGADO No. 2.772

SECRETO

## DOCUMENTOS QUE INTEGRAN ESTE CONTRATO

CUADRAGESIMA TERCERA: Este Contrato consta de un Documento Principal que es el presente y de los demás documentos complementarios anexos que de seguida se especifican, los modelos de Actas contenidos aquí identificados como anexos, lo son a título referencial, por lo cual no deben considerarse en forma alguna vinculantes o definitivos, todos los cuales irán firmados en cada una de sus páginas por ambas partes contratantes en prueba de aceptación.

a) Documentos Constitutivos y Estatutarios de la " INGALLS SHIPBUILDING, INC", citado en la introducción del presente Contrato (Anexo "A")

b) Documentos Contentivos de los "Instrumentos Poder" citados en la introducción de este Contrato. (Anexo "B").

c) Documentos Contentivos de "LAS ESPECIFICACIONES" y demás instrumentos mencionados en la Cláusula Primera de este Contrato. (Anexo "C").

d) Modelo de "Normas MIL-I-45208A". (Anexo "D").

e) Modelo de "Acta de Iniciación de los Trabajos" a que se refiere el Contrato ("Anexo "E").

f) Modelo de "Certificado de Aceptación de Pruebas de Puerto y Mar". (Anexo "F")

g) Detalles de la "Asistencia Técnica" suministrada por "LA CONTRATISTA". (Anexo "G").

h) Modelo de "Fianza de Anticipo". (Anexo "H").

i) Modelo de "Acta de Avance de Trabajos". (Anexo "I").

C. L. RECTOR
DIRECTOR DE
INGALLS SHIPBUILD
USA

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

75

MANUEL URBAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

LIO H. CHACON HERNANDE
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000724

j) Modelo de "Fianza de Fiel Cumplimiento". (Anexo "J").

k) Modelo de "Fianza de Buen Funcionamiento". (Anexo "K").

l) Modelo "Normas de Seguridad de los Estados Unidos de América"( Anexo "L") .

m) Modelo de "DD Forma 254". (Anexo "M")

n) Documentos Contentivos del Soporte Logístico. (Anexo "N").

o) Modelo de "Certificado de Aprobación de Pruebas en Fábrica o en el Astillero". (Anexo "O").

p) Modelo de "Acta de Aceptación Final". (Anexo "P").

q) Modelo de "Acta de Fin de Garantía ". (Anexo "Q").

r) Modelo de "Asistencia Técnica". (Anexo "R").

s) Modelo de la Sección 181 del 35 volumen U.S.C. (Anexo "S").

t) Alcance de los trabajos a realizar por la compañia "ELECTRONIC SYSTEMS LTD" (ELISRA). (Anexo "T").

u) Alcance de los trabajos a realizar por la compañia "ISRAEL AIRCRAFT INDUSTRIES LTD" (IAI). (Modelo "U").

v) Alcance de los trabajos a realizar por la compañia "ALENIA DIFESA A FINMECCANICA COMPANY, MISSILES SYSTEMS DIVISION". (Anexo "V").

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING. INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C. I. 3.366.278

Juan Esha
Capitan e.c
Director de Coce y Control

76

MANUEL ARIAGO PODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.910.881

O H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000725

SECRETO

w) Cronograma de desembolso.

Parágrafo Único: A los efectos de esta Cláusula, podrán firmar por "EL MINISTERIO" los documentos comprendidos en los apartes arriba mencionados, las personas que el ciudadano Ministro de la Defensa designe por órgano de la Comandancia General de la Armada, con excepción de los que corresponden a su exclusiva competencia. Asimismo podrán firmar por "LA CONTRATISTA" los documentos comprendidos en los apartes arriba mencionados, las personas que "LA CONTRATISTA" designe para tal efecto, con excepción de los que corresponden a su exclusiva competencia.

## VIGENCIA

CUADRAGESIMA CUARTA: Este Contrato entrará en vigencia cuando haya sido firmado por las partes contratantes previa aprobación de la Contraloría General de las Fuerzas Armadas Nacionales, con la debida certificación por la Consultoría Jurídica de "EL MINISTERIO".

## ENMIENDAS

CUADRAGESIMA QUINTA: Ninguna enmienda a este Contrato tendrá efecto, a menos que sea hecha por medio de documentos escritos y firmados por las partes contratantes previa aprobación de la Contraloría General de las Fuerzas Armadas Nacionales. Las modificaciones así efectuadas formarán parte integrante del instrumento contractual.

