UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **NORTHROP GRUMMAN SHIP SYSTEMS, INC.** formerly known as **INGALLS SHIPBUILDING, INC.,** and | **PLAINTIFF** |
| **SCRUGGS LAW FIRM, P.A.** | **INTERVENOR-PLAINTIFF** |
| **VS.** | **1:02-CV-785-HSO-RHW** |
| **THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, and BANK OF NEW YORK** | **DEFENDANTS** |

## STATUS REPORT

COMES NOW Intervenor-Plaintiff ("Intervenor") and submits the following:

Intervenor is not a party to the arbitration. However, Intervenor respectfully submits that the dispute between Intervenor and Defendant Venezuela is now ripe for resolution. As previously reported, Intervenor's claims remain pending in this Court, and Intervenor remains prepared to litigate its claims.

Dated: July 1, 2019.

Respectfully submitted,

/s/ *David Shelton*
David Shelton
DAVID SHELTON, PLLC
1223 Jackson Avenue East, Suite 202
Oxford, MS 38655
662-281-1212 (phone)
662-281-1312 (fax)
david@sheltondavispllc.com

**CERTIFICATE OF SERVICE**

    I, David Shelton, certify that I have this day electronically filed the foregoing document on the Court's ECF system, which will serve all registered counsel.

    Dated: July 1, 2019.

                                               /s/ *David Shelton*
                                               David Shelton