IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHROP GRUMMAN SHIP SYSTEMS,
INC., f/k/a INGALLS SHIPBUILDING, INC.,

    Plaintiff,

PODHURST ORSECK, P.A.                  CASE NO: 02-cv-00785-HSO-RHW

    Intervenor Plaintiff

v.

THE MINISTRY OF DEFENSE OF THE
REPUBLIC OF VENEZUELA,

    Defendant.

_____

## NOTICE OF APPEAL

    Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Defendant, The Ministry of Defense of the Republic of Venezuela, hereby appeals the Memorandum Opinion and Order Granting Plaintiff's Motion for Recognition and Enforcement [ECF No. 406], as well as the Order Granting-in-part and Denying-in-part the Parties' Cross Motions to Compel Arbitration [ECF. No. 227], to the United States Court of Appeals for the Fifth Circuit. Defendant further reserves the right to appeal the Court's forthcoming Final Judgment or any other order once it is rendered.

                                            Respectfully Submitted,

                                            */s/ Quinn Smith*

                                            **GST LLP**
                                            Rodney Quinn Smith
                                            Fla. Bar No. 59523
                                            *Admitted pro hac vice*
                                            e-mail: quinn.smith@gstllp.com
                                            1111 Brickell Avenue

                                                                                    Suite 2715
Miami, Florida 33131
(T) (305) 856-7723
(F) (786) 856-7724

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                      By: s/ Rodney Quinn Smith
Rodney Quinn Smith
Fla. Bar No. 59523
*Admitted pro hac vice*

## **SERVICE LIST**

| | |
|---|---|
| Joseph F. Coyne - PHV, Jr.<br>Sheppard, Mullin, Richter & Hampton<br>333 South Hope St., 48th Floor<br>Los Angeles, CA 90071<br>Email: jcoyne@sheppardmullin.com<br><br>Kenneth A. O'Brien - PHV, Jr.<br>Sheppard, Mullin, Richter & Hampton<br>333 South Hope St., 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5402<br>Fax: 213-443-2805<br>Email: kaobrien@smrh.com | Richard P. Salloum<br>Franke & Salloum, PLLC<br>P. O. Drawer 460<br>10071 Lorraine Road (39503)<br>Gulfport, MS 39502<br>228/868-7070<br>Fax: 22868-7090<br>Email: rps@frslaw.com<br>Alexander Yanos - PHV<br>Alston & Bird, LLP - New York<br>90 Park Avenue<br>New York, NY 10016<br>212-210-9400<br>Email: alex.yanos@alston.com |

Carlos Ramos-Mrosovsky - PHV
Alston & Bird, LLP - New York
90 Park Avenue
New York, NY 10016
212-210-9400
Email: carlos.ramos-mrosovsky@alston.com

J. Thomas Hamrick, Jr.
Huntington Ingalls Industries, INC.
5100 River Road
Avondale, LA 70094
504/654-5720
Fax: 504/654-5432
Email: tom.hamrick@hii-co.com

Rajat Rana - PHV
Alston & Bird, LLP - New York
90 Park Avenue
New York, NY 10016
212-210-9400
Email: rajat.rana@alston.com

Traci M. Castille
Franke & Salloum, PLLC
P. O. Drawer 460
10071 Lorraine Road (39503)
Gulfport, MS 39502
228/868-7070
Fax: 228/868-7090
Email: tmc@frslaw.com

George S. Shaddock
George S. Shaddock, Attorney
P. O. Box 80
Pascagoula, MS 39567-0080
228/627-3089
Email: ctaylor.lawfirm@gmail.com

1