## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHROP GRUMMAN SHIP SYSTEMS,
INC., f/k/a INGALLS SHIPBUILDING, INC.,

    Plaintiff,

v.                                              CIVIL CASE NO: 02-cv-00785-HSO-RHW

THE MINISTRY OF DEFENSE OF THE
REPUBLIC OF VENEZUELA,

    Defendant.
_____

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 1610(C) AND 28 U.S.C. § 1963

The Ministry of Defense of the Republic of Venezuela, by and through its undersigned counsel, hereby files this Opposition to Northrop Grumman's Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963, ECF No. 429 (the "Motion"). In support of this Opposition, the Ministry also submits the accompanying memorandum of law. For the reasons addressed in the memorandum of law, the Ministry respectfully requests that the Motion be denied.

                                                  Respectfully submitted,

                                                  */s/ Quinn Smith*
                                                  **GST LLP**
                                                  Rodney Quinn Smith
                                                  Fla. Bar No. 59523
                                                  *Admitted pro hac vice*
                                                  e-mail: quinn.smith@gstllp.com
                                                  1111 Brickell Avenue
                                                  Suite 2715
                                                  Miami, Florida 33131
                                                  (T) (305) 856-7723
                                                  (F) (305) 856-7724

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Rodney Quinn Smith
Rodney Quinn Smith
Fla. Bar No. 59523
*Admitted pro hac vice*

## SERVICE LIST

Joseph F. Coyne - PHV, Jr.
Sheppard, Mullin, Richter & Hampton
333 South Hope St., 48th Floor
Los Angeles, CA 90071
Email: jcoyne@sheppardmullin.com

Kenneth A. O'Brien - PHV, Jr.
Sheppard, Mullin, Richter & Hampton
333 South Hope St., 43rd Floor
Los Angeles, CA 90071
213-617-5402
Fax: 213-443-2805
Email: kaobrien@smrh.com

Richard P. Salloum
Franke & Salloum, PLLC
P. O. Drawer 460
10071 Lorraine Road (39503)
Gulfport, MS 39502
228/868-7070
Fax: 22868-7090
Email: rps@frslaw.com

Alexander Yanos - PHV
Alston & Bird, LLP - New York
90 Park Avenue
New York, NY 10016
212-210-9400
Email: alex.yanos@alston.com

Carlos Ramos-Mrosovsky - PHV
Alston & Bird, LLP - New York
90 Park Avenue
New York, NY 10016
212-210-9400
Email: carlos.ramos-mrosovsky@alston.com

2