## CONTRIBUCIONES E IMPUESTOS

CUADRAGESIMA SEXTA: Las partes contratantes convienen en que los gastos, impuestos, tasa y gravámenes que puedan originar este Contrato, los cancelará "LA

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

77

Juan Eulterio Lares
Capitán de Navio
Director de Coord y Control

FRANCISCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
IMPRE-ABOGADO No. 2.791

MANUEL TRUJILLO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.010.591

ELIO H. CHACON HERNANDEZ
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000726

SECRETO

CONTRATISTA" en lo que respecta a pagos a efectuarse en los Estados Unidos de América y "EL MINISTERIO" los que se causen en la República de Venezuela.

Parágrafo Primero: El precio de este Contrato incluye todos los impuestos, cargas y contribuciones federales, estadales y locales de los Estados Unidos de América, pero no incluyen aquellos tributos causados en Venezuela y que correspondan a "EL MINISTERIO", cada parte asume la carga tributaria que le corresponda por el desarrollo del presente Contrato.

## RESPONSABILIDAD Y SEGURIDAD

CUADRAGÉSIMA SEPTIMA: Durante el período de ejecución de los trabajos objeto de este Contrato, los miembros de la tripulación designados por "EL MINISTERIO" serán autorizados a presenciarlos, sin interrumpir o impedir la realización de trabajo. "LA CONTRATISTA" durante el tiempo en que "LOS BUQUES" se encuentran en las instalaciones del Astillero, será responsable de la seguridad de "LOS BUQUES" y todos sus materiales, equipos, componentes y enseres. El Jefe de la "C.I.V." será responsable de la conducta, comportamiento y seguridad de los miembros que la integren. Reconociendo que "LOS BUQUES" permanecerán en propiedad de "EL MINISTERIO" el Comandante y la Tripulación participarán junto con "LA CONTRATISTA" en suministrar seguridad, vigilancia contra incendios, inspecciones de seguridad, etc., según lo acordado entre las partes. El Comandante de cada uno de "LOS BUQUES", puede cooperar con "LA CONTRATISTA" para ejecutar los movimientos de "LOS BUQUES" requeridos por esta.

Parágrafo Primero: "LA CONTRATISTA" deberá proveer el servicio de seguridad y vigilancia que actuará con la colaboración de la tripulación en sus funciones de prevención de accidentes e infortunios derivados de los trabajos que se ejecuten a bordo y cuando los trabajos estén siendo efectuados; proveerá el servicio de bomberos incluyendo los medios de extinción anti-incendio y también asegurará que se tomen las precauciones que los trabajadores de "LA CONTRATISTA" y los miembros de la tripulación deban observar.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

78

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

Direcc. ce Coord Control

FRANCISCO ORTEGA JUGO
CAPITÁN DE NAVIO
CONSULTOR JURÍDICO
INPREABOGADO No. 2.772

MANUEL HIDALGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-9.910.991

JULIO H. CHACÓN H.
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000727

SECRETO

**Parágrafo Segundo**: Los materiales resultantes del desmantelamiento de los subsistemas, previstos de modificación y todos los equipos o maquinarias desmontados y que no son reutilizables, son propiedad de "EL MINISTERIO", sin que ello implique perjuicio o gasto en las actividades de "LA CONTRATISTA". Los materiales desembarcados deberán ser almacenados en depósitos a la orden de "EL MINISTERIO" hasta que sean preparados para su envío a Venezuela.

**CUADRAGESIMA OCTAVA**: Los accidentes de trabajo que sufra el personal de "EL MINISTERIO" durante la ejecución del presente Contrato, estarán a cargo del mismo. De igual modo, los accidentes de trabajo que sufra el personal de "LA CONTRATISTA" durante la ejecución del presente Contrato, estarán a cargo de la misma.

**Parágrafo Primero**: Los daños que pudiera ocasionar el personal de "LA CONTRATISTA" a la propiedad de "EL MINISTERIO", durante la realización de los trabajos objeto del presente Contrato, serán de la entera responsabilidad de la misma. En consecuencia, "LA CONTRATISTA" se compromete y obliga a reparar lo dañado sin costo alguno para "EL MINISTERIO", hasta por una cantidad de VEINTE MILLONES DE DOLARES de los Estados Unidos de América (US$. 20.000.000,oo).

**Parágrafo Segundo**: En los casos de trabajo o pruebas de realización conjunta por ambas partes, "LA CONTRATISTA" y la "C.I.V.", determinarán por escrito previo a la ejecución de los mismos, las áreas de responsabilidad que competen a cada una de ellas.

### DEL CONTROL Y LAS RELACIONES

**CUADRAGESIMA NOVENA**: "EL MINISTERIO" ejercerá en la forma que juzgue mas conveniente, el control, supervisión y fiscalización de la ejecución del presente Contrato a través de la Comandancia General de la Armada, Comando Naval de Logística, sin perjuicio de lo previsto en el Artículo 2 del Reglamento de la Contraloría General de las Fuerzas Armadas Nacionales.

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

79

MANUEL URRIAGO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.818.591

..LIO H. CHACON ..ERNAND..
Vicealmirante
Comandante General de la Armada
C.I. V-3.813.384

ARB-000728

## DISPOSICIONES GENERALES

QUINCUAGESIMA: "LA CONTRATISTA" se compromete a que todos los equipos, materiales y repuestos nuevos que van a ser instalados en "LOS BUQUES", deben ser adecuados a las condiciones climatológicas predominantes en el trópico, es decir, tropicalizados.

QUINCUAGESIMA PRIMERA: Ninguna cancelación, modificación, enmienda, tachadura, adición u otro cambio o disposición de este Contrato o renuncia de cualquier derecho o recurso estipulado aquí, será efectivo para cualquiera de las partes a menos que se establezca específicamente por escrito y firmado por la parte obligada por ello y aprobado por la Contraloría General de las Fuerzas Armadas Nacionales.

Parágrafo Primero: Este Contrato sustituye todos los acuerdos, orales o por escrito, realizados anteriormente en relación al asunto del que trata este instrumento, las disposiciones aquí contempladas contienen el acuerdo de las partes.

Parágrafo Segundo: Las disposiciones de este Contrato obligarán y redundarán en beneficio de "LA CONTRATISTA" y "EL MINISTERIO", sus sucesores y cesionarios.

QUINCUAGESIMA SEGUNDA: "EL MINISTERIO" no aceptará en la ejecución del presente Contrato la figura del Prototipo o Modelo Experimental, para ser incluido en "LOS BUQUES", fundado en elementos técnicos en base a planos y proyectos escritos, aún cuando sean aprobados por la "C.I.V.", en cuanto estos no satisfagan "LAS ESPECIFICACIONES". Cualquier disposición o cambio deberá ser aprobado por "EL MINISTERIO" a través del Comando Naval de Logística de la Armada.

QUINCUAGESIMA TERCERA: Queda entendido que a los efectos de este Contrato y sus anexos, cuando se emplee el término "Obsolescencia'" en "LAS ESPECIFICACIONES" técnicas de "EL MINISTERIO" debe entenderse que esta referido a aquellos Items, cuya

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

80

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

Juan Eduardo Lares
Capitán de Navío
Director de Coord y Centro

FRANCISCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO

MANUEL FRANCO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.810.591

..LIO H. CHACON HERNAND..
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000729

tecnología ha sido superada por otra más sofisticada y por consiguiente están en desuso, todo de conformidad con lo contenido en las "Especificaciones Técnicas" que como Anexo "C" forman parte integrante de este Contrato.

Parágrafo Único: Igualmente queda establecido que a los efectos de este Contrato, cuando se utilice el término "Original del Fabricante", debe entenderse que está referido a aquellos equipos, materiales y repuestos que sean utilizados por "LA CONTRATISTA" en la ejecución de los trabajos objeto de este Contrato.

QUINCUAGESIMA CUARTA: Queda entendido que los miembros de la tripulación "LOS BUQUES", recibirán por parte de "LA CONTRATISTA" un trato cónsono con su jerarquía, así como también todas las facilidades relacionadas con su permanencia en las instalaciones del Astillero durante la ejecución de los trabajos objeto de este Contrato.

QUINCUAGESIMA QUINTA: Si durante la realización de los trabajos objeto de este Contrato, se presentaren dudas sobre aspectos no previstos en "LAS ESPECIFICACIONES"; tales como características o datos de algún equipo o material, lo cual impida su aceptación, queda convenido que se aplicarán las normas o disposiciones de los más altos niveles utilizados por "LA CONTRATISTA" en casos similares y/o los aplique la Armada de los Estados Unidos de América, previo acuerdo entre las partes. Igualmente, si "LA CONTRATISTA" demostraré que existen mejores opciones que las previstas en "LAS ESPECIFICACIONES" o que por el contrario no estén previstas en ella, deberán notificarlo a "EL MINISTERIO" a los efectos de su implementación previo análisis y aprobación de la Comandancia General de la Armada por órgano del Comando Naval de Logística, y la Contraloría General de las Fuerzas Armadas Nacionales

QUINCUAGESIMA SEXTA: Queda entendido que si "LA CONTRATISTA" efectúa trabajos sin la presentación previa del presupuesto correspondiente, para su estudio y posterior aprobación por parte de "EL MINISTERIO", estos costos no serán reconocidos por éste. Asimismo, si durante el desarrollo del objeto de este Contrato algunos de los trabajos

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 082014205

81

*Tito M. Rincón Bravo*
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

Director de Coord y Control

MANUEL PEREZ J. RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.818.591

JULIO H. CHACON
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

fueran realizados por miembros de la "C.I.V." o de la tripulación de "LOS BUQUES", el valor de los referidos trabajos será considerado como crédito a favor de "EL MINISTERIO".

## CLASIFICACION DE ESTE CONTRATO

**QUINCUAGESIMA SEPTIMA:** Este Contrato tiene clasificación "SECRETO" según las reglas de seguridad de Venezuela, y las Especificaciones tienen clasificación "CONFIDENCIAL", por consiguiente, serán manejados según las normas de seguridad en vigencia para este nivel de clasificaciones solamente para uso oficial. Toda la información obtenida por las partes contratantes en su ejecución será considerada como "SECRETO" o "CONFIDENCIAL" según el caso y por lo tanto no deberá ser divulgada por dichas partes a ningún tercero, excepto a las personas que estén debidamente autorizadas por ellas.

## APROBACION

**QUINCUAGESIMA OCTAVA:** El presente Contrato ha sido aprobado por la Contraloría General de las Fuerzas Armadas Nacionales, según Oficio Nº CFA-E-3340-7315 de fecha _Cuatro (4) de Diciembre de 1997._

## DISPOSICIONES FINALES

**QUINCUAGESIMA NOVENA:** Si durante la ejecución del presente Contrato, se determine la realización de trabajos adicionales, reparaciones, servicios, suministros y pruebas que no están previstas en "LAS ESPECIFICACIONES", los cuales se consideran de absoluta necesidad para el cumplimiento del objeto del mismo y que no estén comprendidos en el precio total convenido, "LA CONTRATISTA" y "EL MINISTERIO", establecerán de mutuo acuerdo los trabajos y precios de los mismos y como influyen estos en los plazos de entrega y suscribirán los convenios suplementarios que sean necesarios, previa aprobación de la Contraloría General de las Fuerzas Armadas Nacionales. Cualquier convenio o convenios suplementarios que firmen las partes contratantes, formarán parte de

C. L. RECTOR
DIRECTOR DE CONTRATOS
INGALLS SHIPBUILDING, INC.
USA 062014205

82

_Tito M. Rincón Bravo_
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

Juan Eduardo ...
Capitán de ...
Director de Coord y Control

R VISCA ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
INPREABOGADO No. 2.772

MANUEL TRIANCO RODRIGUEZ
Contralmirante
Comandante Naval de Logística
C.I. V-3.818.881

GILIO H. CHACON F.
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

ARB-000731

este instrumento contractual. Sus términos y condiciones serán aplicables en todo su contenido tal, como si dichos convenios estuvieran reproducidos en el presente documento, salvo disposición expresa en contrario. Incluyendo las condiciones de pago, debe estar pautado antes de la firma del "Acta de Aceptación Final" de "LOS BUQUES" objeto de este Contrato.

SEXAGESIMA: Del presente Contrato se hacen ocho (8) ejemplares de un mismo tenor y a un solo efecto en idioma castellano, los cuales serán firmados por las partes contratantes, quienes también pondrán sus iniciales en cada una de sus páginas.

Caracas, a los     días del mes de          de mil novecientos noventa y siete.

Por "EL MINISTERIO"

TITO MANLIO RINCÓN BRAVO
Vicealmirante
Ministro de la Defensa

Por "LA CONTRATISTA"

CECIL LEE RECTOR
Apoderado

Tito M. Rincón Bravo
Vicealmirante
Ministro de la Defensa
C.I. 3.366.278

83

MANUEL ... RODRIGUEZ
Capitán ...
Comandante Naval de Logística
C.I. V-3.810.591

... H. CHACON ...
Vicealmirante
Comandante General de la Armada
C.I. V-3.513.384

... OROSCO ORTEGA JUGO
CAPITAN DE NAVIO
CONSULTOR JURIDICO
...

Juan E... Lares
Capitán ...
Director de Cocina y Control

ARB-000732